IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
| | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

The defendant, DYLANN STORM ROOF, hereby asserts his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to <u>McNeil v. Wisconsin</u>, 111 S.Ct. 220 (1991) and <u>Edwards v. Arizona</u>, 451 U.S. 477 (1981).

    Respectfully submitted,

    *s/David I Bruck*
    David I. Bruck
    Washington and Lee School of Law
    Lexington, Virginia
    Attorney for Defendant
    (540) 458-8188
    Attorney ID#: 1535

    *s/Michael P. O'Connell*
    Michael P. O.Connell
    145 King Street
    Charleston, SC 29402
    (843) 577-9890
    Attorney ID#: 2915

               <u>s/*William f. nettles, IV*</u>
               William F. Nettles, IV
               Assistant Federal Public Defender
               c/o McMillan Federal Building
               401 W. Evans Street, Suite 105
               Florence, South Carolina 29501
               (843) 662-1510
               Attorney ID#: 5935


               <u>s/*Ann Briks Walsh*</u>
               Ann Briks Walsh
               Assistant Federal Public Defender
               P.O. Box 876
               Charleston, S.C.   29402
               (843) 727-4148
               Attorney ID #5102

August 3, 2015