IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

_____

**<u>EX PARTE</u> MOTION TO FOR LEAVE TO WITHDRAW TWO *EX PARTE* MOTIONS (ECF DOCUMENTS 38 & 39 FILED ON AUGUST 31, 2015) FOR SUBPOENAS *DUCES TECUM* AND ORDERS FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

_____

Comes now the Defendant through his undersigned attorneys who asks this Court for leave to withdraw two *Ex Parte* Motions for Subpoenas *Duces tecum* and for Orders for the pre-trial production of documents which are ECF documents 38 & 39 filed on August 31, 2015.

Respectfully Submitted,

<u>S/MICHAEL P. O'CONNELL</u>
Michael P. O'Connell, Esq.
PO Box 828
Mt. Pleasant, SC 29464
District Court ID No. 2915
843-577-9890 telephone
843-577-9826 facsimile
moconnell@stirlingoconnell.com

David I. Bruck, Esq.
Washington & Lee Law School
Sydney Lewis Hall
Lexington, VA 24450-0303
bruckd@wlu.edu

September 1, 2015