JUDGE RICHARD M. GERGEL
NOVEMBER 3, 2015 TERM OF COURT
CRIMINAL CALENDAR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

**TO:    MEMBERS OF THE BAR HAVING CRIMINAL CASES LISTED BELOW**

This calendar of cases is for **JUDGE GERGEL'S NOVEMBER  2015 TERM OF COURT.**

Please take notice that a **BAR MEETING** has been scheduled for **Monday, November 2, 2015, at 10:00 AM**, Courtroom To Be Determined, Hollings Judicial Center, Meeting Street at Broad, in Charleston, SC.

PLEASE NOTE THE FOLLOWING DATES ASSOCIATED WITH THIS TERM OF COURT:
Trial dates will be scheduled following the bar meeting and prior to jury selection.

**\*\*\*\*\*\*\*\*\*\***

**JURY SELECTION** for this term will be held on **TUESDAY, NOVEMBER 3, 2015 AT 9:00 AM  Courtroom To Be Determined,  Hollings Judicial Center**, **Meeting Street at Broad, Charleston, SC.**

## ATTORNEYS RECEIVING THIS NOTICE MUST NOTIFY THEIR CLIENTS OF THE DATES AND TIMES OF THESE EVENTS.

Criminal defendants will **NOT** receive notice from the Clerk of Court.

**ALL** criminal defendants are required to be present for the BAR MEETING and for JURY SELECTION unless a waiver has been filed with the Clerk's Office. Failure to attend and remain in attendance until his/her case is disposed of will constitute a forfeiture of his/her bail and a warrant for his/her arrest will be issued.

**JUROR QUESTIONNAIRES** will be available through Broad St. Printing Company seven (7) days prior to jury selection.

To obtain a jury list and a copy of the juror questionnaires: COMPLETE the Juror Questionnaire Request Form (located on the Court's website), FAX to the Clerk of Court's Office for authorization and then present the approved form to Broad St. Printing, located in Summerville, SC, via fax (843) 873-0483. The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose.  Any person wanting to obtain this information for any other purpose must petition the Court for a hearing.  If you have any questions about this procedure, please call Jeff Cargile, Jury Administrator, at (803) 253-3198.

Attorneys are required to **CONFER AND SUBMIT A JOINT LIST OF POTENTIAL STRIKES FOR CAUSE** using the attached **Strikes for Cause** form. This form must be submitted to chambers by e-mail no later than *<u>**8:00 AM on FRIDAY, OCTOBER, 3O, 2015.**</u>

If we do not receive a form, you will be waiving your option to strike for cause.

**VOIR DIRE** requests shall be filed/submitted to the court <u>at least one week prior to jury selection</u>.

**PLEASE NOTE: THE JUROR QUESTIONNAIRE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

To access the forms and information referred to herein, please use the following directions:

▲    The web address is    http://www.scd.uscourts.gov/
▲    **Click** on *Judges*
▲    **Click** on *District Judges*
▲     **Scroll down** to *Judge Richard Mark Gergel*

Should you have any questions or need additional information concerning this Calendar, please contact Eunice Ravenel-Bright in the Charleston Clerk's Office at (843) 579-1404.

BY DIRECTION OF THE COURT:


ROBIN L. BLUME, CLERK

UNITED STATES DISTRICT COURT



September 10, 2015

United States District Court for the District of South Carolina

The Honorable Richard Mark Gergel

Strikes for Cause

(Based on Responses from Court Questionnaires)

Case Name                                Case Number

| Juror # | Juror Name | Question # at Issue | Concern (if not self-evident) | Parties Agree | Opposed By |
|---------|------------|---------------------|-------------------------------|---------------|------------|
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |

Attorneys must **confer** and use this form to **submit a joint list** of potential strikes for cause.
PLEASE E-MAIL THIS FORM TO:  gergel_ecf@scd.uscourts.gov
**NO LATER THAN 8:00 AM  ON FRIDAY, OCTOBER 30, 2015**

| CASE | CAPTION | COUNSEL |
|------|---------|---------|
| 2:15-0472 | USA | Nathan Williams |
|  |  | Julius Richardson |
|  | v. | Nicholas Murphy |
|  |  | Paige Fitzgerald |
|  | Dylann Storm Roof (Custody) | David Bruck |
|  |  | Michael O'Connell |

**1.**