IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

_____

**_EX PARTE_ MOTION FOR A SUBPOENA _DUCES TECUM_ AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

_____

Comes now the Defendant through his undersigned attorneys who asks this Court to issue a subpoena *duces tecum* to Intelligence Analyst Lauren Mosher of the Intelligence Unit for the Charleston County Sheriff's Department Criminal Intelligence Unit, (hereafter Intelligence Unit), to appear in the United States District Court for the District of South Carolina, Charleston Division at a time to be determined and to bring with him the following documents:

1. Any and all documents which include the Intelligence Unit's mission;
2. Any and all documents which include all procedures and guidelines for the Intelligence Unit;
3. Any and all documents which include all of the Intelligence Unit's training materials;
4. Any and all documents which include the names, rank and position of personnel in the Intelligence Unit;
5. Insofar as they concern the seizure of any and all documents from the Defendant's person, cell, or box, any and all documents of any kind whatsoever including but not limited to notes, letters and memoranda, which

      refer in any way to written or oral communications between any employees of the Sheriff's Office, whether law enforcement officers or civilian employees, and representatives of the FBI, the US Attorney's Office, the Ninth Circuit Solicitor's Office, the Charleston City Police and the State Law Enforcement Division.

The Defendant also asks this Court to issue an Order which requires Lauren Mosher, to make copies of the above documents and provide them to his attorney or his attorney's representative within ten (10) days of service of the subpoena *duces tecum.*

    The Defendant is indigent and he asks this Court to exempt him from paying travel expenses and the witness fee to Lauren Mosher.

                            Respectfully Submitted,

                            <u>S/MICHAEL P. O'CONNELL</u>
                            Michael P. O'Connell, Esq.
                            PO Box 828
                            Mt. Pleasant, SC 29464
                            Federal Court ID. 2915
                            843-577-9890 telephone
                            843-577-9826 facsimile
                            moconnell@stirlingoconnell.com

                            David I. Bruck, Esq.
                            Washington & Lee Law School
                            Sydney Lewis Hall
                            Lexington, VA 24450-0303
                            540-460-8178 telephone
                            bruckd@wlu.edu

Sept. 29, 2015