IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

_____

***EX PARTE* MOTION FOR A SUBPOENA *DUCES TECUM* AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

_____

Comes now the Defendant through his undersigned attorneys who asks this Court to issue a subpoena *duces tecum* to SGT Ezzard Luke, manager of the Intelligence Unit at the Al Cannon Detention Center Center (hereafter Jail Intelligence Unit), to appear in the United States District Court for the District of South Carolina, Charleston Division at a time to be determined and to bring with him the following documents:

1. Any and all documents which include the Jail Intelligence Unit's mission;
2. Any and all documents which include all procedures and guidelines for the Jail Intelligence Unit;
3. Any and all documents which include all of the Jail Intelligence Unit's training materials;
4. Any and all documents which include the names, rank and position of personnel of the Jail Intelligence Unit;
5. Insofar as they concern the seizure of any and all documents from the Defendant's person, cell, or box, any and all documents of any kind whatsoever including but not limited to notes, letters and memoranda, which

      refer in any way to written or oral communications between any employees of the Sheriff's Office, whether law enforcement officers or civilian employees, and representatives of the FBI, the US Attorney's Office, the Ninth Circuit Solicitor's Office, the Charleston City Police and the State Law Enforcement Division.

The Defendant also asks this Court to issue an Order which requires the SGT Ezzard Luke, to make copies of the above documents and provide them to his attorney or his attorney's representative within ten (10) days of service of the subpoena *duces tecum.*

    The Defendant is indigent and he asks this Court to exempt him from paying travel expenses and witness fee to SGT Ezzard Luke.

                        Respectfully Submitted,

                        S/MICHAEL P. O'CONNELL
                        Michael P. O'Connell, Esq.
                        PO Box 828
                        Mt. Pleasant, SC 29464
                        Federal Court ID. 2915
                        843-577-9890 telephone
                        843-577-9826 facsimile
                        moconnell@stirlingoconnell.com

                        David I. Bruck, Esq.
                        Washington & Lee Law School
                        Sydney Lewis Hall
                        Lexington, VA 24450-0303
                        540-460-8178 telephone
                        bruckd@wlu.edu

Sept. 29, 2015