IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

---

**DEFENDANT'S WAIVER OF APPEARANCE AT BAR MEETING**

I, Dylann S. Roof, have been notified that a Bar Meeting will be held on October 1, 2015 during which the status of my case will be discussed with the Court, my attorneys and attorneys for the United States. I understand the Court may issue a scheduling order for future court hearings during or as a result of this Bar Meeting. I understand I have a right to be present at this Bar Meeting. After conferring with my attorneys, I have decided I do not want to be present at this Bar Meeting. No one has forced me to give up my right to be present and I am doing so voluntarily.

_____
Dylann S. Roof
September 23, 2015

Witness:_____
Michael P. O'Connell
Attorney for Dylann S. Roof
Federal Court ID# 2915
SC Bar ID# 4260