CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

## DEFENDANT'S WAIVER OF APPEARANCE AT BAR MEETING

I, Dylann S. Roof, have been notified that a Bar Meeting will be held on December 1, 2015 during which the status of my case will be discussed with the Court, my attorneys and attorneys for the United States. I understand the Court at this Bar Meeting may issue certain orders regarding my case including but not limited to scheduling orders. I understand I have a right to be present at this Bar Meeting. After conferring with my attorneys, I have decided I do not want to be present at this Bar Meeting. No one has forced me to give up my right to be present and I am doing so voluntarily.

_Dylann Roof_
Dylann S. Roof
November 25, 2015

Witness: _D. Ashley Pennington_
D. Ashley Pennington, Esq.