IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

**FILED EX PARTE AND UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**DEFENSE EX PARTE SUBMISSION REGARDING
<u>PROBABLE PRETRIAL MOTIONS FILINGS</u>**

Pursuant to the Court's Order of June 1, 2016, Dkt. No 170, the defendant Dylann Storm Roof, through counsel, hereby submits the following list of pretrial motions that he presently anticipates filing, together with the dates of such anticipated filings, as taken from the Joint Proposed Schedule submitted by letter on June 3, 2016.

**July 5, 2016:** Motion to dismiss counts on constitutional grounds
- *Johnson v. United States* challenge to § 924(j) counts
- Interstate Commerce challenge to § 247 counts
- Thirteenth Amendment challenge to § 249 counts

**July 18, 2016:** Motions to suppress defendant's writings seized from cell at Charleston County Detention Center.

**August 1, 2016:** Challenge to constitutionality of death penalty and of certain noticed aggravating factors.

**September 6, 2016:** Possible motions to bar government non-mental-health expert evidence (*Daubert*) – to be determined based on government Rule 16 expert disclosures.

**October 4, 2016:** Motions in limine (Rule 403 and similar motions to bar prejudicial photographs, computer-enhanced depictions of crime scene, unduly prejudicial autopsy testimony, etc. – to be determined).

1

Defense counsel are still reviewing possible grounds for additional suppression motions (assumed to be due on July 18) respecting the defendant's custodial confession and the fruits of certain post-arrest searches, but have not yet determined that such motions will be filed.

This list of anticipated pretrial motions does not include several other areas in which the Court may be called upon to resolve disagreements between the parties. These include:

- Jury selection and voir dire procedures (proposals and questionnaire to be submitted July 25)

- Procedures for Rule 12.2 notice of penalty-related expert mental health evidence and possible rebuttal evaluation

- Extent of defense obligation to disclose penalty-phase non-mental health expert summaries under Rule 16(b), and penalty phase witness list.

Finally, within the next few days defense counsel will request that the Court appoint additional counsel to assist the defense in readying the case for trial.

Respectfully submitted,

s/ *David I. Bruck*
David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Michael P. O'Connell
PO Box 828
Mt. Pleasant, SC 29464
843-577-9890
moconnell@stirlingoconnell.com

Attorneys for Dylann S. Roof