IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**DEFENSE POSITION WITH RESPECT TO**
**DEFENDANT'S PRESENCE AND JURY SELECTION AREA**

  The Court's Order of June 7, 2016, Dkt. No. 179, requires defense counsel to advise the Court of its position with respect to several matters related to the selection of a jury. The defense then advised the Court and the government that it would waive jury for both trial and sentencing, Dkt. No. 181, but the government did not consent. Dkt. No. 182. The Court therefore set the case for a trial and sentencing by jury, Dkt. No. 183, as the government's position required it to do. Rule 23(a), Fed. R. Crim. P. (waiver of jury requires consent of both sides), 18 USC § 3593(b)(3) (same, for capital sentencing hearings).

  Accordingly, the defense must now respond to the questions addressed to it in the Court's June 7 order.

  **1. Position regarding use of the standard juror questionnaire**. As set forth more fully in a separate pleading filed today, the defense has no objection to the use of the standard questionnaire.

**2. Defendant's presence for initial juror appearance.**  Defense counsel wish the defendant to attend the phase of the jury selection process planned for September 26-30, 2016, in which prospective jurors will be brought to the federal courthouse and asked to complete a case-specific questionnaire.  It will not be necessary for the defendant to be present when the jurors are actually filling out the supplemental questionnaires, however.

**3. Geographical source of jury pool.**  The defense requests that the Court draw the pool of prospective jurors from the Charleston and Beaufort Divisions (Area C of the Amended Jury Selection Plan of the District of South Carolina), rather than using a statewide venire.

Respectfully submitted,

s/ *David I. Bruck*
David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Michael P. O'Connell
PO Box 828
Mt. Pleasant, SC 29464
843-577-9890
moconnell@stirlingoconnell.com

Attorneys for Dylann S. Roof