# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL 1:01-cr-10384 |
| ) | |
| GARY LEE SAMPSON ) | |

### DEFENDANT'S REVISED LIST OF PROPOSED MITIGATING FACTORS

The Court has ordered the defense to file a revised list of proposed mitigating factors, "eliminating those that the Court now has stricken and reducing the number of remaining factors in accordance with the Court's discussion" in its May 16, 2016 Order.  Order on Government's Motion to Strike and Consolidate Mitigating Factors (Doc. No. 1894) and Related Portions of Government's Omnibus Motion in Limine (Doc. No. 1889), D.E. 2259, at 16 (05/16/2016). Pursuant to this Order and preserving the defense's objections to reducing or altering the original list as ordered by this Court, the defense submits the revised list of proposed mitigating factors below.  As previously noted, *see* D.E 2265 at 1 (05/20/2016), because the defense's investigation and preparation for trial is ongoing, the defense reserves the right to further revise and supplement this list based on the ongoing progress of the case.

1. Gary is mentally ill.
2. Gary suffers from brain damage.
3. Gary's brain is damaged in regions regulating behaviors and emotions, social cognition, reward, and conflict resolution.
4. Gary suffers from brain dysfunction.
5. Gary suffers from traumatic brain injury.
6. Gary suffered one or more head injuries through his childhood and teen years.
    a- At age four, Gary suffered serious head injury.
    b- At age 14, Gary suffered a serious head injury when his bike went over a fence.
    c- At about age 15, Gary suffered a serious head injury when he fell into a dumpster.

1

      d- A few days before turning 20, Gary suffered a serious head injury in a car accident.
7. Gary's father was from a family with a multi-generational history of alcoholism, including Gary's paternal grandfather.
8. Gary's paternal grandfather was physically abusive.
9. Gary's father left home at age 15.
10. Gary's parents dropped of high school, his father after the 10th grade and his mother in 9th grade.
11. Gary's maternal grandfather had problems with alcohol.
12. Gary's mother went to work as a teenager to help support her family.
13. Gary's mother was very young when she married.
14. Gary's parents had a child who died in infancy.
15. Gary was the middle child of three living children.
16. Gary's family loved him.
17. Gary's father was a Korean War combat veteran.
18. Gary's father was well respected in the community.
19. Gary's father was preoccupied with his own standing in the community.
20. Gary's father was preoccupied with creating the image of a perfect family.
21. Gary's father was very particular and demanding of his family.
22. Gary's father was a rigid disciplinarian of his children.
23. When his expectations were not met, Gary's father sometimes lost control of his frustration, behind closed doors.
24. Gary's father had an explosive temper.
25. Gary's father drank to excess on the weekends.
26. Gary idolized his father.
27. Gary sought his father's approval.
28. Gary's father disapproved of him.
29. Gary's father was ashamed of Gary's limitations.
30. Gary's father did not understand his son's dysfunction.
31. Gary's father wanted him to be better.
32. Gary's father did not know how to relate to his son.
33. Gary's father was distant and unapproachable to him.
34. Gary's father often criticized him.
35. Gary's father often called Gary names like "little shit" or "that kid."
36. Gary's father often humiliated him in front of others.
37. Gary's father was psychologically unavailable to him as a caregiver.
38. Gary was physically disciplined by his father.
39. Even if Gary's father did not intend to abuse Gary, the effect of his conduct was emotionally abusive to Gary.
40. Even if Gary's father did not intend to abuse Gary, the effect of his words was verbally abusive to Gary.
41. Even if Gary's father did not intend to abuse Gary, the effect of his physical discipline was abusive to Gary.
42. Because of Gary's deficits, the effects of his father's words and behaviors were abusive.
43. Gary's mother was subservient to her husband.
44. Gary's mother could not stand up to her husband.
45. Gary's mother was preoccupied with meeting the demands of her husband.

46. Gary's mother had a history of chronic medical problems.
    a- Gary's mother suffered from migraine headaches.
    b- Gary's mother suffered from a bone disorder that required surgeries and limited her mobility beginning when Gary was approximately 12.
47. Gary's mother was preoccupied with her own failing health.
48. Gary's mother was psychologically unavailable to him as a caregiver.
49. Gary was diagnosed with a learning disability at a young age.
    a- At age 8, Gary did not know the days of the week.
    b- At age 8, Gary did not know the letters of the alphabet.
50. Gary failed and had to repeat first grade.
51. After repeating first grade, Gary tested at the 1.4 grade level.
52. Despite good conduct and attendance, after repeating first grade, Gary had poor performance in all academic subjects.
53. At age 7, Gary was referred for testing by his school.
54. Gary was sent out of the community, to Boston, to a special program for assistance with a learning disability.
55. Gary showed improvement at the special program for almost a year.
56. Gary was then removed from the program's therapeutic environment.
57. Gary was then sent back to Abington school district, which lacked the resources of Boston.
58. A ninth grade standardized test measured Gary in the 5th percentile of his age.
59. Just after his 15th birthday, Gary's IQ was measured at 74.
60. After this testing, Gary was transferred to South Eastern Academy in East Bridgewater, a school for children with learning disabilities.
61. Sexual abuse occurred frequently at South Eastern Academy and the East Bridgewater Unitarian Church and youth organizations associated with it, between 1970 and 1977.
62. Gary did not attend school past the ninth grade.
63. The staff of Gary's schools recognized there was something wrong with Gary.
64. The staff of Gary's schools did not understand what was wrong with Gary.
65. Gary's family recognized there was something wrong with Gary.
66. Gary's family did not understand what was wrong with Gary.
67. Gary's neighbors and peers recognized there was something wrong with Gary.
68. Gary's neighbors and peers did not understand what was wrong with Gary.
69. Gary's brain impairment was not diagnosed when he was a child.
70. Gary's family tried to get him help to get better or cope with his deficits.
71. Cognitive therapies for Gary's brain impairment did not exist when Gary was a boy.
72. Because no one understood what was wrong with Gary, efforts to help him did not address his underlying deficits.
73. Gary suffered from anxiety as a young child.
    a- Gary's anxiety gave him digestive problems.
74. Gary is unable to correctly interpret social situations.
75. As a child, Gary was unable to successfully navigate social interactions with other children and had trouble making or keeping friends.
76. Gary's peers were predominately delinquents.
77. For most of his life, Gary was frequently belittled by his peers.
78. For most of his life, Gary was frequently beaten up by his peers.

3

79. Gary was frequently beaten up by his brother.
80. For most of his life, when Gary was physically picked on, he did not fight back.
81. Gary self-medicated with drugs and alcohol from a young age.
    a- At age eight, Gary began drinking alcohol.
    b- At age twelve, Gary began smoking marijuana.
    c- As a teenager, Gary abused hallucinogens, including LSD, mushrooms, and mescaline.
    d- Doctors at Bridgewater State Hospital documented that Gary had been drinking heavily and to the point of blacking out since the $7_{th}$ grade.
82. Gary was referred to Homeward Bound when he was 16.
83. Gary successfully completed his supervision with Homeward Bound at age 17.
84. Gary married for the first time at age 17.
85. Gary's first wife was pregnant when they married.
86. One week after turning eighteen years old, Gary was remanded to Bridgewater State Hospital in connection with an arrest.
87. Doctors at Bridgewater documented that Gary suffered from anxiety.
88. Doctors at Bridgewater documented that Gary suffered from depression.
89. Doctors at Bridgewater documented that Gary was insecure and lacking confidence.
90. Bridgewater State Hospital has a long documented history of prisoner abuse.
91. Bridgewater State Hospital has a long documented history of substandard prison conditions.
92. Bridgewater State Hospital has a long documented history of substandard mental health care.
93. Gary's daughter was born while he was in Bridgewater State Hospital.
94. While in Bridgewater, Gary received notice that his wife was divorcing him.
95. Though ultimately acquitted of the charges that brought him there, Gary believed that his stay in Bridgewater had ruined his life.
96. Throughout his adult life, Gary abused cocaine, crack, marijuana, and alcohol.
    a- Gary was an alcoholic.
97. When treatment was offered to Gary, Gary made a sincere effort to get treatment.
98. None of the treatment programs available to Gary addressed his underlying deficits.
99. Gary did learn some coping skills that helped him function better for short periods of time.
100. Gary's attempts at rehabilitation ultimately failed.
101. Gary sought a relationship with his daughter.
102. In Plymouth, Gary experienced anxiety, panic and tension headaches.
103. Gary became so agitated he was sent back to Bridgewater State Hospital.
104. At Bridgewater, Gary was placed in segregation.
105. Court documents reflect that, while at Bridgewater, Gary had "deeply suicidal Intentions."
106. Gary was industrious and hardworking.
107. Gary made sincere efforts to seek and maintain steady employment during periods of time when he was not in prison.
108. During periods of time when Gary was not in prison, Gary made sincere efforts to build a normal family.
    a- Gary sought out relationships to replicate his idea of a perfect family.
    b- Gary developed loving relationships.

4

      c- Gary played an important role in the lives of his girlfriends' children.
      d- Gary loves his own children
109. Gary's impairments interfered with his functioning, judgment, decision-making.
110. Despite his best efforts to function outside of prison, even in periods of relative stability, Gary's deficits caught up with him again and again.
111. After each failure, Gary would try again.
112. Gary never stopped trying to reach his ideal of a hardworking family man.
113. Prison life in New Hampshire from the early 1970s to early 1990s was exceedingly violent.
114. While Gary was incarcerated in the New Hampshire prison system, the system included a group of correctional officers known as the Silver Eagles, a group that was corrupt and violent.
      a- The Silver Eagles subjected prisoners to violence.
      b- The Silver Eagles brought drugs into the prison and sold them.
      c- The Silver Eagles were responsible for the deaths of at least three inmates.
115. Prison life in Connecticut in the early to mid-1990s was exceedingly violent.
116. Gary was exposed to violence while in prison.
117. Gary's mental illness and/or brain injuries left him ill-equipped to cope effectively in this type of prison setting.
118. Gary lived in fear for his life while incarcerated.
119. Gary repeatedly requested protection and placement in protective custody in prison.
120. Gary's efforts to seek protection in prison caused him to be targeted by other inmates.
121. Gary was beaten by other inmates even in protective custody.
122. Gary attempted suicide on multiple occasions while in New Hampshire state prison.
123. Gary attempted to escape from New Hampshire State prison because he felt threatened and afraid.
124. After his release from the New Hampshire DOC, Gary did well on supervised parole.
125. Gary attempted to start over in North Carolina.
126. In North Carolina, Gary had a two-year period of relative stability and successful adaptation.
127. In North Carolina, Gary built meaningful relationships and friendships.
128. In North Carolina, even during a period of relative success, Gary's dysfunctions began to affect his work.
129. Gary's boss noticed Gary's limitations and his struggle to overcome them.
130. At some point, Gary faced several stressors, including the loss of his job, that he was not equipped to handle effectively.
131. Intensely focused upon creating a family, Gary wanted to help his fiancée regain custody of her children.
132. A motivation for committing the series of bank robberies in North Carolina was to give his fiancée money to pay an attorney to regain custody of her children.
133. At the time of the bank robberies, Gary was in a downward spiral, as evidenced by such things as increased anxiety, desperation, instability, and/or obsessive behaviors.
134. At this time, Gary's substance abuse increased.
135. The series of bank robberies that Gary committed in North Carolina showed a lack of sophistication and/or planning.
136. Gary's decision to engage in these robberies despite his knowledge that they would send him back to prison illustrates his irrational thinking and impairments.

137. Gary's behavior following the robberies in North Carolina illustrates his impairments.
138. On July 23, 2001, Gary called the FBI to turn himself in before either of the offenses charged in this case occurred.
139. Gary called the FBI to turn himself in because he felt out of control.
140. Gary identified himself to the FBI employee who answered the phone, said that he was wanted for several bank robberies, and that he wanted the FBI to come and take him into custody at the Island Grove Pond Bridge at 3:00 p.m.
141. Gary thereafter waited at 3:00 p.m. for at least an hour on the Island Grove Pond Bridge for the FBI to arrive to arrest him.
142. Gary's call was dropped by the FBI employee who took the call as he tried to transfer it to an agent.
143. The FBI employee who took Gary's call did not tell anyone at the FBI about the call.
144. The FBI never showed up at the Island Grove Pond Bridge to arrest Gary.
145. At the time he committed the carjacking resulting in the death of Philip McCloskey, Gary's capacity to conform his conduct to the requirements of the law was impaired.
146. At the time he committed the carjacking resulting in the death of Jonathan Rizzo, Gary's capacity to conform his conduct to the requirements of the law was impaired.
147. Throughout his life, Gary's capacity to conform his conduct to the requirements of the law has been impaired.
148. At the time he committed the carjacking resulting in the death of Philip McCloskey, Gary was under a mental or emotional disturbance.
149. At the time he committed the carjacking resulting in the death of Jonathan Rizzo, Gary was under a mental or emotional disturbance.
150. At the time he committed the carjacking resulting in the death of Philip McCloskey, Gary was mentally ill.
151. At the time he committed the carjacking resulting in the death of Jonathan Rizzo, Gary was mentally ill.
152. On July 31, 2001, Gary called 911 to turn himself in after the charged offenses occurred.
    a- Gary volunteered to tell the 911 operator "any information [the police] want" and to "confess to everything I've done."
153. Gary called 911 because he was worried about whether he could control his behavior.
    a- Gary told the 911 operator that he was "sick and tired of what I've been doing."
    b- Gary told the 911 operator that he needed help.
    c- Gary told the 911 operator that "I'm out here hurting people and stealing and I can't . . . I can't take it."
    d- Gary told the 911 operator "I didn't want to hurt [Mr. Gregory] and I almost did. And I'm just, I'm sick of it."
    e- Gary told the 911 operator it would better for him to be in jail for the rest of his life than "out here . . . Cause if I'm out here, I, I've got a problem."
154. When the property manager arrived at the house, Gary yelled at him to go away because Gary was worried about whether he could control his behavior.
155. Gary did not want to hurt the property manager.
156. Gary surrendered himself peacefully to the Vermont State Police Department after the charged offenses occurred.
157. Following his surrender and arrest, Gary confessed to the charged offenses.

6

158. Following his surrender and arrest, Gary cooperated with each law enforcement agency during its investigation.
    a- Following his surrender and arrest, Gary cooperated with the Vermont State Police Department during its investigation.
    b- Following his surrender and arrest, Gary cooperated with the Massachusetts State Police Department during its investigation.
    c- Following his surrender and arrest, Gary cooperated with the New Hampshire State Police Department during its investigation.
159. Gary's post-arrest statements led to the recovery of Jonathan Rizzo's body.
160. Gary's post-arrest statements led to the recovery of items of physical evidence later used in this prosecution relating to the death of Jonathan Rizzo.
161. Gary's post-arrest statements led to the recovery of items of physical evidence later used in this prosecution relating to the death of Philip McCloskey.
162. In February 2002, Gary offered to plead guilty to the charged offenses and to accept a sentence of life in prison without the possibility of release, at a time when the Department of Justice had not decided whether to seek the death penalty.
163. Gary voluntarily pled guilty to the charges related to this case.
    a. On September 13, 2003, Gary voluntarily pled guilty to the charge relating to Jonathan Rizzo.
    b. On September 13, 2003, Gary voluntarily pled guilty to the charge relating to Philip McCloskey.
    c. On June 1, 2004, Gary voluntarily pled guilty to the charge relating to Robert Eli Whitney.
164. By confessing and pleading guilty, Gary demonstrated acceptance of responsibility for the offense relating to Philip McCloskey.
165. By confessing and pleading guilty, Gary demonstrated acceptance of responsibility for the offense relating to Jonathan Rizzo.
166. By confessing and pleading guilty, Gary demonstrated acceptance of responsibility for the offense relating to Robert Eli Whitney.
167. The charged crimes occurred under an unusual set of circumstances that are unlikely to recur.
168. Gary is a talented artist.
169. Gary continues to rehabilitate himself through his artwork.
170. Gary has used his creative talents in a way that is beneficial to others and shows his love and concern for them.
171. Gary's life has value.
172. Gary has developed positive relationships in prison.
173. Gary loves animals.
174. Gary cared for pet mice in prison.
175. Caring for his pet mice was therapeutic for Gary.
176. Gary is sometimes unable to control his impulse to say everything that occurs to him
    a- Gary is sometimes unable to control his impulse to verbalize his frustrations.
    b- Gary lashes out verbally when he is frustrated.
    c- Gary lashes out verbally when he is scared.
177. Gary makes empty threats.
178. Gary mimics the tough talk of people he perceives to be respected.

179. Most of Gary's disciplinaries in prison were for verbal behavior.
180. Gary responds well to a controlled, stable environment.
181. Gary has gone long periods without a disciplinary incident.
    a- Gary had no disciplinary incidents between February 2004 and August 2006.
    b- Gary had no disciplinary incidents between January 2012 and February 2013.
    c- Gary had no disciplinary incidents between February 2014 and present.
182. Gary has worked to improve his prison behavior.
183. Gary has behaved well at Wyatt Penitentiary.
184. Gary has sought out mental health services in prison.
    a. Gary has sought out anger management counseling in prison.
    b. Gary established a productive and trusting relationship with a psychologist in prison.
185. Only one of Gary's disciplinaries involved actual physical contact with another.
186. Only one of Gary's disciplinaries involved any type of injury to another.
187. In the only disciplinary involving injury, the officer reported the injury occurred during the take-down of Gary.
188. In the only disciplinary involving injury, the officer's injury was minor.
189. Gary has calmed down quickly after each disciplinary incident.
190. A prison staff member stated in December 2008 after Gary had been at Terre Haute for nearly 5 years, that Gary is not normally a troublemaker.
191. If Gary is sentenced to life in prison without the possibility of release, the Bureau of Prisons is capable of safely and securely confining him.
192. In all the years that Gary has been in prison, he has never caused a serious bodily injury to another inmate, guard, or any other person.
193. Prior to the charged offenses, Gary had not previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute.
194. There are people who love Gary.
195. There are people who Gary loves.
196. If Gary is executed, one or more other people will suffer grief or loss.
197. Gary is in poor health.
    a- Gary is morbidly obese.
    b- Gary has hypertension.
    c- Gary has hepatitis C, a disease that destroys the liver.
    d- Gary has Stage 4 Cirrhosis of the liver.
    e- Gary has untreatable cataracts related to his liver diseases.
    f- Gary has an issue with his heart that puts him at risk for sudden cardiac death.
    g- Gary has limited mobility and cannot run or walk quickly.
    h- Gary suffers from metabolic syndrome which increases his risk of death two-fold.
198. Gary is in constant pain.
199. Gary is 56 years old.
200. Gary's age, poor health, and/or limited mobility make it less likely he will have a tendency towards violence in the future.
201. Other factors in Gary's background, record, or character or any other circumstance of the offense mitigate against imposition of a death sentence.
202. Under all the facts and circumstances, the jury wishes to show mercy.
203. Anything else that matters to any of you individually.

Respectfully Submitted,

| | | |
|---|---|---|
| /s/ *Danalynn Recer*_____ | /s/ *Michael Burt*_____ | /s/ *William E. McDaniels*\_\_ |
| Danalynn Recer, Esq. | Michael Burt | William E. McDaniels, Esq. |
| Gulf Region Advocacy Center | Law Office of Michael Burt | Jennifer G. Wicht, Esq. |
| 2307 Union Street | 1000 Brannan Street | Williams & Connolly LLP |
| Houston, TX 77007 | Suite 400 | 725 Twelfth Street, NW |
| (713) 869-4722 | San Francisco, CA 94103 | Washington, D.C. 20005 |
| | (415) 522-1508 | (202) 434-5055 |

Dated: June 3, 2016

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Jennifer G. Wicht*
Jennifer G. Wicht, Esq.

Dated: June 3, 2016

9