UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
( CHARLESTON DIVISION)

| | |
|---|---|
| United States of America, <br> Plaintiff/Petitioner/USA, <br><br> v. <br> Dylann Storm Roof, <br> Defendant/Respondent. | Case No. 15-472-RMG <br><br> **Motion** <br> **in Support of** <br> ***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Sarah Sargent Gannett be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   [X] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [X] does not intend to oppose

   [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

   [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Virginia Capital Case Clearinghouse <br> Firm Name <br> Washington and Lee School of Law <br> Street Address or Post Office Box <br> Lexington, VA 24450 <br> City, State, Zip Code <br> 540-458-1888 <br> Telephone Number <br> bruckd@wlu.edu <br> E-Mail Address | David I. Bruck <br> Name of Local Counsel <br> /s/ David I. Bruck <br> Signature of Local Counsel <br> Local Counsel for the Defendant <br><br> District of South Carolina |

revised 09/19/05

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( CHARLESTON   DIVISION)

United States of America            )
_____      )
Plaintiff/Petitioner/USA.           )   Case No.  15-472-RMG
                                    )
v.                                  )   **Application/Affidavit for**
 Dylann Storm Roof           ,      )   ***Pro Hac Vice* Admission**
Defendant/Respondent.               )
                                    )

(1)  Name.  __Sarah__        __Sargent__        __Gannett__
           First             Middle             Last

(2)  Residence. I reside in the following state:  __Maryland__
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

     Firm name:  Federal Public Defender for the District of Arizona
     Mailing address:  850 W. Adams St., Su. 201        City/State/Zip  Phoenix, AZ 85007
     Telephone number:  602-382-2862
     Facsimile number:  n/a
     E-mail address:  sarah_gannett@fd.org
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of  DC  where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| United States Supreme Court | 2007 | ☒Yes ☐No |
| Fourth Circuit Court of Appeals | 2004 | ☒Yes ☐No |
| California (inactive) | 1997 | ☒Yes ☐No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ............................................... ☐Yes ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☒No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Page 2 of 3

|                                     |                                          |
|-------------------------------------|------------------------------------------|
| Attorney Name:                      | David I. Bruck, Esquire                  |
| Firm Name:                          | Virginia Capital Case Clearinghouse      |
| Street Address or Post Office Box:  | Washington & Lee University              |
| City, State, and Zip Code:          | Lexington, VA 24450                      |
| Telephone Number:                   | 540-458-8188                             |
| E-Mail Address:                     | bruckd@wlu.edu                           |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Michael O'Connell

(14)  Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.
As a member of a Federal Public Defender office, I request waiver of the fee.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:
Dylann Storm Roof

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

*Sarah H_____*
Signature of Applicant

Sworn to and subscribed before me
this  1st  day of  July  , 20 16 .

_____
A Notary Public
of the State of  District of Columbia

My Commission expires:  October 14, 2019

JOSEPH DEAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2019



(6) Cont'd

U.S. District Court for the District of Maryland

Fifth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Eleventh Circuit Court of Appeals



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## SARAH S. GANNETT

was on    **APRIL 3, 1998**    duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 1, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
     Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | CA: 15-472-RMG |
|---|---|---|
| Plaintiff(s), | ) | |
| v. | ) | **ORDER** |
| DYLANN STORM ROOF | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Sarah Sargent Gannett who represents Dylann Storm Roof

    ☐    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

_____        _____
Date                                                                 United States District/Magistrate Judge