UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. : 15-CR-472-RMG |
| v. | ) ) ) | |
| DYLANN STORM ROOF | ) ) ) | **ORDER** |

A Motion and Application/Affidavit for Admission *pro hac vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Sarah Sargent Gannett who represents Dylann Storm Roof

     X      Be **granted** admission *pro hac vice* in this case.

     ☐      Be **denied** admission *pro hac vice* in this case.

July 6, 2016
Date

s/Richard M. Gergel
United States District/Magistrate Judge