# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXIS CANDELARIO-SANTANA (01),
DAVID OQUENDO-RIVAS (05),

Defendants.

Criminal No. 09-427 (JAF)



## VERDICT

We, the Jury, find as follows:

1. **COUNT ONE:** RICO Conspiracy (Racketeer Influenced and Corrupt Organizations Act)

   **Alexis Candelario-Santana:**

   ___✓___        _____
   Guilty         Not Guilty

   ***NOTE:*** If you found the Defendant guilty in Count One, please answer the following questions:

   Regarding the Notice of Special Findings for Count One, we, the Jury, enter these special findings regarding drugs/narcotics types and amounts:

   **(A)** **Heroin** – Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least one kilogram (2.2 lbs.) of heroin from 1993 to October 2009?

   
   ___✓___        _____
   YES            NO

2:15-cr-00473-RMG 0042 Date Filed 07/07/16 985 Entry Number 242-2 Page 3 of 20
Case 3:09-cr-00427-JAG Document 985 Filed 03/08/23 Page 2 of 15

Criminal No. 09-427 (JAF)  Page 2 of 15

**(B)** **Crack Cocaine** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least two-hundred and eighty grams of crack cocaine (cocaine base) from 1993 to October 2009?

✓
───────  ───────
 YES       NO

**(C)** **Cocaine** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least five kilograms (11 lbs.) of cocaine from 1993 to October 2009?

✓
───────  ───────
 YES       NO

**(D)** **Marijuana** -- Do you find that the government proved beyond a reasonable doubt that Alexis Candelario-Santana and the defendants mentioned in Count One possessed with intent to distribute at least a detectable amount of marijuana from 1993 to October 2009?

✓
───────  ───────
 YES       NO

2.  **COUNT TWO:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Joan Manuel Class Guzmán

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
───────      ───────
 GUILTY       NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
───────      ───────
 GUILTY       NOT GUILTY

Criminal No. 09-427 (JAF)           Page 3 of 15

3. **COUNT THREE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Pedro Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__     _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__     _____
GUILTY     NOT GUILTY

4. **COUNT FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Murder of José Angel Hernández Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__     _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__     _____
GUILTY     NOT GUILTY

5. **COUNT FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of John Henry García Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__     _____
GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__     _____
GUILTY     NOT GUILTY

Criminal No. 09-427 (JAF)            Page 4 of 15

**6.**     **COUNT SIX:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Elisa del Carmen Ocasio

We, the Jury, find Defendant Alexis Candelario-Santana:

     __✓__        _____
     GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     __✓__        _____
     GUILTY     NOT GUILTY

**7.**     **COUNT SEVEN:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Samuel Ruiz Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

     __✓__        _____
     GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     __✓__        _____
     GUILTY     NOT GUILTY

**8.**     **COUNT EIGHT:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Rafael Angel Ramos Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

     __✓__        _____
     GUILTY     NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     __✓__        _____
     GUILTY     NOT GUILTY

2:15-cr-00473-RMG 0042 Date Filed 07/07/16 985 Entry Number 242-2 Page 5 of 15 Case 3:09-cr-00427-JAG Document 985 Filed 03/08/23 Page 6 of 20

Criminal No. 09-427 (JAF)  Page 5 of 15

9. **COUNT NINE:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Tina Marie Rodríguez Otero

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____        _____
GUILTY             NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____        _____
GUILTY             NOT GUILTY

10. **COUNT TEN:** (Violent Crime in Aid of Racketeering Activity)

### Murder of Unborn Child

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____        _____
GUILTY             NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____        _____
GUILTY             NOT GUILTY

11. **COUNT ELEVEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Joan Manuel Class Guzmán

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____        _____
GUILTY             NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____        _____
GUILTY             NOT GUILTY

2:15-cr-00473-RMG  Date Filed 07/07/16  Entry Number 242-2  Page 7 of 20
Case 3:09-cr-00427-JAG  Document 985  Filed 03/08/13  Page 6 of 15

Criminal No. 09-427 (JAF)                                    Page 6 of 15

**12.**  **COUNT TWELVE:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Pedro Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____          _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____          _____
GUILTY                   NOT GUILTY

**13.**  **COUNT THIRTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of José Angel Hernández Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____          _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____          _____
GUILTY                   NOT GUILTY

**14.**  **COUNT FOURTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of John Henry García Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
_____          _____
GUILTY                   NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓
_____          _____
GUILTY                   NOT GUILTY

Criminal No. 09-427 (JAF)　　　　　　　　　　　　　　　Page 7 of 15

**15.**　**COUNT FIFTEEN:**　(Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Elisa del Carmen Ocasio

We, the Jury, find Defendant Alexis Candelario-Santana:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

**16.**　**COUNT SIXTEEN:**　(Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Samuel Ruiz Martínez

We, the Jury, find Defendant Alexis Candelario-Santana:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

**17.**　**COUNT SEVENTEEN:**　(Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Rafael Angel Ramos Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

　　✓
_____　　_____
GUILTY　　　　NOT GUILTY

Case 3:09-cr-00427-JAG Document 985 Entry Number 242 Page 9 of 15
2:15-cr-00473-RMG Date Filed 07/07/16 Entry Number 242-2 Page 9 of 20

Criminal No. 09-427 (JAF)                                          Page 8 of 15

**18.  COUNT EIGHTEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Tina Marie Rodríguez Otero

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
___GUILTY___     ___NOT GUILTY___

We, the Jury, find Defendant David Oquendo-Rivas:

✓
___GUILTY___     ___NOT GUILTY___

**19.  COUNT NINETEEN:** (Carry and Use of a Firearm During and in Relation to a Crime of Violence)

### Murder of Unborn Child

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
___GUILTY___     ___NOT GUILTY___

We, the Jury, find Defendant David Oquendo-Rivas:

✓
___GUILTY___     ___NOT GUILTY___

**20.  COUNT TWENTY-NINE:**     (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Carmen María García Santiago

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
___GUILTY___     ___NOT GUILTY___

We, the Jury, find Defendant David Oquendo-Rivas:

✓
___GUILTY___     ___NOT GUILTY___

Criminal No. 09-427 (JAF)                            Page 9 of 15

21. **COUNT THIRTY:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Omaris Fonseca, a Minor

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓ GUILTY        ___ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓ GUILTY        ___ NOT GUILTY

22. **COUNT THIRTY-ONE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Wilfredo Semprit-Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓ GUILTY        ___ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓ GUILTY        ___ NOT GUILTY

23. **COUNT THIRTY-TWO:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Amarilys Fonseca-Matias

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓ GUILTY        ___ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓ GUILTY        ___ NOT GUILTY

Criminal No. 09-427 (JAF)            Page 10 of 15

**24. COUNT THIRTY-THREE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Melissa Fonseca

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__     __NOT GUILTY__

**25. COUNT THIRTY-FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of José Amézquita Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__     __NOT GUILTY__

**26. COUNT THIRTY-FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Miriam Figueroa Robles

We, the Jury, find Defendant Alexis Candelario-Santana:

✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

✓
__GUILTY__     __NOT GUILTY__

2:15-cr-00472-RMG Case 3:09-cr-00427-JAG Date Filed 07/07/16 Document 985 Entry Number 242-2 Filed 03/08/13 Page 11 of 15 Page 12 of 20

Criminal No. 09-427 (JAF) Page 11 of 15

**27. COUNT THIRTY-SIX:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Josué Oquendo Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

✓ _____
GUILTY    NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓ _____
GUILTY    NOT GUILTY

**28. COUNT THIRTY-SEVEN:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of José David Carmona Santos

We, the Jury, find Defendant Alexis Candelario-Santana:

✓ _____
GUILTY    NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓ _____
GUILTY    NOT GUILTY

**29. COUNT THIRTY-EIGHT:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Carmen Semprit Santana

We, the Jury, find Defendant Alexis Candelario-Santana:

✓ _____
GUILTY    NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

✓ _____
GUILTY    NOT GUILTY

2:15-cr-00472-RMG Date Filed 07/07/16 Entry Number 242-2 Page 13 of 20
Case 3:09-cr-00427-JAG Document 985 Filed 03/08/13 Page 12 of 15

Criminal No. 09-427 (JAF)        Page 12 of 15

**30. COUNT THIRTY-NINE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Aladino Amezquita-Semprit

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__      _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__      _____
GUILTY      NOT GUILTY

**31. COUNT FORTY:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Félix Rivera Rivera

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__      _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__      _____
GUILTY      NOT GUILTY

**32. COUNT FORTY-ONE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Caleb Castro Renta

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__      _____
GUILTY      NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__      _____
GUILTY      NOT GUILTY

Criminal No. 09-427 (JAF)            Page 13 of 15

**33.**    **COUNT FORTY-THREE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Roselyn Rosado Miranda

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      _____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      _____ NOT GUILTY

**34.**    **COUNT FORTY-FOUR:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Oscar Gómez Miranda

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      _____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      _____ NOT GUILTY

**35.**    **COUNT FORTY-FIVE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Richard Ramos Figueroa

We, the Jury, find Defendant Alexis Candelario-Santana:

__✓__ GUILTY      _____ NOT GUILTY

We, the Jury, find Defendant David Oquendo-Rivas:

__✓__ GUILTY      _____ NOT GUILTY

Criminal No. 09-427 (JAF)             Page 14 of 15

**36.**   **COUNT FORTY-SEVEN:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Angel Ríos Santos

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
__GUILTY__     __NOT GUILTY__

**37.**   **COUNT FORTY-EIGHT:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of Juan Ramos Vázquez

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
__GUILTY__     __NOT GUILTY__

**38.**   **COUNT FORTY-NINE:** (Violent Crime in Aid of Racketeering Activity)

### Attempted Murder of William Ramos Vázquez

We, the Jury, find Defendant Alexis Candelario-Santana:

     ✓
__GUILTY__     __NOT GUILTY__

We, the Jury, find Defendant David Oquendo-Rivas:

     ✓
__GUILTY__     __NOT GUILTY__

Criminal No. 09-427 (JAF)                                    Page 15 of 15

**39.   COUNT FIFTY:**   (Conspiracy to Possess with Intent to Distribute a Controlled Substance)

We, the Jury, find Defendant Alexis Candelario-Santana:

           ✓
      _____           _____
         GUILTY               NOT GUILTY,

as charged in Count 50.

**40.   COUNT FIFTY-ONE:**   (Possession of a Firearm with a Prior Conviction)

We, the Jury, find Defendant Alexis Candelario-Santana:

           ✓
      _____           _____
         GUILTY               NOT GUILTY,

as charged in Count 51.

**DATED: MARCH __8__, 2013.**


_____
                                    FOREPERSON

C:\Case Files\Candelario\Motions-penalty phase\Motion-informative-re mitigating factors (03-14-2013).wpd

SERVED AND FILED VIA ECF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALEXIS CANDELARIO-SANTANA,<br>et. al,<br><br>Defendants. | CRIMINAL NO. 09-00427(JAF) |

INFORMATIVE MOTION REGARDING MITIGATING FACTORS

TO:    THE HONORABLE JOSÉ A FUSTÉ,
          JUDGE OF THE UNITED STATES DISTRICT COURT
          DISTRICT OF PUERTO RICO

COMES NOW the undersigned counsel, and respectfully informs the Court that the defendant will rely upon the list of mitigating factors set forth at Attachment A to this motion.

1

WHEREFORE, it is respectfully requested that the court take notice of the above-described information.

                    Respectfully submitted,

                    */s/ David A. Ruhnke*
David A. Ruhnke, Esquire (PHV)
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
973-744-1000
973-746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

*/s/Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc, Esquire
Capital Center Building, Torre Sur
Suite 1005
239 Avenida Arterial Hostos
San Juan, PR 00919
787-765-0505
787-765-0585
frc@onelinkpr.net
USDC Bar No. 205603

<u>Electronically filed</u>: San Juan, Puerto Rico
March 14, 2013

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties to this matter have been served via ECF.

                    /s/ David A. Ruhnke
                    DAVID A. RUHNKE, ESQUIRE

<u>Dated</u>:       March 14, 2013

United States v. Alexis Candealrio-Santana

MITIGATING FACTORS

1. If spared execution, Alexis will be incarcerated for the remainder of his life in a secure federal prison.

2. Lifetime imprisonment is a severe punishment.

3. There is no parole in the federal system.

4. Braulio Ortiz Rodriguez ("Menor") will not face the death penalty for the murders he committed as a member of the enterprise.

5. David Oquendo Rivas will not face the death penalty for his role in the murders at La Tómbola.

6. The Federal Bureau of Prisons is capable of fashioning conditions of confinement that will safely manage, punish, and confine Alexis while he serves out his sentence of lifetime incarceration.

7. The Federal BOP has a variety of options – including the "Supermax" facility in Florence, Colorado ("ADX") – for punishing and controlling federal inmates.

8. Alexis grew up under circumstances of extreme poverty.

9. Alexis grew up without a father.

10. Alexis grew up without positive male role models.

11. Alexis' mother, while she tried her best, was overwhelmed by her circumstances.

12. Alexis dropped out of school in the 6th grade in order to go to work and earn money for his family.

13. The environment in which Alexis grew up was one of violence, death, narcotics trafficking, and other forms of illegal activity.

14. As a child growing up in Sabana Seca, Alexis experienced the violent deaths of many people.

15. Alexis has made a satisfactory adjustment to incarceration in the past and is likely to do so in the future.

16. The evidence of Alexis' guilt is insufficient to justify imposition of a sentence of death.

17. Alexis is a human being whose life has value.

18. Executing Alexis will cause others to suffer grief and loss.

19. One or more members of the jury wish to exercise mercy and impose a sentence of life.

20. The Commonwealth of Puerto Rico has outlawed capital punishment.

21. There are other factors that weigh against a sentence of death.