UNITED STATE DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

---

### DEFENDANT'S WAIVER OF APPEARANCE AT BAR MEETING

I, Dylann S. Roof, have been notified that a hearing will be held on July 18, 2016 during which several matters about my case will be discussed with the Court, my attorneys and attorneys for the United States. I understand the Court at this hearing may issue certain important orders regarding my case. I understand I have a right to be present at this hearing. After conferring with my attorneys, I have decided I do not want to be present at this this hearing. No one has forced me to give up my right to be present and I am doing so voluntarily.

_Dylann Roof_
Dylann S. Roof
July 14, 2016

Witness: _D. Ashley Pennington_
D. Ashley Pennington, Esq.