IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 2:15-CR-00472-RMG |
| v. ) | |
| **DYLANN STORM ROOF** ) | |

**GOVERNMENT'S MOTION FOR EXAMINATIONS OF THE DEFENDANT**

On June 24, 2016, the Government provided briefing on why examinations of the Defendant by Government experts should be permitted if the defendant provided a Rule 12.2 notice. DE 213 at 8-11 (citing, *inter alia*, Fed. R. Crim. P. 12.2(c); *United States v. Curtis*, 328 F.3d 141, 144-45 (4th Cir. 2003); *United States v. Lewis*, 53 F.3d 29, 35 n.9 (4th Cir. 1995)). Yesterday, on July 18, 2016, the Defendant provided undersigned counsel with a copy of its previously *ex parte* Rule 12.2 Notice. Thus, pursuant to Rule 12.2(c)(1)(B), as well as previously cited authority, the Government moves for an order permitting it's mental health experts access to Defendant for the purpose of conducting evaluations. *See* DE 226 (noting that the Government may make such a motion in response to the Rule 12.2 Notice).[1]

---

[1] The Court addressed a number of the procedural issues surrounding such examinations in the hearing held on July 18, 2016. The Government will work with defense counsel to resolve any additional issues that arise, presenting only those issues on which agreement cannot be reached for resolution by the Court.

1

Respectfully submitted,

BETH DRAKE
ACTING UNITED STATES ATTORNEY

BY: s/Julius N. Richardson
JULIUS N. RICHARDSON (ID #9823)
NATHAN WILLIAMS
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
(803) 929-3000
Jay.N.Richardson@usdoj.gov

July 19, 2016

2