# EXHIBIT 6

# STATE OF SOUTH CAROLINA

County of ___Richland___

---

# SEARCH WARRANT

---

Date: June 18, 2015

Agent: S/A Casey K. Collier

# STATE OF SOUTH CAROLINA}
}           **SEARCH WARRANT**
COUNTY OF    RICHLAND     }

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY OF _____ :

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

### DESCRIPTION OF PREMISES (PERSON, PLACE OR THING) TO BE SEARCHED

2000 dark in color 4-door sedan, Hyundai Elantra GLS Automobile, VIN#: KMHJF35F8YU964587, bearing SC License Plate #: LGF 330, registered to Dylann Storm Roof at ▮▮▮▮ Garners Ferry Road in Eastover, South Carolina. The vehicle has been towed to SLED Headquarters located at 440 Broad River Road, in Columbia, SC 29210.

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to seize such property if found:

### DESCRIPTION OF PROPERTY SOUGHT

Any and all evidence to include, but not limited to, latent prints, hairs, DNA, fibers, fluids, blood, or other biological evidence; weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband, narcotics, U.S. currency, and/or documents, clothing, and articles of identification that could aid in the criminal investigation of <u>Murder</u>.

This Search Warrant shall not be valid for more than ten days from the date of issuance.
A written inventory of all property seized pursuant to this Search Warrant shall be made to

___*Judge Hood*___   ___*1701 Main St.*___   ___*Columbia, SC 29201*___

within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the person, a copy shall be attached to a prominent place on such premises.

___*Columbia*___, S.C.

___*6/18*___, 2015     ___*Re Hood*___ (L.S.)
  *1747 Hrs.*                Signature of Judge

## STATE OF SOUTH CAROLINA }
## COUNTY OF RICHLAND }

**AFFIDAVIT**

Personally appeared before me, one S/A Casey Collier who, being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

### DESCRIPTION OF PROPERTY SOUGHT

Any and all evidence to include, but not limited to, latent prints, hairs, DNA, fibers, fluids, blood, or other biological evidence; weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband, narcotics, U.S. currency, and/or documents, clothing, and articles of identification that could aid in the criminal investigation of Murder.

### DESCRIPTION OF PREMISES (PERSON, PLACE OR THING) TO BE SEARCHED

2000 dark in color 4-door sedan, Hyundai Elantra GLS Automobile, VIN#: KMHJF35F8YU964587, bearing SC License Plate #: LGF 330, registered to Dylann Storm Roof at ▓▓▓▓▓ Garners Ferry Road in Eastover, South Carolina. The vehicle has been towed to SLED Headquarters located at 440 Broad River Road, in Columbia, SC 29210.

### REASON FOR AFFIANT'S BELIEF THAT THE PROPERTY SOUGHT IS ON THE SUBJECT PREMISES

On the evening of June 17, 2015, nine people were murdered as the result of a shooting at a church located at 110 Calhoun Street, Charleston, South Carolina. During the investigation of these murders, Law Enforcement Officials ultimately obtained surveillance footage surrounding the incident and identified the shooter as a white male that was driving a dark in color car.

At approximately 6:00 a.m. on June 18, 2015, law enforcement officials published photographs from the video surveillance and began soliciting assistance from the general public via a tip line. A call into this tip line by a subject named Dalton Tyler indicated the shooter in the video that was released was named DYLANN STORM ROOF. Tyler knew ROOF's parents to live in Lexington, South Carolina. Tyler further stated that ROOF drove a car with a confederate tag that says "South will rise again", ROOF visited Charleston a lot and always talked about segregation and another Civil War.

Sworn to and Subscribed before me }
this _18_ day of _June_, 2015 }

_____ (L.S.)}
Signature of Judge   1747 Hno

_____
Affiant  Casey Collier

Address: SLED
4400 Broad River Road, Columbia, SC 29210
Phone (803) 737-9000

**STATE OF SOUTH CAROLINA**}

COUNTY OF RICHLAND           }           **AFFIDAVIT**
                             }

Shortly after the call from Tyler, the tip line received another call from a female identifying herself as Amber Roof. Amber Roof indicated the subject she observed in the publicly released surveillance footage was her brother, DYLANN STORM ROOF. Amber Roof stated DYLANN STORM ROOF had been living in his black in color Hyundai or Honda. Amber Roof further stated that their parents live in Columbia and both of her parents had called her "in tears" when they saw the pictures on the news. The parent's names are Bennett Roof (father) and Amy Roof (mother). Amber Roof indicated that DYLANN STORM ROOF does own a gun as her mother has seen it.

After the call from Amber Roof, Dalton Tyler called back in to the tip line and indicated he had taken screen shots of the Facebook pages belonging to DYLANN STORM ROOF. These screen shots were supplied to Law Enforcement Officials by Tyler. The person and vehicle depicted in the images appearing in these screen shots were confirmed to be the same person that appears in the surveillance footage of these crimes and the same vehicle that the shooter utilized during the commission of these crimes.

Upon learning the aforementioned facts, investigators began ascertaining information regarding licensing and vehicle registrations of DYLANN STORM ROOF. As investigators were obtaining more information, contact was made with DYLANN STORM ROOF's father, Bennett Roof. Bennett Roof first told investigators over the phone that the images he had seen on the news regarding this incident were images of his son, DYLANN STORM ROOF. He subsequently confirmed the identity of the suspect upon viewing the photos in person, during an interview with investigators.

On June 18, 2015 at approximately 10:33 hours, The Shelby Police Department received a call from a motorist indicating the suspect from this incident was traveling west on US Highway 74 through Shelby. This motorist gave a description of the car and suspect. This car was ultimately stopped on US Highway 74. The driver of the car, DYLANN STORM ROOF (DOB: _____), was taken into custody and interviewed by investigators at the Shelby Police Department. The vehicle that was driven by DYLANN STORM ROOF was seized by Shelby Police Department and turned over to South Carolina Law Enforcement Division (SLED) and towed to the SLED Headquarters located at 4400 Broad River Road in Columbia, SC 29210 to be searched.

Based on the facts revealed in this affidavit, the totality of the circumstances would lead a reasonable person to believe items of evidentiary value surrounding the murders of the victims could be located in the 2000 Hyundai Elantra GLS bearing SC License Plate #: LGF 330 listed in the property to be searched. These items of evidentiary value such as but not limited to latent prints, hairs, DNA, fibers, fluids, blood, or other biological

Sworn to and Subscribed before me           }
this __18__ day of ___June___, 2015 }

_____ (L.S.)}          _____
Signature of Judge                                  Affiant

                                        Address: SLED
                                        4400 Broad River Road, Columbia, SC 29210
                                        Phone (803) 737-9000

## STATE OF SOUTH CAROLINA }

COUNTY OF RICHLAND }

**AFFIDAVIT**

evidence: weapons, weapon components, ammunition, projectiles; and/or any photographs, cellular devices, contraband, narcotics, U.S. currency, and/or documents, clothing, and articles of identification.

Sworn to and Subscribed before me this _18_ day of _June_, 2015

_Re Hood_ (L.S.)
Signature of Judge   *1747 Hrs*

_Casey Collin_
Affiant

Address: SLED
4400 Broad River Road, Columbia, SC 29210
Phone (803) 737-9000

RESTRICTED MATERIAL

# RETURN

I received the attached Search Warrant ___June 19___, 2015 and have executed it as follows:
On ___June 19___, 2015 at ___7:20___ o'clock __A__ M, I searched (the person) described in the warrant and (the premises)

I left a copy of the warrant with ___2000 Hyundai Elantra GLS  SC Tag # LGF 330___
Name of person searched or "at the place of search" with.
Together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the warrant:

*Please see attached three (3) page typed list of items seized from the above listed vehicle that was located at 4400 Broad River Road in Columbia South Carolina 29210*

This inventory was made in the presence of ___S/A Brittany Burke___
AND ___S/A Tiffany Hezel___  ___S/A Casey Collier___

I swear that this Inventory is a true and detailed account of all property taken by me on the warrant.

SWORN to before me this ___22___
day of ___June___, 2015

___Rafford___ (L.S.)   0900 hrs
Signature of Judge

___Michael Wheeler___
(Signature of Officer Executing Warrant)
Casey Collier

RESTRICTED MATERIAL                                        US-017727

**List of Items seized pursuant to a lawful Search Warrant for a 2000 Hyundai Elantra GLS bearing SC License Plate #: LGF 330:**

Rear Driver Side Floorboard

1). One (1) American Flag on a brown wooden rod

2). One (1) Confederate Flag on a brown wooden rod

3). Misc. gun ammunition boxes/trays that contained misc. live rounds of .45 caliber ammunition.

Backseat

1). Two (2) handwritten letters to "Mom" and "Dad"

2). One (1) brown leather journal containing handwritten notes

3). One (1) gray in color t-shirt with a "Clarks" label in yellow on the left front chest area.

4). One (1) black glove

5). One (1) piece of a black t-shirt

6). One (1) pair of gray boxer brief underwear

7). One (1) black in color USB flash drive HP 4GB located in the gray toiletry bag

8). One (1) black in color USB flash drive ADATA S102 64 GB 3.0 Pro

9). One (1) Glock 41 Gen 4 .45 caliber handgun containing the following:

    a). One (1) Glock .45 caliber magazine

    b). Eleven (11) live rounds of .45 caliber ammunition

10). One (1) pair of vintage slim jeans

11). One (1) gray in color size medium footlocker t-shirt

12). One (1) Ginger Ale t-shirt

13). One (1) white t-shirt cut off

Rear Passenger Side Floorboard

14). One (1) empty white in color ammunition box/tray

Front Passenger Seat

15). One (1) black in color GARMIN Nuvi 205 GPS SN:1SB545472

    a). One (1) black charging cord

    b). One (1) GPS mount

16). One (1) handwritten note of instructions

Front Passenger Side Floorboard

17). One (1) Green in color back pack

    a). One (1) yellow tiger print USB flash drive located in front pocket

    b). One (1) book "Luther's Small Catechism"- Dylann Roof embossed on front located in front big pocket

    c). Two (2) DVD's in plastic cases and Four (4) CD's in a clear Ziploc bag located in front big pocket

    d). Two (2) sheets of yellow legal pad paper with handwritten church lists

    e). One (1) pair of Sony headphones located in large center pocket

    f). One (1) black in color HUAWEI 5.0 AF smartphone located in large center pocket

18). One (1) black in color DELL Latitude E5400 laptop SN: 5LXX5L1

19). Misc documents

20). One (1) Shooter's Choice receipt for Glock Magazine

21). One (1) Shooter's Choice receipt for Glock Handgun dated April 16, 2015

22). Handwritten Letters with Lists

23). One (1) Clarks pest control pay stub for Dylann Roof

24.) One (1) List of churches

25). One (1) black in color plastic Glock handgun box containing a cleaning tool and one ear plug

26). Nine (9) brochures

### Between Front Seats

27). Three (3) gray in color Glock Mag package inserts.

28). One (1) black in color gun mounted laser/light

### Trunk of the car

28). One (1) partially burnt American Flag on a brown wooden rod

29). Two (2) yellow legal pads

30). Two (2) empty rifle ammunition boxes

31). One (1) empty P Mag package

32). One (1) cardboard 5:11 bag packaging

33). One (1) laptop charger

### Front Bumper of car

34). One (1) Confederate Flag vanity tag

### Front Passenger Door Pocket

35). Four (4) brochures

### Steering Wheel

36). One (1) swab of steering wheel