# EXHIBIT 2

*Section Eight: Inmate Mental/ HealthCare*                                      7 Pages



*Sheriff Al Cannon Detention Center*
*Charleston County Sheriff's Office*

Policy 8-05.5

Subject: **Suicide Screening/Prevention/Intervention**

☐ NEW   ☒ REVISED   ☐ REVIEWED                Supersedes: 8-05.4

APPROVED:
*W.L. Beatty*                                                     9/18/2015
Detention Center Administrator Chief Deputy W.L. Beatty          Date

I. PURPOSE:

To protect the health and well-being of inmates through a comprehensive suicide screening, prevention and intervention program.

II. POLICY:

The policy of the Sheriff Al Cannon Detention Center (SACDC) is to ensure the health and safety of all inmates by providing the necessary training to all Detention Officers on suicide risk assessment. The threat of suicide or attempted suicide will be treated as a serious matter by all staff. The Facility will provide care and supervision of inmates who present a known suicide risk. The SACDC provides for the immediate response to the threat of suicide. The proper notification of medical staff, mental health professionals, and staff will be completed regarding inmates who have expressed suicidal intentions, who have a history of suicidal attempt(s), and/or who arrive at the facility with documentation indicating that the inmate has threatened or attempted suicide. These inmates will be evaluated by qualified professionals who will assess the inmate's mental health and ensure the prescribed treatment is provided.

III. DEFINITIONS:

Emergency Rescue Tool – a specially designed tool used for the safe and efficient cutting of a variety of fibrous materials found in the facility.

Potentially Suicidal – inmates that are not actively suicidal but express suicidal ideation and/or have a recent history of self-destructive behavior.

Actively Suicidal – inmates who has attempted or is making active attempts of self-destructive behavior.

D03131

*Suicide Screening/Prevention/Intervention*

IV. PROCEDURE:

    A. All Detention personnel will receive training in suicide prevention which is approved by the Medical Director and provided by the Training Division, medical, and/or mental health care professionals during orientation and annually thereafter. Training shall include but is not limited to:

        1. identifying the warning signs and symptoms of suicidal behavior which include, but are not limited to:

            a. Sadness or crying

            b. Withdrawal or silence

            c. Loss or gain of appetite marked by noticeable weight gain or loss

            d. Insomnia

            e. Mood variation (in many cases extreme and unexplained)

            f. Lethargy (slowing of physical motion such as walking and talking)

            g. Changes in behavior such as giving away personal possessions, planning a funeral, putting affairs in order, etc.

            h. Verbal clues such as:

                1) Projecting feelings of hopelessness or helplessness.

                2) Speaking about getting out of jail unrealistically

                3) Not dealing with the present/being preoccupied with the past

                4) Explaining intentions to commit suicide

                5) Increasing difficulty relating to others

                6) Exhibiting sudden changes in behavior (e.g., an unprovoked attack on staff or other inmates)

            i. Those inmates in the population that should be more closely observed for possible suicide tendencies to include, but not limited to:

                1) Older inmates

                2) Chronically or terminally ill inmates

                3) Transgender, Transsexual, Lesbian, Homosexuals or anyone

D03132

*Suicide Screening/Prevention/Intervention*

        who has been a victim of a homosexual assault

    4) New mothers

    5) Inmates recuperating from major surgery

    6) Incarcerated professionals

    7) Persons who have committed a crime of passion

    8) Impulsive individuals

    9) Persons without a family support structure

    10) Previous suicide attempts

2. understanding the type of individuals in the facility;

3. responding to suicidal and depressed inmates; to include the following:

    a. Do not judge the inmate.

    b. Talk, listen, discuss, maintain communication, and be supportive.

    c. Ask pertinent questions. Be direct.

    d. Do not leave the inmate alone. Do not isolate.

    e. Do not give advice.

    f. Do not dare the inmate.

    g. Do not act shocked.

4. communication between correctional and health care personnel;

5. using all resources available for inmates;

6. housing and suicide-watch procedures; and

7. follow-up by mental health of inmates who attempt suicide.

*(SC Min. 1032h, 1033j, 1034d, 1035e, 2052r, 4-ALDF-4C-32, 4D-08, 7B-08, 10)*

B. Medical/suicidal screening will be conducted during the intake process.

    1. An initial medical/mental health screening will be conducted by the processing officer to determine any related mental health problems as well as

D03133

*Suicide Screening/Prevention/Intervention*

        medical needs. Officers will consider the suicide potential of an inmate with regard to these medical factors:

           a.    severe alcohol/drug dependence;

           b.    chronic physical problems;

           c.    past psychiatric history;

           d.    reason for arrest; and

           e.    support system.

*(1042j, 2053h, 4-ALDF-2A-21, 4C-29)*

    2.    Any offender who displays signs of severe mental health problems during the intake process will be seen by the medical staff, which will make the decision whether or not the inmate is to be admitted to the Detention Center. An inmate shall be considered disordered if he/she appears to be a danger to himself/herself or others and if he/she appears gravely disabled. Signs to watch for include:

*(4-ALDF-4C-34)*

           a.    blatant confusion;

           b.    disorientation;

           c.    depression and slowness of movements;

           d.    extreme frightfulness; and/or

           e.    catatonic state.

    3.    The on duty Processing Lieutenant will have the final authority to reject an arrestee at time of admission for medical or mental health reasons.

C.    The protocol for inmates placed on suicide precautions will be as follows.

    1.    Upon identifying an inmate as potentially suicidal, the inmate will be secured in an area in which the inmate may be under constant observation until alternative clothing is provided and housing assignments may be made.

    2.    The inmate's belongings will be placed into a property storage box that will be taken to the unit in which the inmate is taken.

    3.    The inmate will be searched and then provided a suicide gown in order to cover himself / herself; thus preventing humiliation or degradation. All other

*Suicide Screening/Prevention/Intervention*

       clothing, property items, and armband will be taken from the inmate to ensure his/her safety and placed into the property box. The inmate's shoes will be kept outside the inmate's cell door.

       *(4-ADLF-4C-33)*

       NOTE: Female inmates on suicide precautions during their menstrual cycle will be given an adult diaper and sanitary napkins. The Housing Unit Officer will provide these on an as needed basis.

4.   Cells will be inspected prior to placing the inmate into the cell and, with the exception of the mattress, all other objects will be removed which pose a threat to the inmate's safety. Inmates on suicide watch/precautions will be housed close to the officer's station in the following locations:

    a.   Medical Infirmary:

       In a room which allows an officer to keep the inmate under constant observation until cleared by a mental health counselor.

    b.   A1A:

       If the inmate is violent, or has shown violent tendencies, the inmate will be housed in A1A in the front of the unit close to the officer's desk for observation.

    c.   Observation Room in Processing:

       If the inmate has not completed the intake process, they will be kept in processing in the observation room until completion.

    NOTE: When the Processing/Housing Lieutenant determines the Medical Infirmary has reached capacity, non-combative females will be housed in the designated housing unit. Non-combative males will be housed in housing unit A1B.

5.   One officer will be assigned to each inmate on active suicide watch/precautions in the designated housing units. At no time will an officer be out of sight or sound of the inmate. All other potentially suicidal inmates are monitored on an irregular schedule, no more than fifteen (15) minutes between notations; at least five (5) times within the hour using the Handheld Monitoring Device *(Reference Handheld Monitoring Device Policy).* If the post does not have a Handheld Monitoring Device, one can be obtained from Central Control. The Officer(s) assigned to these posts must document the beginning and ending of the suicide watch using the *Observation Log (SACDC Form-339)*. Documentation on the *Observation Log* must be

*Suicide Screening/Prevention/Intervention*

completed entirely. The officer must ensure the form is completed accurately to include supervisor and Mental Health signatures.

*(4-ALDF-2A-52, NCCHC J-G-05)*

6. Once the *Observation Log* is completed, the form should be turned in to the Housing Administrative Assistant. The Administrative Assistant will scan and email a copy to Records (records@charlestoncounty.org) and Medical (medical@charlestoncounty.org).

7. Inmates on suicide precautions will be given the opportunity to shower at night and will be provided with a clean gown at the completion of the shower. The inmate's hygiene items will be returned to his/her property box. Linens will be sent to the laundry and replaced.

8. Any inmate placed on suicide precaution may request to use the telephone. The officer who receives the request will notify his/her supervisor to obtain approval. The supervisor prior to answering the request will consult either the medical department or the mental health department to determine on a case by case basis if the inmate will be allowed to use the telephone.

D. If an inmate attempts suicide officers will do the following:

1. If an officer finds an inmate attempting to commit suicide he/she will notify Central Control using one of the following radio transmissions:

   a. 10-88 (A), Attempted suicide
   b. 10-88 (T), Threatened suicide
   c. 10-88, suicide

2. All Sergeants and SOG Operators are issued a cut down tool which is to be kept securely on their person at all times while on duty. Any misuse of the tool will result in prompt disciplinary action. The tool is only to be taken out and utilized in the event an inmate is found hanging. If the inmate has material wrapped around their neck, the tool will be utilized to cut and remove the material that has been tied around the neck by inserting the tool between the material to be cut and the inmate's skin.

   NOTE: When cutting down an inmate, Officers should ensure that no cut is made through or on any knot.

3. The scene will be secured, including all evidence, until cleared by the responding Supervisor.

*Ref: I.C.E. Part 4 Section 24*     Page 6 of 7     *Reviewed Date 09/18/15*

D03136

*Suicide Screening/Prevention/Intervention*

4. Whenever any inmate attempts suicide, an *Incident Report* must be completed, outlining all actions taken during and after the event. All reports must be submitted via the chain-of-command to the Detention Center Administrator. In the event of an inmate suicide, the Detention Center Administrator, or designee, will notify the South Carolina Department of Corrections (SCDC). Any attempts by a United States Immigration Custom Enforcement (ICE) detainee must be reported to the local field office by the Director of Support Services.

    *(SC Min. 1047, 1048, 1049, 1065f, 4-ALDF-2A-11)*

5. Inmates who have attempted, threatened, or are actively trying to commit suicide or those that are deemed necessary by the Housing/Processing Lieutenant or responsible health authority may be restrained and/or isolated for his/her protection, in accordance with SACDC Policy, *Clinically Ordered Restraints and Seclusion.* All inmates restrained for his/her safety shall be under continuous observation. Incident Report(s), Supplemental Report(s) and Use-of-Force Report(s) will be completed, documenting all actions of the event.

    *(SC Min. 1067(b), (c))*