RESTRICTED MATERIAL

# RICHALND COUNTY SHERIFF'S DEPARTMENT

## CONSENT TO SEARCH

Date: June 18, 2015

Location: ███████████████

I, Danny Beard, do hereby consent to the search of my premises and/or automobile, without a search warrant by SLED K. Ward and RCSD R. Ward / Berk / M. Robinson, INVESTIGATORS with the Richland County Sheriff's Department (RCSD). These INVESTIGATORS are authorized by me to take from my premises and/or automobile letters, papers, materials, or other property which they may desire.

Description of property to be searched:

███████████████ Home and buildings on property

I am aware that any evidence obtained as a result of the search can be used against me in a court of law.

This written permission is being given by me to the above-named INVESTIGATORS freely, voluntarily, and without threats or promises of any kind.

WITNESS: _[signature]_
WITNESS: _[signature]_

SIGNED: _[signature]_ Danny B___

1506 0149-18       KMR

RESTRICTED MATERIAL          US-017625