# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | **UNDER SEAL** |
| Dylann Storm Roof. ) | |

Defendant's first motion to suppress (Dkt. No. 266), filed July 20, 2016, asks to reserve arguments regarding the voluntariness of Defendant's post-arrest statements to law enforcement agents, pending mental health evaluations. The Court directs Defendant to provide a status update at the hearing scheduled for September 1, 2016, regarding those evaluations. Defendant should be prepared to propose a deadline for the completion of his briefing in support of his first motion to suppress.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

August 16, 2016
Charleston, South Carolina