Redline Combined Proposal

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 2:15-472-RMG |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

## INSTRUCTIONS

1.    Fill out the information requested below and then answer each question.

2.    If you do not understand a question, write "do not understand."

3.    If you do not know the answer, write "don't know."

4.    Do not discuss the questions or your answers with anyone else, including other jurors.

5.    The staff are not permitted to answer your questions about the questionnaire.

Thank you for your cooperation.

September___, 2016

_____
Richard M. Gergel
UNITED STATES DISTRICT COURT JUDGE

_____
Your Full Name

NOTE: My staff needs a record of your telephone in case it is necessary to contact you personally, or to leave a message for your family or employer.

_____
Juror #

To protect your privacy this page will be separated from the rest of the questionnaire. Your telephone will not be made available to anyone other than my court staff.

_____
Home telephone number

_____
Work or message telephone number

Redline Combined Proposal

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 2:15-472-RMG |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

## CONFIDENTIAL JUROR QUESTIONNAIRE

You have been called as a prospective juror in the case of United States of America v. Dylann Storm Roof. This questionnaire will be used to assist the Court and the lawyers in jury selection for this case. It is designed to obtain information about your background, experience, and views as they relate to your possible jury service. The questions are not meant to invade your privacy, but to help select the best possible jury for this case. This questionnaire is designed to save everyone time by reducing the number of questions that potential jurors will be asked in open court.

Your answers to these questions will only be used by the parties, the judge, and their assistants. Your answers will be kept confidential and, indeed, you may not discuss this questionnaire or the case with anyone, including your family or fellow prospective jurors. If you need assistance in completing the questionnaire, please ask the court staff. It may be necessary to follow up on some responses with additional questions. Please mark any of your responses with a (*) if you prefer that any follow-up questions be asked privately.

Please answer each question as completely and accurately as you can. Understand that there are no "right" or "wrong" answers to these questions, so long as your answers are truthful. If you are not sure whether a question applies to you, please answer it. If you need additional space for your responses, please use the pages provided at the end of the questionnaire.

1

Redline Combined Proposal

Because this questionnaire is part of the jury selection process, you must swear that the answers you give are true to the best of your knowledge, and you must fill out the questionnaire by yourself.

A few important precautions:

- If anyone attempts to talk to you about this case, please immediately notify the judge or a member of the courtroom staff.

- Please do not discuss this case with anyone.  That includes friends, family members, and other potential jurors.

- Please do not read, watch, or listen to any media accounts or conversations about this case.  This includes going on the internet to look up any news stories or websites that may pertain to this case.  Please do not go to any of the locations that you believe may be involved in this case, if at all possible.

- If you are exposed accidentally to information or discussion about this case, please inform the judge when you appear for individual questioning.

- Do not be concerned that the questions necessarily reflect evidence that will be introduced in this case, or that your answers will determine whether or not you will serve on this jury.

Redline Combined Proposal

## DESCRIPTION OF THIS CASE

The indictment in in the case of United States v. Dylann Storm Roof alleges that:

On the evening of June 17, 2015, Defendant Dylann Storm Roof entered Emanuel AME Church with his Glock, model 41, .45 caliber pistol and eight magazines loaded with hollow-point bullets, with the intent of killing African-Americans engaged in the exercise of their religious beliefs. By attacking African-American parishioners, Roof intended to increase racial tensions across the Nation, and sought retribution for wrongs he believed African-Americans had committed against white people.  Prior to the attack, he had researched and posted extensively on the Internet on this topic, including posting a manuscript and photographs on a website attributed to him called lastrhodesian.com, expressing his racist beliefs and intent to take action.  He has claimed that he decided to attack African-American worshippers in an African-American church in order to make the attack more infamous. The parishioners welcomed Defendant Dylann Storm Roof into their Bible study group, and Roof sat next to Reverend Clementa Pinckney.[1] While at the Bible study, Defendant Dylann Storm Roof drew his pistol and opened fire on the parishioners, killing Reverend Sharonda Coleman-Singleton, Cynthia Hurd, Susie Jackson, Ethel Lee Lance, Reverend DePayne Middleton-Doctor, Reverend Clementa Pinckney, Tywanza Sanders, Reverend Daniel Simmons, Sr., and Myra Thompson; and attempting to kill a minor child, K.M., Felicia Sanders, and Polly Sheppard.

A 33-count indictment charges Dylann Storm Roof with various crimes.  In counts 1-9, Roof is charged with Hate Crime Act Resulting in the Death.  In Counts 13-21, Roof is charged with Obstruction of Exercise of Religion Resulting in Death. In Counts 25-33, Roof is charged with Use of a Firearm to Commit Murder During and In Relation to a Crime of Violence. The possible punishments include the death penalty or life imprisonment without the possibility of release.

You may have seen, read and heard news accounts of this case. There is nothing wrong with having read, seen or heard about the case. However, we need to know what, if anything, you have read, seen or heard.  Please answer the following questions.

---

[1] In an attempt to assist the Court, language or questions proposed by both parties is indicated by black text. Language or questions proposed by the Defense alone is indicated by red text. Language or questions proposed by the Government alone is indicated by blue text. In addition, clean copies of the questionnaire proposed by each of the parties have been submitted.

Redline Combined Proposal

Name: _____      Juror Number: _____

1.    Gender:      Male          ____
                   Female        ____

2.    Race:_____

3.    Date of Birth: _____

4.    Current Place of Employment: _____

5.    Do you know anyone (personally, or by sight or reputation) who works in any
      capacity with the U.S. Attorney's Office, or a State Solicitor's Office, in the State
      of South Carolina? _____Yes          _____No

      If Yes, please explain, telling who that person is, and how you know him or her.
      _____
      _____
      _____

6.    Have you, or has anyone close to you, ever been employed by a prosecutorial
      agency (Attorney General's Office, U.S. Attorney's Office, State Solicitor's
      Office, District Attorney's Office, etc.)? _____Yes          _____No

      If Yes, please explain._____
      _____
      _____

7.    Have you ever applied for a job with any prosecutorial agency or office, or any
      law firm, or any defense attorney's office? _____Yes          _____No

      If Yes, please explain._____
      _____
      _____

8.    Have you or anyone close to you ever been employed in any capacity by, or
      volunteered to help, in any local, state or federal law enforcement or other

4

Redline Combined Proposal

investigative agency, including a police or sheriff's department, State Police, FBI, OSHA, IRS, U.S. Marshall Service, Customs, etc.?

_____Yes          _____No

If Yes, please explain._____
_____
_____

9.     Have you ever applied for a job with a law enforcement, corrections, other investigative agency, or security-related job for a private business?

_____Yes          _____No

If Yes, please explain._____
_____
_____

10.    What is your opinion of:

   a.  attorneys who prosecute people accused of crimes? _____
   _____
   _____

   b.  attorneys who defend people accused of crimes? _____
   _____
   _____

   c.  public defenders? _____
   _____
   _____

11.    Have you ever attended a meeting, sponsored an event, or supported any group that deals with crime victims' rights or with the reform of any criminal laws?

_____Yes          _____No

If Yes, please explain._____
_____

Redline Combined Proposal

_____

12.    Have you and or your spouse/partner ever had a leadership role in any civic, social, political, environmental, religious, professional, or trade club or organization (this would include, for example, a choir, labor union, sports league, church or other religious community, NRA, Junior League, Rotary, etc.)?

_____Yes            _____No

If Yes, please identify the group and any leadership positions you, or your spouse or partner hold or have held. _____
_____
_____

13.    Have you, or has anyone that you know been the victim of a violent crime (for example, rape, armed robbery, murder or others), even if it was not reported to others?  _____Yes                _____No

If Yes, please explain. _____
_____
_____

14.    Do you have any signs, stickers, flags, banners, etc. in your yard, home, or workspace, or on your car?  _____Yes                _____No

If Yes, what do they say or what symbols are on them? _____
_____
_____

15.    What is your opinion on the issue of gun control? _____
_____
_____
_____
_____

16.    In the past 3 years, have you participated in any rally, protest or demonstration in the State of South Carolina, or supported any group which has sponsored such an

event (such as Black Lives Matter, National Action Network "Hands Up for Justice" Rally, South Carolina Secessionist Party, etc.)?

_____Yes          _____No

If Yes, please explain. _____
_____
_____

17.   Have you ever served on a grand jury? _____Yes          _____No

If Yes, when and where. _____
_____

18.   Do you have any experience with mental health professionals (psychologists, psychiatrists, clinical social workers, therapists, etc.)?

_____Yes          _____No

If Yes, please explain. _____
_____
_____

19.   Have you, or has anyone close to you, been discriminated against in any way because of race, religion, nationality, gender, ethnicity, age or sexual orientation?
_____Yes          _____No

If Yes, please explain. _____
_____
_____
_____
_____
_____
_____

20.   Have you been affected in any way (other than your answer above) by discrimination or prejudice? _____Yes          _____No

If Yes, please explain. _____
_____

Redline Combined Proposal

_____
_____
_____
_____

21.   How would you describe the amount of media coverage you have seen about this case or the defendant:

_____ A great deal (followed it very closely)
_____ Quite a bit (read many articles or watched television accounts)
_____ Moderate amount (just basic coverage in the news)
_____ Little (basically just heard about it)
_____ None (have not heard of case before today)

22.   Has your information about this case or the defendant come from (check all that apply):

_____ Newspaper(s) (including on-line newspaper sites)
_____ Print periodicals/magazines (including on-line magazine sites)
_____ Television or Radio
_____ Social media, including Facebook, Twitter, etc.
_____ Websites other than online newspapers or magazines
_____ Hearing people talk about it
_____ Personal knowledge
_____ Other

If you checked *personal knowledge* or *other*, please explain.

_____
_____
_____
_____
_____
_____

Redline Combined Proposal

23.   What have you seen, heard or read about this case or Dylann Roof?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

24.   Have you sent or received email, posted or received messages via social media, or made any oral or written comments about any aspect of this case, including on-line comments, letters to the editor, media interviews, blogposts or any other communications of a similar nature?  _____Yes            _____No

If yes, please explain._____
_____
_____
_____

25.   What have you heard other people say about this case, or about Dylann Roof, or about any matters related to this case?

_____
_____
_____
_____
_____
_____

26.   What have you said to other people about this case, or about Dylann Roof, or about any matters related to this case?

_____

Redline Combined Proposal

_____
_____
_____
_____
_____

27.   From any or all of the above sources, please describe what you most remember
      reading, watching, hearing or saying about this case, including any pictures or
      stories that particularly stand out in your mind?

_____
_____
_____
_____
_____
_____

28.   Before coming here today, what were your thoughts and opinions about this case
      and about Dylann Roof?

_____
_____
_____
_____
_____
_____

29.   What did you think or feel when you realized that your jury summons was for this
      case?

_____
_____
_____
_____
_____
_____

Redline Combined Proposal

30.    What did you say to others, or did others say to you, regarding your possible jury service in this case?

_____
_____
_____
_____
_____
_____

31.    Did you do any on-line research about this case, or about anything relating to it, after receiving your jury summons? _____Yes              _____No

       If yes, please explain._____
_____
_____
_____

32.    As a result of what you have seen, read or heard about this case, or what you have learned or already know about the case from any source, have you formed an opinion:

       a.    that the defendant, Dylann Roof, is guilty? _____Yes              _____No

       b.    that the defendant, Dylann Roof, should receive the death penalty?
              _____Yes              _____No

       c.    that whoever committed the crimes charged in this case should receive the death penalty?  _____Yes              _____No

33.    Can you set aside what you have previously seen, read or heard about this case and decide this case based solely on the evidence presented in court and the judge's instructions on the law?        _____Yes              _____No

       If No, please explain._____
_____
_____
_____

Redline Combined Proposal

_____

34.  Would information that you received from any source prevent you from being a
     fair and impartial juror in this case?        _____ Yes              _____ No

     If Yes, please explain._____
     _____
     _____
     _____
     _____

35.  Were you, or was anyone close to you, personally affected by events that occurred
     on June 17, 2015 at Emanuel AME Church such that it may interfere with your
     ability to be a fair and impartial juror? _____Yes              _____No

     If yes, please explain._____
     _____
     _____
     _____
     _____

36.  Have you ever been a news reporter, published or unpublished author, or blogger?

     _____ Yes                  _____ No

     If Yes, please explain._____
     _____
     _____

37.  The Indictment alleges that Mr. Roof killed or attempted to kill the following
     individuals:

                          Reverend Sharonda Coleman-Singleton
                                     Cynthia Hurd
                                     Susie Jackson
                                    Ethel Lee Lance
                          Reverend DePayne Middleton-Doctor

Redline Combined Proposal

Reverend Clementa Pinckney
Tywanza Sanders
Reverend Daniel Simmons, Sr.
Myra Thompson
A minor child with the initials K.M.
Felicia Sanders
Polly Sheppard

Do you, or anyone you close to you, know any of these individuals or members of their families? _____ Yes          _____ No

If yes, please identify each person known, and explain who knows them and how.
_____
_____
_____
_____

38.     Do you, or anyone close to you, know the Defendant, Dylann Roof, or any member of his family? _____ Yes          _____ No

If yes, please identify each person known, and explain who knows them and how.
_____
_____
_____
_____

39.     Do you, or anyone close to you, know any of the following individuals involved in this case? _____ Yes          _____ No

Judge:                    The Honorable Richard M. Gergel

Prosecutors:              Jay Richardson, Nathan Williams, Stephen Curran, Richard Burns & Mary Hahn

FBI Agents:               Joseph Hamski & Neil Power

Defense Attorneys:  David Bruck, Kim Stevens, Sarah Gannett & Emily Paavola

If yes, please identify each person known, and explain who knows them and how.

13

Redline Combined Proposal

_____
_____
_____
_____

40.     Have you, or someone close to you, ever worshiped at, visited or interacted with a member of the leadership of Emmanuel AME Church located on Calhoun Street in Charleston, SC?     _____ Yes          _____ No

        If yes, please describe._____
        _____
        _____
        _____

Redline Combined Proposal

When the death penalty is a possible punishment in a case, the trial usually involves two stages.  During the first stage, the jury will determine whether the defendant is guilty or not guilty of the crimes with which he is charged.  If the defendant is found guilty of a crime for which the death penalty is one of the possible punishments, the trial will continue to a second stage in which the same jury decides the appropriate sentence.

At this second stage, the jury will be instructed to consider certain aggravating factors (facts or circumstances that would tend to support the imposition of the death penalty). The jury will also be instructed to consider mitigating factors (any fact or circumstance that would tend to support the imposition of a sentence such as life in prison without the possibility of release). A mitigating factor is not a defense (such as self-defense, insanity, or accident).  Rather, it is a circumstance of the crime, or an aspect of a defendant's background, character or history, that may suggest that he should not receive the death penalty even if he is guilty of intentional murder.

In accord with the Court's legal instructions, after considering and weighing the aggravating and mitigating factors at the sentencing hearing, the jury will be asked to make a sentencing decision on the basis of the evidence presented and the court's instructions on the law applicable to this case.  No matter what the evidence or the facts of a case, the law never requires a jury to sentence a defendant to death.

In any case in which the charge carries a possible penalty of death, the law requires that jurors answer questions regarding their views, beliefs and opinions about the death penalty. This is true even though the defendant might be found not guilty of the charges in the indictment, and thus, the trial might not reach the question of what the appropriate sentence should be.

41.    Please describe your views, if any, about the death penalty as a punishment for murder.

_____

_____

_____

_____

_____

_____

Redline Combined Proposal

_____

42.     Please describe your views, if any, about life without the possibility of parole as a
        punishment for murder.

        _____
        _____
        _____
        _____
        _____
        _____
        _____

43.     What are the sources of your beliefs about the death penalty?  Please describe.
        _____
        _____
        _____
        _____

44.     Please circle one number that indicates your opinion about the death penalty.  A
        "1" reflects a belief that the death penalty should never be imposed; a "7" reflects
        a belief that the death penalty should be imposed whenever the defendant has been
        convicted of intentional murder.

                    Strongly Oppose                      Strongly Favor

                        1       2       3       4       5       6       7

16

Redline Combined Proposal

45.    Regarding the death penalty in a murder case, which of the following statements most accurately represents the way you feel? (You may circle one or more than one of the choices):

    a.    I am opposed to the death penalty, and I will never vote to impose it, no matter what the facts or legal instruction.

    b.    I am opposed to the death penalty, and my views would make it very hard for me to vote to impose it.

    c.    I am opposed to the death penalty, but I could vote to impose it if I believed that the facts and the law in a particular case called for it.

    d.    I have no definite opinions for or against the death penalty, and I could vote for either imposing the death penalty or a sentence of life imprisonment without the possibility of release depending upon the facts and the law in the case.

    e.    I am in favor of the death penalty, but I could vote for or against the death penalty depending upon the facts and the law in the case.

    f.    I am in favor of the death penalty, and my views would make it very hard for me to vote for any other sentence.

    g.    I am in favor of the death penalty, and I would always vote to impose it, no matter what the facts or legal instruction.

    h.    None of the statements above correctly describes my opinion about the death penalty.

46.    Do you believe, for any reason based in religion (such as the adage "an eye for an eye" or for any other religious reason), that death should <u>always</u> be the punishment for an intentional killing of another human being?

        _____ Yes            _____ No

Redline Combined Proposal

If Yes, please explain. _____
_____
_____

47.    If you found Mr. Roof guilty, and you decided that the death penalty was the appropriate punishment based on the evidence and legal instruction from the Court, could you conscientiously vote for the death penalty?

_____ Yes                    _____ No                    _____ Not Sure

48.    If you found Mr. Roof guilty, and you decided that life imprisonment without the possibility of release was the appropriate punishment based on the evidence and legal instruction from the Court, could you conscientiously vote for life imprisonment without the possibility of release?

_____ Yes                    _____ No                    _____ Not Sure

49.    Please check the line that most accurately expresses the extent of your agreement or disagreement with the following statements:

a.    Anyone who plans and commits a murder should get the death penalty:

___ Strongly agree
___ Agree somewhat
___ Disagree somewhat
___ Strongly disagree

b.    Anyone who murders multiple people should get the death penalty:

___ Strongly agree
___ Agree somewhat
___ Disagree somewhat
___ Strongly disagree

c.    Anyone who murders one or more people because of their actual or perceived race and color should get the death penalty:

___ Strongly agree
___ Agree somewhat
___ Disagree somewhat
___ Strongly disagree

d.    Anyone who murders one or more people in the enjoyment of their free exercise of religious beliefs should get the death penalty:

___ Strongly agree
___ Agree somewhat
___ Disagree somewhat
___ Strongly disagree

e.    A person's background does not matter when it comes to whether or not he should be sentenced to death for a murder:

___ Strongly agree
___ Agree somewhat
___ Disagree somewhat
___ Strongly disagree

50.   If you and eleven other jurors, after deliberating, concluded that a defendant murdered one or more people because of their race and color, would you personally believe that death was the only appropriate punishment regardless of other mitigating circumstances?

_____ Yes          _____ No          _____ Not Sure

If Yes or Not Sure, please explain. _____
_____
_____

51.   If you and eleven other jurors, after deliberating, concluded that a defendant murdered one or more people in the enjoyment of their free exercise of religious beliefs, would you personally believe that death was the only appropriate punishment regardless of other mitigating circumstances?

Redline Combined Proposal

_____ Yes          _____ No          _____ Not Sure

If Yes or Not Sure, please explain. _____
_____
_____

52.    If you and eleven other jurors, after deliberating, concluded that a defendant shot a
       pistol and murdered nine people, would you personally believe that death was the
       only appropriate punishment regardless of other mitigating circumstances?

       _____ Yes          _____ No          _____ Not Sure

       If Yes or Not Sure, please explain. _____
       _____
       _____

53.    Do you believe that anyone close to you would be critical of you or disappointed
       in you if you voted for or against the death penalty in this case?

       _____ Yes                    _____ No

       If Yes, please explain. _____
       _____
       _____

54.    If you are selected as a juror in this case, the judge will instruct you to avoid all
       media coverage, including social media, and not to go on the internet with regard
       to this case for any purpose. That is, you will be forbidden from reading
       newspaper articles about this case, "googling" this case, blogging/tweeting about it
       or posting comments on any social media sites, etc. Do you have any reservations
       or concerns about your ability or willingness to follow this instruction?

       _____ Yes          _____ No

       If yes, please explain. _____
       _____
       _____

Redline Combined Proposal

55.  Do you participate in social media (*e.g.*, Facebook, Twitter, LinkedIn, Instagram, etc.)?  _____ Yes                _____ No

      If yes, which social media, and how often? _____

      _____

      _____

56.  Have you, or has anyone close to you, been diagnosed with a mental illness, disability or disorder (*e.g.*, intellectual, developmental, mood, thought, personality, etc.)?  _____ Yes                _____ No

      If yes, please explain, giving the person's relationship to you and the nature of the illness, disability or disorder. _____

      _____

      _____

      _____

57.  Have you, or has anyone close to you, been diagnosed with a developmental or intellectual disability or a neurobiological disorder?  (For example, Down's Syndrome, Autism Spectrum Disorder, Asperger Syndrome, Fetal Alcohol Syndrome, attention deficit disorder, learning disability, or any other?)

      _____ Yes                _____ No

      If yes, please explain, giving the person's relationship to you and the nature of the disability. _____

      _____

      _____

      _____

58.  Have you had any experience or interaction with individuals, groups, websites (*e.g.*, the Daily Stormer, Stormfront, lastrhodesian.com, etc.), publications, meetings or protests that would be considered to be related to white supremacists or "white nationalists"?  _____ Yes                _____ No

      If Yes, please explain._____

21

Redline Combined Proposal

_____
_____

59.  Have you, or has anyone close to you, been victimized or affected in any way by any extremist group?  _____ Yes                _____ No

If yes, please explain._____
_____
_____
_____

60.  Would any personal experience, feelings or beliefs affect your ability to be fair to both sides in a case involving crimes alleged to be motivated by racial or religious animosity or hate?  _____ Yes            _____ No

If yes, please explain._____
_____
_____

61.  A "hate crime" is a crime motivated by the victim's race, color, ethnic background, religion, or sexual orientation.  Have you, or anyone you know, been the victim of a "hate crime" or have you witnessed a hate crime taking place?

_____ Yes            _____ No

If yes, please explain._____
_____
_____

62.  Are you a member of any religious faith?  _____ Yes            _____ No

If yes, which one. _____
_____

Redline Combined Proposal

63.     Do you attend religious services or have you done so in the past?

        _____ Yes            _____ No

        If yes, where and during what time period._____
        _____
        _____

64.     Would your religious faith or moral beliefs interfere with your ability to be a fair
        and impartial juror in deciding guilt and the appropriate sentence?

        _____ Yes            _____ No

        If yes, please explain._____
        _____
        _____
        _____

65.     Do you have such strong feelings or opinions about whether the federal
        government should be involved in the prosecution of hate crimes or other cases of
        this nature that it could interfere with your ability to be a fair and impartial juror?

        _____ Yes            _____ No

        If yes, please explain._____
        _____
        _____

66.     As a result of any experience you or anyone close to you has had with the criminal
        justice system, do you have any feelings or opinions that might affect your ability
        to be a fair and impartial juror in this case? _____ Yes            _____ No

        If yes, please explain._____
        _____
        _____
        _____

67A.  During this trial, persons described as experts may be called as witnesses. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions.  The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves.

Understanding these rules, would you be able to consider expert testimony by the same standard as any other witness? _____ Yes                  _____ No

67B.  During this trial, persons described as experts may be called as witnesses. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions.  The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves.  Choose all of the following statements that accurately describe how you would consider such expert testimony.

a.     I would consider expert testimony just like any other testimony, and give the testimony as much weight as I thought it deserved.

b.     I would trust expert witnesses offered by the prosecution more than expert witnesses offered by the defense.

c.     I would trust expert witnesses offered by the defense more than expert witnesses offered by the prosecution.

d.     I would disregard anything such a witness would say, regardless of what the law says.

68.    Did you have any problems reading or understanding this questionnaire?

_____ Yes                  _____ No

If Yes, please explain._____

24

Redline Combined Proposal

_____
_____

69.    Is there any circumstance or other matter not previously covered that might affect
       your ability to fairly decide whether the defendant is guilty or not guilty of the
       crimes charged; or, if he is guilty, what is the appropriate sentence?

       _____ Yes                    _____ No

       If yes, please explain._____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

70.    Is there any additional information not asked about in this questionnaire which you
       feel that the judge or the attorneys should know about you before considering you
       for jury service in this case? If yes, please explain.

       _____ Yes                    _____ No

       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

Redline Combined Proposal

Thank you again for your cooperation. Please read the following and sign below.

The answers provided above are truthful and complete to the best of my ability. I understand that knowingly giving a false answer may subject me to the penalties for perjury.

_____     _____

  (Your Signature)                                                    Date

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS. BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING.