IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 2:CR:15-472 |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

**CONSENT MOTION FOR A TWO-DAY EXTENSION OF TIME
IN WHICH TO FILE MOTIONS IN LIMINE**

The Court's June 9 scheduling order requires the parties to file "all motions in limine and other pretrial motions" by September 1, 2016. In light of the subsequent scheduling of a hearing on September 1, defense counsel now requests, and the government consents to, an extension of two business days in which to file these motions, such that the new due date for both parties would be Tuesday, September 6, 2016.

Respectfully submitted,

s/ *Sarah S. Gannett*
Sarah S. Gannett
Assistant Federal Public Defender
Federal Public Defender for the District of Arizona
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
602-382-2862
sarah_gannett@fd.org

David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Attorneys for Dylann S. Roof