IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**DEFENDANT'S WAIVER OF APPEARANCE AT HEARING**

I, Dylann S. Roof, have been informed that the Court is holding a hearing on Wednesday, August 31, at 10:00 a.m. to consider news media objections to the closing of a hearing on my motions to suppress statements, evidence, and writings, that will be held on Thursday, September 1, 2016. I understand that I have a right to attend the hearing on the objections to the closing of the suppression hearing. I do not wish to attend. No one has forced me to give up my rights to attend this hearing on the objections to closing the hearing, and I am doing so voluntarily.

By: _/s/ Dylann Roof_
Dylann S. Roof

Date: 8/29/16

Witness: _/s/_

1