**FEDERAL PUBLIC DEFENDER**
**District of Arizona**
850 W. Adams, Suite 201
Phoenix, Arizona 85007

**JON M. SANDS**                                                                                            602-382-2700
**Federal Public Defender**                                                                           (Fax) 602-382-2800
                                                                                                                     1-800-758-7053


August 30, 2016


The Honorable Richard M. Gergel
United States District Court for the District of South Carolina
Charleston Division
J. Waties Waring Judicial Center
P. O. Box 835
Charleston, SC 29402

      Re:    *United States v. Dylann Storm Roof*
                Docket No. 15-00472

Dear Judge Gergel:

      Please accept the exhibits (2) filed with this letter in connection with our earlier correspondence in support of sealing Thursday's suppression hearing.

                                                Respectfully submitted,

                                                s/ *Sarah S. Gannett*
                                                Sarah S. Gannett
                                                Assistant Federal Public Defender
                                                Federal Public Defender for the District of Arizona
                                                850 W. Adams Street, Suite 201
                                                Phoenix, AZ 85007
                                                602-382-2862
                                                sarah_gannett@fd.org

                                                Attorney for Dylann S. Roof


cc:     Julius N. Richardson, Assistant United States Attorney