# EXHIBIT 1









2:15-cr-00472-RMG    Date Filed 08/30/16    Entry Number 344-1    Page 6 of 20

**UPI**   TOP NEWS   ENTERTAINMENT   ODD NEWS   BUSINESS   SPORTS   SCIENCE   HEALTH   OPINION   PHOTOS   ARCHIVE

# Dylann Roof wrote racist manifesto in jail after Charleston church shooting

By Andrew V. Pestano  | Aug. 23, 2016 at 7:22 AM   Follow @upi

💬 2 Comments    f Share    🐦 Tweet    ✉ Email    🖨 Print



Dylann Roof, accused of killing nine worshipers at a historic Charleston, S.C., church, appears before a judge on June 19, 2015. Roof wrote two handwritten manifestos related to race, federal authorities

Ads by ZINC

GET TOOLS TO HELP
YOU BETTER
MANAGE YOUR
TYPE 2 DIABETES

CALATLANTIC
HOMES

2016 BUILDER of the YEAR - Builder Magazine

Homes from the
mid $100s - upper $500s
9 Charleston Neighborhoods

2:15-cr-00472-RMG    Date Filed 08/30/16    Entry Number 344-1    Page 7 of 20

# Dylann Roof wrote white supremacist manifestos: prosecutors



Reuters

By Harriet McLeod
13 hrs ago

SHARE
TWEET
SHARE
EMAIL





AdChoices

Find a cost-effective networking solution now.

AT&T

MORE FROM MSN



FOX NEWS U.S.

Super Cheap Flights    $78    SEARCH !

us.jetcost.com

Home    Video    Politics    U.S.    Opinion    Entertainment    Tech    Science    Health    Travel    Lifestyle    World    Sports    On Air

U.S. HOME    CRIME    TERRORISM    ECONOMY    IMMIGRATION    DISASTERS    MILITARY    EDUCATION    ENVIRONMENT    PERSONAL FREEDOMS    REGIONS

SOUTH CAROLINA

# Dylann Roof 'self-radicalized' before church massacre, feds say

Published August 23, 2016 · Associated Press





visit noattacks.org ▸

Ad Council  ♻ EPA

Advertisement

TAP YOUR AGE:  18-25  26-35  36-45  46-55  56-65  66-75  OVER 75
Calculate New House Payment
LowerMyBills.com

**Post Nation**

# Prosecutors say Dylann Roof 'self-radicalized' online, wrote another manifesto in jail

By **Mark Berman**  August 22 at 8:18 PM



UP TO 1.00% APY
FDIC CapitalOne | 360 Money Market℠

**Most Read**

1   Doctors thought it was a simple foot infection.



EMPIRE
HEATING & AIR CONDITIONING

Atlanta's Heating & Air Conditioning Specialists
Free Consultation ›

STORYLINE › CHARLESTON CHURCH SHOOTING

NEWS
CHARLESTON CHURCH SHOOTING

AUG 22 2016, 9:19 PM ET

# Accused Charleston Church Shooter Dylann Roof Had Two Hidden Manifestos: Court Docs

by TIM STELLOH and REUTERS

Authorities discovered two white supremacist manifestos in accused Charleston church shooter Dylann Roof's possession, according to court documents filed Monday.

The screeds, which were handwritten, were found in Roof's car and jail cell, the documents say.

No other details were provided.

advertisement

Today's Mortga

17%
APR

NEWS

CHARLESTON CHURCH
SHOOTING

AUG 22 2016, 9:19 PM ET

# Accused Charleston Church Shooter Dylann Roof Had Two Hidden Manifestos: Court Docs

by TIM STELLOH and REUTERS

SHARE

f  Share

🐦 Tweet

g+ Share

✉ Email

🖨 Print

💬 Comment

Authorities discovered two white supremacist manifestos in accused Charleston church shooter Dylann Roof's possession, according to court documents filed Monday.

The screeds, which were handwritten, were found in Roof's car and jail cell, the documents say.

No other details were provided.



advertisement



STYLEWE  FREE SHIPPING  Shop Now

FROM THE WEB        Sponsored Links



There Are 10 Types of Irish Last Names - Which One Is Yours?
Ancestry



# Charleston shooter Dylann Roof had two white supremacist manifestos hidden in his car and jail cell, prosecutors claim

- **Dylann Roof read extremist literature online in advance of the attack**
- **Experts will testify that the 22-year-old suspect 'self-radicalized online'**
- **Roof traveled to several 'race-relevant destinations' before the shooting**
- **He will face a death penalty trial when he appears in court in November**

By **DARREN BOYLE FOR MAILONLINE**

PUBLISHED: 05:20 EST, 23 August 2016 | UPDATED: 06:59 EST, 23 August 2016

Safari  File  Edit  View  History  Bookmarks  Window  Help

yahoo.com

YAHOO! NEWS

Search    Search    Denise    Mail

Home  Mail  Flickr  Tumblr  News  Sports  Finance  Celebrity  Answers  Groups  Mobile  More

News Home   US   World   Politics   Tech   Science   Odd News   ABC News   Yahoo Originals   Katie Couric   Matt Bai    Follow Us

# Dylann Roof wrote white supremacist manifestos: prosecutors

REUTERS  August 22, 2016



Dylann Roof is seen in this June 18, 2015 handout booking photo provided by Charleston County Sheriff's Office. REUTERS/Charleston County Sheriff's Office/Handout via Reuters

By Harriet McLeod

CHARLESTON, S.C. (Reuters) - Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal crimes including hate crimes, obstruction of religious practice and firearms charges.


STYLEWE

Feds: Church shooting suspect Dylann...

Dylann Roof Wrote Two White Supremacist Manifestos

# Newsweek

U.S.    WORLD    BUSINESS    TECH & SCIENCE    CULTURE    SPORTS    OPINION

**Subscribe** To Newsweek

Sign In

Prime n☰w

**$10 OFF YOUR FIRST ORDER**

NOW ON PRIMENOW.COM

#primenow

amazon

**U.S.**

# DYLANN ROOF WROTE TWO WHITE SUPREMACIST MANIFESTOS

BY REUTERS ON 8/22/16 AT 7:12 PM

ADVERTISEMENT

Make Litter Box Care a **BREEZE** Brand

FROM PURINA TIDY CATS

ONE SIMPLE SYSTEM keeps odors controlled

Advertisement (0:30): Sugarlands Distilling Company Distillery Moonshine Experience    Learn More





ADVERTISEMENT



U.S.    DYLANN ROOF    CHARLESTON CHURCH SHOOTING

CHARLESTON, S.C. (Reuters) - Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal crimes including hate crimes, obstruction of religious practice and firearms charges.

Roof has offered to plead guilty if prosecutors agree to drop the death penalty, his defense attorney has said. But prosecutors have so far refused to make a plea deal over the June 2015 slaying of nine Bible study members at the historic Emanuel African Methodist Episcopal Church.

## Try Newsweek for only $1.25 per week

The shootings shook the country and intensified debate over U.S. race relations, already roiled at the time by high-profile police killings of unarmed black people.








Road Trippin' Find out where we're exploring this week! — sponsored by: aiken SOUTH CAROLINA

# Roof a 'self-radicalized' extremist who penned new manifesto in jail, experts will say

BY SAM TYSON    |    MONDAY, AUGUST 22ND 2016

ADVERTISEMENT

Road Trippin' Click here to Find out where we're exploring this week! — sponsored by: aiken SOUTH CAROLINA

## TRENDING

Friends, family honor teenage lives lost in Saturday morning crash



