# EXHIBIT 1

RESTRICTED MATERIAL



US-017589

