# EXHIBIT 3

**RESTRICTED MATERIAL**

FD-302 (Rev. 5-8-10)                         - 1 of 5 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/24/2015

Carl Robert Stroebel, white male, date of birth (DOB) ███████, social security account number ███████, cellular telephone number ████████████████████████████████████████, Ramona, California (CA), 92065, was interviewed at his temporary residence Trails End Park, ███ ████████████████, Waynesville, North Carolina (NC), 28785. After being advised of the official identities of the interviewing agents and the nature of the interview, Stroebel provided the following information:

Stroebel is originally from Los Angeles, CA. He has lived in CA most of his life. Stroebel formerly worked for the United States Navy as a truck driver and heavy equipment operator. Stroebel was medically retired in 1994, after an accident while driving a "big rig," in which he broke his back.

Since Stroebel has been medically retired, he frequently travels throughout the United States (US), often traveling via a Recreational Vehicle (RV). Stroebel's most recent cross-country trip began on December 27, 2015, when he departed CA. He mostly travels by himself, but is occasionally accompanied by his common-law wife, Sophia (last name not provided). Although not certain, Stroebel believes he arrived in South Carolina (SC) on May 14, 2015.

Stroebel's sister-in-law is Marsha Block. Stroebel and Sophia had planned on visiting Block's cousin, Arthur (last name not provided) and Arthur's wife (name not provided) while traveling through SC. Arthur invited Stroebel and Sophia to a party, which Stroebel described as a social gathering, which took place on May 16, 2015. Stroebel and Sofie attended

| | | |
|---|---|---|
| Investigation on  06/23/2015  at | Waynesville, North Carolina, United States (In Person) | |
| File #  44A-CO-6460937 | | Date drafted  06/23/2015 |
| by  James A. Anderson, William B. Jones | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**RESTRICTED MATERIAL**                                    US-017232

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Charlie Stroebel  , On  06/23/2015  , Page  2 of 5

the party and they met Arthur and his wife there. Stroebel and Sophia arrived at the party at approximately 7:15 PM and they left at approximately 10:00 PM. Stroebel did not know anyone at the party except for Arthur and his wife. Stroebel described the party as a normal party; nothing unusual. While there, Stroebel met an older man who was wearing a baseball cap that read "Retired Navy." So, Stroebel struck-up a conversation with him, as Stroebel was also retired Navy. While speaking with the older man, a young man (who Stroebel believes is Dylann Roof, as later identified in the news - hereafter referred to as Roof) approached them and stated something similar to, "I heard you guys talking about the Navy," and began asking questions about Stroebel's military service. At the time, Roof never introduced himself by name; therefore, Stroebel did not learn of the name Roof until he later from the news. Stroebel does not recall noticing if Roof was at the party with anyone, but he recalls sensing that Roof "belonged" or was there with somebody.

At this point in the interview, interviewing agents displayed to Stroebel computer printouts of the following photographs which were provided by the Colombia Division of the Federal Bureau of Investigation (FBI):

- Video surveillance still-frame photograph – purportedly of Dylann Storm Roof, DOB April 3, 1994, labeled at the top "17/06/2015 08:16:58 WED," and labeled at the bottom "Camer."
- Video surveillance still-frame photograph – purportedly of Dylann Storm Roof, DOB April 3, 1994, labeled at the top "17/06/2015 08:16:58 WED," and labeled at the bottom "Camer," a similar photograph as the first, however Roof's hand is closer to the door handle.

Investigating agents asked Stroebel if he recognized the individual in the photograph as the same young man (Roof) he met at the party who began asking him about his military service. Stroebel responded that he did not recognize the individual in the photograph and stated there is no way he could distinguish that individual as the same young man with whom he spoke.

At this point in the interview, interviewing agents displayed to Stroebel a printout of the following document/photograph:

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Charlie Stroebel , On  06/23/2015 , Page  3 of 5

- Dylann Storm Roof's "3 Year Driver Record," provided by the Colombia Division FBI. The driver record contains a photograph of Dylann Storm Roof, DOB April 3, 1994.

Investigating agents asked if Stroebel recognized the individual in the photograph as the same young man (Roof) he met at the party who began asking him about his military service. Stroebel responded that he did recognize the individual in the photograph and stated that he is certain the individual depicted is the same young man (Roof) with whom he spoke.

Investigating agents asked Stroebel if he was able to determine if Roof was at the party with anyone else, to which Stroebel responded, "No." Interviewing agents displayed to Stroebel a printout of the following document/photograph:

- Franklin Bennett Roof's "3 Year Driver Record," provided by the Columbia Division FBI. The driver record contains a photograph of Franklin Bennett Roof, DOB████████████.

Investigating agents asked if Stroebel recognized the individual in the photograph as being at the pary and/or as being associated in any way with Roof. Stroebel responded by stating that he did not recognize the individual in the photograph and never observed him being with Roof at the party.

During Stroebel's conversation with Roof, Roof was very inquisitive about guns, and Stroebel's use of guns in the Navy. Roof asked Stroebel if he had fought in any wars. Roof asked Stroebel what type of weapon he carried. At that point, Roof lifted up the right side of his (Roof's) shirt and un-holstered what appeared to be a real .45 caliber semi-automatic pistol. Stroebel described the pistol as being made of "blue or black steel." Roof stated something similar to, "Don't worry, it's on safety." Roof further stated that he recently got it for his 21st birthday. Stroebel felt uncomfortable and carefully stated, "what are you going to do with that thing?" Roof responded, "I'm going to go hunting." Roof then holstered the pistol. Thereafter, Stroebel described Roof as

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Charlie Stroebel  , On  06/23/2015 , Page  4 of 5

"turning weird," as he (Roof) started making racist comments about African-Americans. Roof asked Stroebel, "Have you seen any niggers around here?" Stroebel responded, "Do you mean African-Americans?" Roof responded, "No, they're not African-Americans…they're all niggers." Roof further stated something similar to, "Since you were in the Navy, you should then know that Hitler was right." Roof's comments along with him unabashedly carrying a pistol to a party caused Stroebel to feel uncomfortable and scared. Stroebel stated that he felt like Roof was a "powder-keg ready to explode." As a result, Stroebel departed the vicinity of the party wherein Roof was lingering. Stroebel and his wife left the party soon after; at approximately 9:30 PM or 10:00 PM. Stroebel believes his contact with Roof lasted only approximately two to four minutes.

Stroebel described Roof as follows:

Race: White
Sex: Male
Hair: Blond; "bowl cut"
Eyes: Could not recall
Grooming: Well-shaved
Height: Could not recall
Weight: Could not recall
Build: Average
Clothing: Polo shirt; dark grey cargo pants

Roof never spoke of any email addresses, telephone numbers, or social media that he (Roof) uses. He never provided any additional identifying information. Roof never claimed to be affiliated with any type of group, organization, gang, militia, or movement.

Roof never mentioned anything that indicated that he (Roof) or anyone else was set-out to commit any type of violent act, including any type of shooting. Stroebel never observed anything about Roof that suggested he was set to shoot-up a church or kill anyone.

Stroebel believes the restaurant where the party took place was named

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Charlie Stroebel  , On  06/23/2015  , Page  5 of 5

something like "RJ's" or "JR's."  It was a restaurant that specialized in fish. Arthur paid for Stroebel's and Stroebel's wife's meal.  Stroebel recalls there being a bar that caters to young people located beside the restaurant.  That bar was full of people, and as a result, it was hard to find parking. Although not certain, Stroebel believes the restaurant is located in Mount Pleasant, SC; possibly near Patriot's Point, near Charleston, SC.

Stroebel first learned of the church shooting that took place in Charleston on June 17, 2015, via watching television news and hearing about it on the radio.  Sometime soon thereafter, Stroebel recalls seeing a news report on television that police captured the person they believe to have been responsible – Dylann Roof.  As Stroebel watched the news report, he recalls seeing the police walking-out Roof in handcuffs.  At that moment, upon seeing Roof's face, Stroebel recognized him as the same young man (Roof) with whom Stroebel spoke on May 16, 2015.

Stroebel refused to provide the full name of his wife Sophia. He refused to provide the full names of Arthur and/or Arthur's wife.  Stroebel refused to provide the names of anyone else in his family with whom he had discussed the church shooting or Stroebel's contact with the Roof.  He explained that his family is scared and do not want to talk to any law enforcement officials about the incident.

Each of the aforementioned printed-out photographs and driver records displayed to Stroebel have been electronically scanned and are attached to this document (FD-302) as a 1A package.