*United States v. Gary Douglas Watland*
No. 1:11-cr-00038-JLK (D. Colo.)
Judge Presiding: The Hon. John L. Kane
(Jury selection was scheduled to commence on February 8, 2014;
however, the case was resolved by a negotiated life settlement on
February 5, 2014. Note that this questionnaire had been stipulated
to by the parties and was filed as a restricted document under
ECF No. 1298 on November 8, 2013.)

# EXHIBIT 3

_____
**Juror Number**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case Number 11-cr-00038-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GARY DOUGLAS WATLAND,

     Defendant.

_____

**JUROR QUESTIONNAIRE**

_____

LAST NAME: _____

FIRST NAME: _____

JUROR NUMBER: _____

1

_____
**Juror Number**

## INSTRUCTIONS

You are being asked to complete this questionnaire to assist the Judge and the lawyers in selecting a jury in this criminal case. You are sworn to give true and complete answers to all questions.

Please answer all the questions to the best of your ability. There are no "right" or "wrong" answers. Citizens in our community have different views and perspectives on many topics. The same holds true for prospective jurors. You are simply asked to provide honest and complete answers. Later, during individual questioning, you will be given an opportunity to explain or expand your answers, if necessary.

The trial is scheduled to start on or about January 21, 2014. Jury selection is expected to last approximately three to four weeks. Although the jury selection process will last several weeks, it is likely you will only be required to attend court on one additional day to be interviewed. Presentation of evidence will begin on February 18, 2014 and may last four to six weeks. Those selected as member of the jury will live at home and have their evenings, weekends, and generally one day per week free.

Please take your time and answer each question fully. If you need more space for an answer please use the blank pages attached to the end of the questionnaire. Please identify the question number next to your continued response. Do not write on the back of any page. If you do not understand a question, please write "Do not understand." You will be given an opportunity at a later time to answer that question. If there is a question or topic that you prefer to discuss privately with the judge, please indicate "Private" next to the question. All of the information you provide will be kept confidential and only viewed by the Judge, the Clerk's Office, and the members of the prosecution and defense teams.

At the end of the questionnaire, you will be required to sign a declaration stating under penalty of perjury that the answers you have provided on the questionnaire are true and complete and that no one has assisted you in providing information and/or responding

_____
**Juror Number**

to questions in the questionnaire.

      After you have completed, signed and turned in the questionnaire, you may leave. You will be notified by the clerk's office when to report for jury duty. Do not discuss the questionnaire or your answers with any member of your household, family, friends, co-workers, fellow jurors, court personnel, or anyone else. Do not conduct your own research, including using the internet or any other electronic media, and from this point forward, do not read or watch any news reports about this case. You must not gather, or attempt to gather, any information or otherwise investigate this case or any issues related to it.

      Please write in dark ink and as legibly as possible. Please write your juror number on the top right corner of each page where indicated.

      Thank you for your cooperation.

_____
JOHN L. KANE
UNITED STATES DISTRICT JUDGE

3

_____
**Juror Number**

**Summary of the Charges**

This is a criminal prosecution by the United States.  The defendant Gary Douglas Watland is charged in an indictment with a criminal offense.  An indictment is simply the document used to advise a defendant of the accusation against him.  The indictment is not evidence.

The indictment in this case charges Mr. Watland with premeditated killing of Mark James Baker on August 10, 2008.  It is alleged that Mr. Watland murdered Mr. Baker at the United States Penitentiary in Florence, Colorado.

If and only if Mr. Watland is found guilty beyond a reasonable doubt of first-degree murder, then the jurors will return to court for a sentencing trial to determine sentence: either (1) life imprisonment without the possibility of release or (2) a death sentence.  If a sentencing trial takes place, the government may present evidence of other incidents, including that in 2004, in the State of Maine, Mr. Watland killed an individual named Wayne Crowley and that in 2006, Mr. Watland conspired with his wife to attempt to escape from the Maine prison where he was serving a sentence for the murder of Wayne Crowley.  As part of the conspiracy to escape, Mr. Watland attempted to have a gun smuggled into the prison which Maine state officials believe he intended to use to take hostages and kill guards and inmates.  Additional evidence may be presented to show that Mr. Watland has committed repeated acts of violence while in custody, threatened witnesses, and demonstrated a willingness to take human life without remorse.

_____
**Juror Number**

## QUESTIONS ABOUT YOUR BACKGROUND

1.   Full Name:_____

2.   Have you ever been known by any other names?

        ____Yes          ____No

If yes, list other names used:_____
_____

3.   Do you have any difficulty reading, writing, speaking or understanding English?

        ____Yes          ____No

If yes, please explain_____
_____

4.   Previously, have you asked to be excused from this jury panel?

        ____Yes          ____No

If yes, on what basis? _____
_____

5.   Do you know any of the other prospective jurors on this case?

        ____Yes          ____No

If yes, please explain_____
_____

6.   What is your age? _____

7.   Gender:      ____Male    ____Female

8.   What is your racial and ethnic background and that of your spouse or partner?

You:_____
Spouse/Partner:_____

9.   Where were you born and raised?  Please include city and state.

Born:_____
Raised: _____

If you were born in another country, please tell us when you came to the U.S., and when you became a citizen of the U.S., and where you have primarily lived in the U.S.: _____
_____
_____

_____
**Juror Number**

10.    What is your marital status?

_____ Single and never married

_____ Currently married and have been for ____ years

_____ Divorced/Separated, but married in the past for ____ years

_____ Currently living with partner for ____ years

_____ Widowed/ widower, married in the past for ____ years

_____ Other _____

_____

Any prior marriages? _____    If Yes, how many? _____

11.    In what county and neighborhood do you reside? _____

How long have you lived in this area? _____ (years)

12.    Where else have you lived during the last ten (10) years?

_____

_____

13.    Please indicate what persons currently live in your home. (Describe the person, their relationship to you, e.g. children, parent, roommate, partner, spouse, etc.)

_____

_____

_____

_____

_____

14.    Do you have any children?

_____Yes              _____No

| SEX | LIVE W/YOU | AGE | EDUCATION | OCCUPATION | EMPLOYER |
|-----|-----------|-----|-----------|------------|----------|
| a. | | | | | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |
| e. | | | | | |

6

_____
**Juror Number**

15.  Please provide the following information about your brothers and sisters, if any:

**SEX   AGE          EDUCATION      OCCUPATION                EMPLOYER**

a.  _____

b.  _____

c.  _____

d.  _____

e.  _____

16.  What are/were your parents' occupations and places of birth?  (If deceased or retired, please state their main jobs during working years.)

<u>Mother</u>                                      <u>Father</u>
Occupation: _____    Occupation:_____

Birthplace: _____    Birthplace:_____


<u>Step-Mother (or other person who raised you)</u>   <u>Step-Father (or other person who raised you)</u>
Occupation: _____    Occupation:_____

Birthplace: _____    Birthplace:_____

17.  What is the highest level of your education?
____Less than high school              ____GED
____Finished high school               ____College graduate
____Some college or community          ____Post-graduate studies
college, or trade or technical school      ____Post-graduate degree

Please describe any specialized training and degrees you have received.
_____
_____

18.  Are you currently enrolled as a student?

____Yes              ____No

If yes, what school are you attending, what is your major, what degree or certification is being pursued, and how many credit hours of courses are you currently taking? _____
_____

19.  Do you have any plans for further education?

____Yes              ____No

If yes, please explain: _____
_____

7

_____
**Juror Number**

20. What is the highest level of your spouse's or partner's education?
    ____Less than high school                    ____GED
    ____Finished high school                     ____College graduate
    ____Some college or community                ____Post-graduate studies
    college, or trade or technical school        ____Post-graduate degree

    Please describe any specialized training and degrees they have received.
    _____
    _____

21. Is your spouse or partner currently enrolled as a student?

    ____Yes            ____No

    If yes, what school and what is their major?_____
    _____

22. Does your spouse or partner have any plans for further education?

    ____Yes            ____No

    If yes, please explain: _____
    _____

23. Employment status.  Are you currently:  (please check all that apply)
    ____Employed full-time
    ____Employed part-time
    ____Self-employed
    ____Employed more than one job
    ____Homemaker
    ____Retired   When? _____   Employment before retired? _____
    ____Disabled
    ____Unemployed   Reason for unemployment? _____
    ____Full-time student

24. List current job and any jobs you have held in the past fifteen (15) years:

    **TYPE OF EMPLOYMENT          POSITION    EMPLOYER        DATES**

    a. _____
    b. _____
    c. _____
    d. _____

_____
**Juror Number**

25. Have you ever supervised others?          ____Yes          ____No

    If so, please describe type of work you supervised, the nature of the supervision, and the number of people you supervised:

    _____
    _____
    _____

26. Does your employer pay you for time missed as a result of jury service?

    Yes ____     No ____     Unsure ____

    If yes, how many days will your employer pay for time missed?:  _____

    _____

27. Spouse or partner employment status.  Is your spouse or partner currently:  (please check all that apply)
    ____Employed full-time
    ____Employed part-time
    ____Self-employed
    ____Employed more than one job
    ____Homemaker
    ____Retired   When? _____   Employment before retired? _____
    ____Disabled
    ____Unemployed   Reason for unemployment? _____
    ____Full-time student

28. List current job and any jobs your spouse or partner has held in the past fifteen (15) years including their primary area of responsibility:

    | TYPE OF EMPLOYMENT | POSITION | EMPLOYER | DATES |
    |---|---|---|---|
    | a. | | | |
    | b. | | | |
    | c. | | | |
    | d. | | | |

29. Have you, a family member or anyone close to you, ever had any education or training in the following areas?  (please check all that apply)

    | | | |
    |---|---|---|
    | Law/Legal Field | Yes ____ | No ____ |
    | Criminal Justice/Law Enforcement | Yes ____ | No ____ |
    | Corrections/Jails/Prisons | Yes ____ | No ____ |
    | Drugs/Alcohol Abuse | Yes ____ | No ____ |
    | Education / Child Development | Yes ____ | No ____ |
    | Medicine/Nursing | Yes ____ | No ____ |
    | Firefighting, Rescue Squad or EMT | Yes ____ | No ____ |

9

_____<br>
**Juror Number**

| | | |
|---|---|---|
| Forensic Science | Yes ____ | No ____ |
| Sex Offenders | Yes ____ | No ____ |
| Child Protection or Social Services | Yes ____ | No ____ |
| Crisis Intervention | Yes ____ | No ____ |
| Victim Assistance Work | Yes ____ | No ____ |
| Social Work | Yes ____ | No ____ |
| Counseling, Psychology, Psychiatry, or Mental Health/Social Services | Yes ____ | No ____ |

If yes to any of the above, please state the nature of the education or training and, if other than yourself, please state the person's relationship to you:

_____

_____

_____

30.    Have you, a family member, or anyone close to you ever worked for, or volunteered in, or ever otherwise been affiliated with any local, state or federal law enforcement agency (e.g. local or state police, sheriff, City Attorney's Office, District Attorney's Office, Colorado Attorney General's Office, United States Attorney's Office, Federal Bureau of Investigation, Bureau of Alcohol Tobacco Firearms and Explosives, Drug Enforcement Agency, U.S. Marshals Service, Homeland Security, Immigration and Customs Enforcement, IRS, etc.)?

____Yes          ____No

If yes, please indicate the person, the job, dates, location and the name of the law enforcement agency.

_____

_____

_____

31.    Have you, a family member, or anyone close to you ever considered, applied or have any plans to apply to any law enforcement agency such as those described above?

____Yes          ____No

If yes, please indicate the person, the job, dates, location and the name of the law enforcement agency.

_____

_____

32.    Have you, any relative or a close friend ever considered becoming or applied to become a probation officer, parole officer, corrections officer, prison guard or work in any other capacity involving jails, prisons or corrections?

____Yes          ____No   If yes, please tell us who and describe the circumstances:

_____

_____

_____
**Juror Number**

33.  Have you or any member of your family ever served in the military/armed forces, including the Reserves, National Guard or ROTC?        _____Yes        _____No

a.  If so, please list:

| Who | Branch | Rank upon Discharge | Dates of Service | Duties | Combat Experience | Place of Service |
|-----|--------|---------------------|------------------|--------|-------------------|------------------|
|     |        |                     |                  |        |                   |                  |
|     |        |                     |                  |        |                   |                  |
|     |        |                     |                  |        |                   |                  |

34.  What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with (e.g., PTA, Kiwanis, Rotary Club, American Legion, NRA, VFW, Masonic Orders, Knights of Columbus, Political Action Committees, etc.):

_____

_____

a. Have you held any offices or positions of leadership in any of these organizations?

____Yes                ____No

If yes, please explain:

_____
_____

b. Do you contribute money or services to any of these organizations?

____Yes                ____No

If yes, please describe:

_____
_____

35.  What community, civic, social, union, professional, fraternal, political or religious organizations does your spouse or partner belong to and what leadership positions, if any, has he or she held?

_____

_____

36.   What are your hobbies and special interests?  What do you like to do in your spare time?

_____
_____
_____

11

**Juror Number**

37.  What are your spouse's or partner's hobbies and special interests?  What do they like to do in their spare time?

_____

_____

38.  What television or radio news shows or internet news sites do you view or listen to on a regular basis?

_____

_____

_____

39.  What are your three favorite non-news TV shows?

1) _____    2) _____    3) _____

40.  What newspapers, magazines or journals do you read most often (please include on-line sites)?

Newspapers: _____

Magazines/Journals: _____

On-line Sites:_____

41.  What authors and type of books do you like to read?

_____

_____

42.  Do you listen to the radio?

____Yes          ____No

If yes, which programs and shows do you listen to?

_____

_____

What is the primary type, format or genre of the stations you listen to (music, talk, news)?

_____

_____

43.  Have you ever written a letter to the editor?

____Yes          ____No

If yes, what was the topic?_____

44.  Have you ever followed media or press reports of a criminal case on television, radio, in print, and/or over the internet?

12

_____
**Juror Number**

____Yes          ____No

If yes, what was the case or cases and why did it/they attract your interest?

_____
_____

45.    Have you ever read a book about a murder case or trial?

____Yes          ____No

If yes, what books?_____

46.    How often do you watch TV programs that show real-life or dramatized police or legal activities (for example, Cops, 911, Law and Order, CSI, America's Most Wanted)?

_____
_____

47.    What is your favorite real-life or dramatized police/legal show?

_____
_____

48.    In the past 10 years, have you, a family member, or anyone close to you ever been a member of, or otherwise involved with, any group that (please check all that apply):

___  Takes a position on social or legal issues (e.g., gun control, drug use, public health, etc.)
___  Focuses on crime prevention (e.g., neighborhood watch, auxiliary police, crime stoppers, M.A.D.D., etc.)
___  Focuses on crime victims' rights (e.g., victim advocacy groups, victim assistance, etc.)

If yes to any, please indicate the name of the organization(s), who was involved, and the nature of involvement:

_____
_____
_____

49.    In what ways, if any, might your political views affect your service as a juror?

_____
_____

50.    What is your current religion (if any)?_____

What church, synagogue, mosque or other religious organization do you attend?

_____

How many times per month, if any, do you currently attend religious services?_____

13

**Juror Number**

51.     Do you belong to any Bible or other religious study group?

          ____Yes               ____No

          If yes, please describe: _____

52.      In what religion, if any, were you raised? _____

53.      Do you serve as a volunteer in any capacity (i.e. choir, usher, Sunday School teacher, youth counselor) with any religious organization?  _____Yes     _____No
          If Yes, please describe:

          _____

          _____

54.      Does your spouse practice a different religion from yours?

          ____Yes               ____No

          If yes, please explain: _____

55.      Have you, a family member, or anyone close to you ever worked or applied for a job, or volunteered in, or ever otherwise been affiliated with any local, state or federal court or correctional institution, jail or penitentiary (e.g., judge, law clerk, court security officer, court attendant or deputy, court clerk, probation or parole officer, corrections officer, etc.)?

          ____Yes               ____No

          If yes, please indicate the person, the job, dates, location and the name of the court or institution.

          _____
          _____
          _____
          _____

56.      Have you, a family member, or anyone close to you ever attended law school or worked in the legal profession as, for example, a judge, lawyer, legal secretary, paralegal, private investigator, process server, or in any other aspect of the legal field?

          ____Yes               ____No

          If yes, please indicate the person, area of law, type of work/experience, dates and location.

          _____
          _____
          _____
          _____

_____
**Juror Number**

57.  Have you ever had a problem with crime in your neighborhood, or ever called the police to report a crime?

_____Yes                _____No

If yes, please explain: _____

_____

_____

58.  Do you, any members of your family, or close personal friends have any strong views (positive or negative) regarding law enforcement agencies, such as the local police, sheriff, FBI, DEA, state police, Department of Corrections, Bureau of Prisons, etc.?

_____Yes                _____No

If yes, please explain: _____

_____

_____

59.  Would you be more inclined to believe the testimony of a law enforcement officer because he/she is a law enforcement officer?

_____Yes                _____No

If yes, please explain:

_____

_____

**PRIOR JURY SERVICE**

60.  Have you ever served as a trial juror before?

_____Yes                _____No

(a)     If yes, complete the following:

| Criminal or Civil | Main Charge | When did you serve | Did jury reach a verdict (Yes/No) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

(b)     Were you ever the foreperson? _____Yes                _____No

If yes, on which case(s) did you serve as the foreperson? _____

15

_____

**Juror Number**

c) Was there anything about your jury service that left you disappointed or dissatisfied?

\_\_\_\_Yes         \_\_\_\_No

If yes, please explain: _____

61. Has your spouse or partner ever served as a trial juror before?

\_\_\_\_Yes         \_\_\_\_No

(a) If yes, complete the following:

| Criminal or Civil | Main Charge | When did they serve | Did jury reach a verdict (Yes/No) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

(b) Was there anything about his/her jury service that left him/her disappointed or dissatisfied?

\_\_\_\_Yes         \_\_\_\_No

If yes, please explain: _____

_____

_____

62. Have you ever previously served on a jury, in state or federal court, where the death penalty was a potential sentencing option?

\_\_\_\_Yes         \_\_\_\_No

If yes, please explain when and where:

_____

_____

16

**Juror Number**

63. Have you ever served on a grand jury in state or federal court proceedings?

    ____Yes             ____No

If yes, please explain when and where:

_____

_____

**EXPERIENCE WITH COURTS**

64. Have you or any family members or close friends ever been (check all that apply):

| | | | |
|---|---|---|---|
| Plaintiff in civil lawsuit? | ___ No | ____Yes (Self) | ____Yes (Friend/Family) |
| Defendant in civil lawsuit? | ___ No | ____Yes (Self) | ____Yes (Friend/Family) |
| Arrested for, accused of, or charged with a crime? | ___ No | ____Yes (Self) | ____Yes (Friend/ Family) |
| Convicted of a crime? | ___ No | ____Yes (Self) | ____Yes (Friend/ Family) |
| Served prison or jail time? | ___ No | ____Yes (Self) | ____Yes (Friend/Family) |

If you answer yes to any of the above, please briefly describe the circumstances surrounding that event, the ultimate result, and your relationship to the person(s) involved:

_____

_____

_____

_____

65. Do you know any judges, lawyers, or anyone else in the court system?

    ____Yes             ____No

If yes, please describe who you know and where they work.

_____

_____

66. Have you, any family member or close friend had occasion to use the services of the District Attorney's Office such as Family Support, Consumer Fraud or Victim/Witness Divisions?

    _____Yes    _____No   If yes, please explain:

_____

_____

67. Have you had any experience that causes you to doubt, or might cause other people to doubt, your ability to sit as a fair and impartial juror in this case?

    ____Yes             ____No

17

**Juror Number**

68.  When you think of prosecutors, what thoughts and feelings come to mind?

_____

_____

_____

69.  When you think of criminal defense attorneys who represent accused murderers, what thoughts and feelings come to mind?

_____

_____

_____

70.  Do you believe that because Mr. Watland has been charged with a crime for which the death penalty is possible that Mr. Watland is most likely guilty?

_____Yes              _____No

Please explain: _____

_____

_____

71.  What have you read or heard about the conditions of confinement for prisoners at United States Penitentiary Florence (also known as USP Florence)?

_____

_____

_____

72.  What have you read or heard about violence between prisoners?

_____

_____

_____

_____

73.  What have you read or heard about gangs in prisons?

_____

_____

_____

_____

74.  Fictionalized prison life has been depicted in several movies and television series — have you watched any of them — including Oz, American History X, Felon and others?

_____Yes              _____No

18

_____
**Juror Number**

If yes, which television shows have you watched?

_____

_____

What impressions did you draw from these shows about life inside prison?

_____

_____

### QUESTIONS CONCERNING LEGAL PRINCIPLES AND EVIDENCE

This section explains some of the fundamental legal principles on which the Court will give instruction during the trial. If you have concerns about your ability to follow any of these legal principles, it is your duty under your sworn oath to let the Court know.

75. The defendant is presumed innocent and cannot be convicted unless the jury, based on all the evidence unanimously decides that his guilt has been proved beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. No defendant has any obligation to prove his innocence.

    ____Yes              ____No

    If YES, please explain: _____

    _____

    _____

76. Under the law, a defendant does not have to testify in his or her defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty. Do you agree or disagree with this principle?

    ____Agree            ____Disagree

    Please explain: _____

    _____

    _____

77. An indictment is a document that sets forth the charges with which a defendant is accused. This means that the indictment may not be considered as any evidence whatsoever of guilt. Do you agree or disagree with this principle?

    ____Agree            ____Disagree

    Please explain: _____

    _____

    _____

_____
**Juror Number**

78.   Do you believe that a person should be allowed to use reasonable physical force, including deadly force, to defend himself?

_____Yes              _____No

Please explain: _____
_____
_____

79.   Do you think that a prison inmate should be allowed to use physical force, including deadly force, to defend himself?

_____Yes              _____No

Please explain: _____
_____
_____

80.   Do you think that prison inmates, who are victims of crime while serving a prison sentence, are entitled to the same legal rights and protections as other citizens?

_____Yes              _____No

Please explain: _____
_____
_____

81.   You may hear testimony from a psychologist, psychiatrist, social worker, or other mental health professional.  What is your opinion about the fields of psychology and psychiatry and the ability of such persons to identify and explain reasons for human behavior?

_____
_____

82.   How do you feel about psychological or psychiatric testimony that may be offered in court on behalf of a criminal defendant?

_____
_____

_____
**Juror Number**

## EXPERIENCE WITH CRIME

83.   Have you, or has anyone close to you, ever been a <u>victim</u> of any kind of crime including burglary, robbery, assault, arson, murder, sexual molestation, or domestic violence, regardless of whether this was reported to law enforcement authorities or not?

    ____Yes        ____No

| RELATIONSHIP OF PERSON TO YOU | TYPE OF CRIME | WAS ANYONE ARRESTED? | CASE OUTCOME |
| --- | --- | --- | --- |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |

Please explain who was involved, what happened, and how the matter or case was resolved:

_____
_____

84.   Have you, or has anyone close to you, ever been a <u>witness</u> to any kind of crime including burglary, robbery, assault, arson, murder, sexual molestation, or domestic violence, regardless of whether this was reported to law enforcement authorities or not?

    ____Yes        ____No

| RELATIONSHIP OF PERSON TO YOU | TYPE OF CRIME | WAS ANYONE ARRESTED? | CASE OUTCOME |
| --- | --- | --- | --- |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |

Please explain who was involved, what happened, and how the matter or case was resolved:

_____
_____

85.   Have you or anyone close to you been the victim of violence?

    ____Yes        ____No

If yes, please explain:

_____
_____

21

_____
**Juror Number**

86.     Do you know anyone who has died or been injured as a result of crime?

       ____Yes            ____No

If yes, please explain:

_____

_____

87.     The evidence in this case will also include graphic testimony, videos, and photographs of fatal injuries to Mr. Baker. Do you believe the exposure to such graphic evidence may make it difficult for you to serve as a juror in this case?

       ____Yes            ____No

If yes, please explain: _____

_____

_____

88.     The evidence in this case will include a video of Mark Baker being killed.  This video is not a reenactment but instead is a video of Mr. Baker actually being killed.  Do you believe the exposure to such graphic video evidence may make it difficult for you to serve as a juror in this case?

       ____Yes            ____No

If yes, please explain: _____

_____

_____

89.     Do you make a conscious effort to avoid seeing films, television programs, or photographs that depict graphic violence?

       ____Yes            ____No

**QUESTIONS CONCERNING KNOWLEDGE OF THE CASE AND THE PARTIES**

You have been instructed that from this point forward, you must not conduct your own research, including using the internet or any other electronic media, and you may not read or watch any news reports about this case.  However, prior to arrival in Court today, there was nothing wrong or inappropriate with any prospective jurors having researched, read, listened to, or discussed anything about this case.

90.     Have you read or heard anything about this case from any of the following sources? (Check all that apply)

      _____ Television

      _____ Newspapers

      _____ Radio

      _____ Internet/web/blogs/Twitter

      _____ Personal knowledge or conversations

      _____ Conversations with others at the court house

      _____ Overheard conversations of others about the case

_____
**Juror Number**

If Yes to any of the above, please describe what you have read or heard about the case and any opinions you have heard anyone express about this case:

_____

_____

_____

_____

_____

91.     Since you have been notified of your potential jury service, have you discussed this case with anyone (friends, family, co-workers, other jurors, court personnel, etc.)?

      ____Yes           ____No

If yes, please explain: _____

_____

_____

92.     Have you heard anyone else talk about this case?

      ____Yes    ____No    If Yes, please describe:

_____

_____

93.     What was your reaction when you learned the subject matter of this case?

_____

_____

_____

94.     Have you, at any time, heard other prospective jurors talking about this Questionnaire or expressing any opinions about this case?

      ____Yes           ____No

If yes, please explain: _____

_____

_____

95.     What information do you have about this case (regardless of whether or not you think the information is reliable or accurate)?

_____

_____

From what source did you obtain this information?

_____

_____

23

_____
**Juror Number**

96.  Some of the events that will be described during the trial took place near Florence, Colorado or in the State of Maine. Do you or any close friend or relative live in, work in, or travel to Florence, Colorado, or the State of Maine?

_____Yes          _____No

Please explain: _____

_____

_____

97.  Do you know any of the following persons:

A.  Prosecutors: Kurt Bohn, Colleen Covell, Jeffrey Kahan;
B.  Defense lawyers: Patrick Burke, Nathan Chambers, Gail Johnson; or
C.  The defendant, Gary Watland?

_____Yes          _____No

If yes, please explain: _____

_____

_____

98.  Do you know any employee of the Office of the United States Attorney for the District of Colorado, or have you had any dealings with that office?

_____Yes          _____No

If yes, please explain: _____

_____

_____

99.  The trial will be presided over by the Honorable John L. Kane, United States District Judge, District of Colorado. Do you know Judge Kane or any member of his staff?

_____Yes          _____No

If yes, please explain: _____

_____

_____

100.  Please review the names listed on the last page of this Juror Questionnaire captioned, "People, Places, and Organizations." Are you familiar with any of the people, places or organizations on the attached list? In other words, do you know or know something about, or have you read or heard about, someone on the list or any of the places mentioned? Have you been to any of the places mentioned?

_____Yes          _____No

If yes, please explain: _____

_____

_____

_____
**Juror Number**

101. Do you personally, or in connection with your business, have an interest (financial or otherwise) in any pending legal action or dispute with the United States, or any officer, agents or employees of the United States?

   ____Yes    ____No

If yes, please explain: _____

_____

102. Do you, or anyone close to you, know any of the persons involved in any way with the events charged in this case?

   ____Yes    ____No

If yes, please explain: _____

_____

_____

103. The name of the person killed in this case is Mark James Baker, of California. Other than the indictment and information about the case that you have read in this questionnaire or heard Judge Kane describe, do you think you may have known Mr. Baker or members of his family, or do you have any information at all about the circumstances of his death (regardless of whether you think this information is accurate or not)?

   ____Yes    ____No

If yes, please explain: _____

_____

_____

**QUESTIONS CONCERNING SEXUAL ORIENTATION**

Gary Watland is gay. Individuals in our community hold a variety of views and feelings about many different social and legal topics; this includes the topics of gay rights and homosexuality. Regardless of your views about gay rights and homosexuality, you will not be judged or criticized by the Court, court staff, or attorneys in this case regarding these views. If you prefer to answer any of these questions privately, please indicate "Private" in your answers.

104. If you now or in the past have had negative feelings about or towards gay people or homosexuals, what is/was the basis for these feelings?

_____

_____

105. Have you ever had any kind of negative experiences with a gay person that could in any way affect how you view the defendant in this case or the facts and circumstances of this case?

   ____Yes    ____No

25

_____
**Juror Number**

If yes, please explain: _____
_____
_____

106.    Do you have any feelings or beliefs about gay people or homosexuality that might affect your service as a juror in this case?

_____Yes            _____No            Please explain:

_____
_____

### QUESTIONS CONCERNING SENTENCING CONSIDERATIONS

If the jury determines Mr. Watland is guilty beyond a reasonable doubt of first-degree murder, its service will not be over. The same jury will have to decide, at a subsequent sentencing trial, whether Mr. Watland will be sentenced to death or to life imprisonment without the possibility of release. In the federal system, there is no parole, and if Mr. Watland is sentenced to life imprisonment, he will spend the rest of his life in federal prison.

The jury decides whether a life or death sentence is appropriate, and the Judge must impose sentence in keeping with that verdict.

By asking questions about punishment, the Court is not suggesting that Mr. Watland is guilty or that we will reach a sentencing trial in which these issues will be considered. During a sentencing trial, the Government would have the opportunity to present information as to so-called "aggravating factors," which are circumstances that could support the death penalty. In contrast, Mr. Watland would have the opportunity to present information as to so-called "mitigating factors," which are circumstances that could support imposition of a life sentence.

The law does not require a connection between mitigating evidence and the crime committed. Furthermore, unlike aggravating factors, the law does not require that mitigating factors be found unanimously: any single juror may find, and consider, any mitigating factor. The law, alone, never requires a juror to vote for a death sentence.

In making a sentencing decision, each juror, after listening to the evidence and deliberating, must use his or her personal judgment. Even if all the jurors agree on the facts, it remains for each individual to make a personal judgment as to the appropriate sentence – death or life in prison without the possibility of release. Even if no juror finds a mitigating factor, the jury would still have to be persuaded unanimously that the aggravating factors were sufficient to justify death a sentence in order to impose one. If, and only if, all twelve jurors decide that death is the appropriate sentence, a death sentence will be imposed.

This is only an overview of a jury's consideration of the death penalty. If this case requires a sentencing trial, the Judge will instruct the jury in much greater detail. With this overview in mind, please answer the following questions completely and honestly, always remembering that

26

_____
**Juror Number**

there are no right or wrong answers and that you will not be criticized by the Court, Court staff, or attorneys in this case, regardless of your views."

107.    In general, what are your views on the death penalty?
_____
_____
_____
_____
_____

108.    How long have you held these views on the death penalty? _____
_____

109.    How have your views about the death penalty changed in the last 10 years?
____More in favor          ____Less in favor          ____No change

Why did your views change, if they did?
_____
_____
_____
_____

110.    In what kinds of premeditated and intentional first-degree murder cases do you feel that the penalty of life imprisonment without the possibility of release would be appropriate?
_____
_____
_____

111.    In what kinds of premeditated and intentional first-degree murder cases do you feel that the death penalty would be appropriate?
_____
_____
_____

112.    Do you believe that a person who been convicted of premeditated, deliberate and intentional first degree murder should always receive the death penalty?

          ____Yes                    ____No

If yes, please explain: _____
_____
_____

113.    Do you believe that a person who has committed multiple intentional murders should always receive the death penalty?

          ____Yes                    ____No

27

_____
**Juror Number**

114. Do you believe that a person who is already in prison for murder and who then commits a premeditated, deliberate and intentional murder of another prisoner should always receive the death penalty?

        ____Yes               ____No

115. Do you believe that a person who is already in prison for murder and who then commits a premeditated, deliberate and intentional murder of another prisoner, and has a history of making a violent escape attempt should always receive the death penalty?

        ____Yes               ____No

116. Would you have any difficulty voting for life imprisonment without the possibility of release and not the death penalty for an individual who has deliberately and intentionally murdered more than one person?

        ____Yes               ____No

Please tell us why you feel this way: _____

_____

_____

117. Do you believe that the death penalty is the only appropriate sentence for someone who has been proven guilty of intentional and premeditated first-degree murder, where that person has previously murdered another person and who poses a future danger to others?

        ____Yes               ____No

118. Do you agree or disagree with each of the following statements:

A person in prison for murder who then commits an intentional and deliberate first-degree murder of another prisoner is just too dangerous for the prison system to handle and should receive the death penalty.

        Agree__              Disagree___

A person in prison for murder who then commits an intentional and deliberate first-degree murder of another prisoner, and who has previously made a violent escape attempt, is just too dangerous for the prison system to handle and should receive the death penalty.

        Agree__              Disagree___

119. How do you feel about the concept of "an eye for an eye" and "a life for a life" as a punishment for the crime of intentional and deliberate first-degree murder where the person has previously murdered another person?

_____

_____

_____

28

_____
**Juror Number**

120. What are your views of life imprisonment without the possibility of release rather than the death penalty for a person who has murdered someone intentionally and with premeditation; and has previously murdered another person?

_____
_____
_____

121. Generally, is there anything about a sentence option of life imprisonment without the possibility of release that bothers or concerns you?

_____
_____
_____

122. In the sentencing phase of the trial, the jury may hear from the family or friends of the victims who will explain the impact the loss of the loved ones has had on them. Do you think the emotional impact of this type of testimony would upset you so greatly that it would be difficult for you to remain impartial when considering the two punishments, the death penalty or life in prison without the possibility of parole?

_____Yes     _____No     Please explain:

_____
_____

123. What would be important to you in deciding whether a person found guilty of first-degree murder should receive the punishment of life imprisonment without the possibility of release or the death penalty?

_____
_____
_____

124. In determining the appropriate penalty, death or life imprisonment without the possibility of parole, would you be willing to consider evidence concerning the defendant's background, upbringing, and the effects of his background on his development?

_____Yes     _____No     Please explain:

_____
_____

125. In determining the appropriate penalty, death or life imprisonment without the possibility of parole, would you be willing to consider evidence concerning the defendant's history of psychiatric problems?

_____Yes     _____No     Please explain:

_____
_____

29

_____
**Juror Number**

126. Do you believe the death penalty is sought:

    ____Too Often        ____Too Seldom        ____About Right

127. If a person is sentenced to the death penalty, how likely do you think it is that the person will actually be put to death?

    ____Very Likely      ____ Somewhat Likely      ____Not Likely

Please explain: _____

_____

128. If a person is sentenced to life imprisonment without the possibility of release in a federal prison, do you believe that the person will in fact spend the rest of his or her life in prison?

    ____Yes        ____No

Please explain: _____

_____

129. Do these questions about your views on the death penalty or a penalty of life in prison without the possibility of release suggest to you that Mr. Watland must be guilty?

    ____Yes        ____No

If yes, please explain: _____

_____

_____

130. Do you understand that even if Mr. Watland is found guilty in the trial and the case proceeds to a sentencing trial, a sentence of death is never required by law?

    ____Yes        ____No

131. If you are chosen to be a juror, the Judge will instruct you that possible punishments are not to be considered at all during the trial that is held to determine if Mr. Watland is guilty or not guilty. Will you be able to follow the instruction and, at the guilty/not guilty trial, consider whether the defendant is guilty or not guilty based upon the evidence, without consideration of the possible punishment?

    ____Yes        ____No

132. What views does your spouse or partner have in favor of or against the death penalty?

_____

_____

_____

133. Are most of your immediate family members and close friends in favor of or against the death penalty?

    ____Most in favor        ____Most against

_____
**Juror Number**

134. Have you ever expressed an opinion about whether the death penalty should be retained in the State of Colorado?

_____Yes          _____No

Please explain: _____

_____

_____

135. Are you concerned about the cost to the taxpayers when a person convicted of murder is kept in prison on a sentence of life without the possibility of release?

_____Yes          _____No

If yes, please explain: _____

_____

_____

136. In deciding whether to impose a sentence of death or life imprisonment without the possibility of release, how much importance would you attach to each of the following:

|     |     | Not at all | A little | Some-what | Very Important |
|-----|-----|:---:|:---:|:---:|:---:|
| (a) | Even someone who kills can change for the better | 1 | 2 | 3 | 4 |
| (b) | If you intentionally take a life, you forfeit your life | 1 | 2 | 3 | 4 |
| (c) | The killing occurred in prison | 1 | 2 | 3 | 4 |
| (d) | A defendant's remorse | 1 | 2 | 3 | 4 |
| (e) | A defendant's mental condition | 1 | 2 | 3 | 4 |
| (f) | The costs of keeping someone in prison for life | 1 | 2 | 3 | 4 |
| (g) | A victim's behavior | 1 | 2 | 3 | 4 |
| (h) | The impact on family/friends who lost a loved one | 1 | 2 | 3 | 4 |
| (i) | The defendant committed a prior murder | 1 | 2 | 3 | 4 |
| (j) | A defendant's difficult childhood | 1 | 2 | 3 | 4 |
| (k) | The defendant is gay | 1 | 2 | 3 | 4 |

137. Do you feel the death penalty should be mandatory for any particular types of crimes?

_____Yes          _____No

Please explain: _____

_____

31

_____
**Juror Number**

138. Do you believe life in prison without the possibility of release is a more severe form of punishment than a sentence of death?

_____Yes, more severe          _____No, less severe          _____ Just as severe

Please explain: _____

_____

139. If there is a sentencing trial in which the jury decides between a penalty of life imprisonment without the possibility of release and a sentence of death, our law says that if the jury is not unanimous about the punishment, the judge will impose a sentence of life imprisonment without the possibility of release.  If you serve as a juror in this case and the case proceeds to a sentencing trial, will you respect the sentencing decision made by every other juror, even if it results in a verdict that is not unanimous?

_____Yes                    _____No

140. Is there anyone you can think of who would criticize you, or be disappointed in you, if you voted for or against the death penalty as a juror?

_____Yes, if I voted for the death penalty as a juror
_____Yes, if I voted against the death penalty as a juror
_____No

If yes, please explain: _____

_____

_____

141. If Mr. Watland is convicted of first-degree murder and the case proceeds to a sentencing trial, each juror must ultimately reach his or her own decision about whether a mitigating factor has been proven and, if proven, how significant it is to his or her sentencing decision.  Some jurors may agree that a factor is mitigating, some may not agree and some may identify their own mitigating factors.  If you serve as a juror in this case, will you respect the decision made by every other juror regarding mitigating factors, even if you disagree with any of these decisions?

_____Yes                    _____No

Please explain: _____

_____

142. If Mr. Watland is convicted of first degree murder and the case proceeds to a sentencing trial, a juror is never required to vote for a death sentence, and each juror ultimately makes the life or death decision individually based on his or her own personal, moral judgment.  If you serve as a juror in this case, will you respect the right of every juror to arrive at an individual decision regarding punishment, even if you disagree with any of these decisions?

**Juror Number**

____Yes                ____No

Please explain: _____

_____

143.    Will you stand up for the right of every juror to vote about aggravating factors, mitigating factors and the ultimate sentencing decision in the manner he or she feels is appropriate, even if other jurors disagree with their vote"

____Yes                ____No

Please explain: _____

_____

_____

**CONCLUSION**

144.    Based on what you learned today in court and from filling out this questionnaire, have you formed any opinions about the guilt or innocence of the defendant Gary Watland?

____ Yes          ____ No          ____ Unsure

Please explain: _____

_____

_____

145.    Based on what you learned today in court and from filling out this questionnaire, have you formed any opinions about the appropriate punishment that the defendant Gary Watland should receive?

____ Yes          ____ No          ____ Unsure

Please explain: _____

_____

_____

146.    Do you have any physical or medical condition (such as hearing, eyesight, back problems, or medication you are taking) that would make it difficult for you to serve as a juror in this case?

____Yes                ____No

If yes, please explain: _____

_____

_____

33

**Juror Number**

147. Do you have any unusual personal financial reasons why you could not serve as a juror at this time?

      \_\_\_\_Yes           \_\_\_\_No

If yes, please explain: _____
_____
_____

148. Is there anything happening in your life that would prevent you from giving this case your full attention during the entire trial?

      \_\_\_\_Yes           \_\_\_\_No

If yes, please explain: _____
_____
_____

149. Do you have any personal or work obligations or plans that you feel would interfere with your ability to be a juror in this case, such as employment or childcare difficulties?

      \_\_\_\_Yes           \_\_\_\_No

If yes, please explain: _____
_____
_____

150. Do you have any prepaid travel plans that are impossible to reschedule and that would make it impossible for you to participate in the trial as scheduled above?

      \_\_\_\_Yes           \_\_\_\_No

If yes, please explain: _____
_____
_____

151. Can you think of anything else (political, ethical, moral, religious, philosophical, medical, family, work, or personal) that we should know because you believe it might possibly affect your ability to serve on this jury and to render a decision in a fair and impartial manner and after following all of the instructions of law that the Court will give you?

      \_\_\_\_Yes           \_\_\_\_No

If yes, please explain: _____
_____
_____

_____
**Juror Number**

152.  Is there anything you have not included in the above answers which you would like to discuss privately with the Judge and attorneys and not put in writing?  (If so, please indicate and we will provide you with an opportunity to do so later in Court.)

_____Yes                    _____No

**DECLARATION**

I hereby declare under penalty of perjury that the answers that I have provided on the questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.

_____     _____
Signature                                                                 Date

35

_____
**Juror Number**

**ADDITIONAL PAGES FOR ANSWERS IF NECESSARY**
(Please identify the question number for each answer)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
**Juror Number**

**ADDITIONAL PAGES FOR ANSWERS IF NECESSARY**
(Please identify the question number for each answer)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____