*United States v. Zaharias Moussaoui*
No. CR-01-155-A
Judge Presiding: The Hon. Leonie Brinkema, Virginia, Alexandria Division
(Voir dire began January 19, 2006)

# EXHIBIT 8

Juror Number ███████

# JUROR QUESTIONNAIRE

## Personal Background

Juror's Number: ███████

1.   Gender: ███████

2.   Age: ██████

3.   Place of Birth: ████████████

4.   What is your ethnic background?
   - ██ White/Caucasian, not Hispanic
   - ██ Black/African-American, not Hispanic
   - ██ Hispanic/Latino
   - ██ Asian or South Asian
   - ██ American Indian or Native American
   - ██ Other _____
     (please specify)

5.   In what town, city, or county do you currently live? ████████████

6.   Length of time at current address: ████████

7.   How long have you lived in Northern Virginia? ████████

8.   If you have lived less than five years at your current address, indicate your prior town or community.
   ████████████

Juror Number ███████

9.  What is your current marital/domestic status? **(Check all that apply.)**

    █ Single/never married          █ Divorced
    █ Married ___ years             █ Divorced and remarried
    █ Domestic partner              █ Widowed
    █ Separated                     █ Lives with others

10. If you have children or stepchildren, please list them:

|    | Sex | Age | Live with you? | Education Level | Occupation |
|----|-----|-----|----------------|-----------------|------------|
| 1. |     |     |                |                 |            |
| 2. |     |     |                |                 |            |
| 3. |     |     |                |                 |            |
| 4. |     |     |                |                 |            |
| 5. |     |     |                |                 |            |

11. Do you read, speak, write, and understand English?
    Yes, without difficulty ___ █
    Yes, with difficulty ___
    No

12. Do you speak, read, or understand French? If so, how well?
    _____ █ _____

13. In what country were your parents born?

    Mother _____ █ _____
    Father _____ █ _____

14. What is/was your father's occupation?
    _____ █ _____

Juror Number █████████

15.  What is/was your mother's occupation?
     ██████████████

16.  Are you, your spouse (domestic partner), or a former spouse (domestic partner), parents, in-laws or grandparents naturalized U.S. Citizens?
     Yes ████     No ████

     If yes, please indicate the status of the person, i.e. "spouse" and tell us when they became a citizen? ████████████

17.  Do you speak, read or understand Arabic (or any dialect of Arabic) or did you grow up in household where that language or any of its dialects were spoken?
     Yes ████     No ████

     (a)  Do you read any Arabic language newspapers or publications?
          Yes ████     No ████

          If so, please list the Arabic language newspapers or publications:
          ██████████

     (b)  Do you watch any Arabic language television programs, including newscasts?
          Yes ████     No ████

          If yes, please list these programs/newscasts. _____
          ████████

     ( c)  If you speak, read or understand the Arabic language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of the evidence?
           Yes ████     No ████

Juror Number ██████

18. Have you or any family member or close personal friend ever traveled to, lived in, or worked either in a civilian or military capacity in any of the following countries?

| | | | | |
|---|---|---|---|---|
| Morocco | Afghanistan | Saudi Arabia | Qatar | Yemen |
| Algeria | Yemen | Egypt | Indonesia | Malaysia |
| Jordan | Iraq | United Arab Emirates (UAE) | | Pakistan |
| Turkey | Iran | Israel | Tunisia | |
| Syria | Sudan | Palestine | Libya | |

Yes ██      No ████      (If yes, please circle the appropriate countries.)

19. What is your occupational status? (Check all that apply.)

▇ Work full-time outside the home
▇ Work part-time outside the home
▇ Full-time homemaker
▇ Homemaker with part-time employment
▇ Unemployed

▇ Student
▇ Retired
▇ Disabled
▇ Other: _____

20. Without giving your place of employment, please state your current occupation.
___ ████ _____

21. Check the following category that best describes your employer:

▇ Federal government agency
▇ State government agency
▇ County government agency
▇ City government agency

▇ Private, for-profit organization
▇ Private, not-for-profit organization
▇ Self employed
▇ Other: _____

22. Describe what you do: ___ ████ _____
_____

How long have you held this job? ___ ████ _____

Juror Number ▬▬▬▬▬

23.    Please list all prior occupations or jobs during the past 15 years:



| Occupation | Length of Employment |
|---|---|
|  |  |

24.    Are you a vendor or a contractor for the United States Government or do you work for one?
Yes ▬▬▬      No ▬▬▬

If yes, please describe: ▬▬▬▬▬▬

25.    What is your spouse/domestic partner's occupational status?  (Check all that apply.)

☐ Work full-time outside the home          ☐ Student
☐ Work part-time outside the home          ☐ Retired
☐ Full-time homemaker                      ☐ Disabled
☐ Homemaker with part-time employment      ☐ Other: _____
☐ Unemployed

7

Juror Number ████████

26.    Check the following category that best describes your spouse or domestic partner's employer:

█ Federal government agency
█ State government agency
█ County government agency
█ City government agency

█ Private, for profit organization
█ Private, not-for-profit organization
█ Self employed
█ Other: ████

27.    Without giving the place of employment, what is your spouse or domestic partner's current occupation/job title?

████ _____

_____

28.    What kind of work did he/she do in the past? ____ ████ _____

_____

29.    Check the highest level of education for you and your spouse or domestic partner:

|     |                              | You | Spouse/domestic partner |
|-----|------------------------------|-----|-------------------------|
| a.  | Grade school or less         | █   | █                       |
| b.  | Some high school             |     |                         |
| c.  | High school graduate         |     |                         |
| d.  | Technical or business school |     |                         |
| e.  | Some college                 |     |                         |
| f.  | College degree               |     |                         |
| g.  | Graduate work or degree      |     | █                       |

If you attended college or received a graduate degree, identify all colleges and graduate schools you attended.

████████████████████████████

Juror Number █████████

30. Do you, your spouse or domestic partner, or another member of your immediate family have any education, training or employment experience in any of the following fields:



|   | | Yes | No | Some |
|---|---|---|---|---|
| a. | Accounting, auditing, bookkeeping | | | |
| b. | Aircraft, airline industry, aviation | | | |
| c. | Security, intelligence | | | |
| d. | Private investigations | | | |
| e. | Law | | | |
| f. | Medicine | | | |
| g. | Psychology, psychiatry or social work | | | |
| h. | Corrections (work in prisons/jails) | | | |
| i. | Religion and/or philosophy | | | |
| j. | Criminal justice | | | |
| k. | Foreign languages | | | |
| l. | Journalism, media, communications | | | |
| m. | Emergency rescue, firefighting, EMT | | | |
| n. | Computer or information technology | | | |

If yes, please explain the nature and extent of the education, training or employment experience: ██████████████████████

31. Have you ever worked as a volunteer firefighter or as a member of a rescue squad or ambulance crew for any federal, state, or local agency?
Yes ██     No ██

(a) If yes, describe the nature of your service: ██████

(b) If yes, during what time period(s)? ██████

32. Have you ever worked as a commercial pilot?
Yes ██     No ██

9

Juror Number ___██████___

(a)     If yes, during what time period and for what airline? __██__ _____

33.    Have you ever taken any training to become a pilot?
Yes ▪     No ▪

If yes, please describe the training that you had, the time period when you took the training, and identify the school where you took the training: _____
████████████████████████████

34.    Have you ever attempted to obtain a pilot's license?
Yes ▪     No ▪

If yes, answer the following questions:

When ___██___
Where _____
Did you obtain the license?   Yes ▪     No ▪

35.    Have either you or your spouse worked in an airport?
Yes ▪     No ▪

(a)     If yes, was it you or your spouse? __██__ _____
(b)     If yes, please provide the time period when you or your spouse worked at the airport and describe the nature of the work: __██__ _____

36.    How often do you fly on airplanes? (Check the most appropriate answer.)
Never __██__     Seldom __██__     Often __██__

Juror Number ▬▬▬▬▬

## Military Service

37.  Have you, your spouse/partner, or immediate family member ever served in the armed
     forces, including the reserves, National Guard or ROTC? Yes ■ No ■

     If yes, please answer the following:



|  | | You | Spouse/Partner | Family member |
|---|---|---|---|---|
| (a) | Branch and highest rank | | | |
| (b) | Dates of service | | | |
| (c) | Place of Service | | | |
| (d) | Type of Discharge | | | |
| (e) | Served at the Pentagon? | | | |
| (f) | Dates at the Pentagon | | | |

     (g)  Any experience with courts martial, military police, shore patrol or other area of
          military law enforcement? Yes ■ No ■
     (h)  Did you/they have any combat experience? Yes ■ No ■
          If so, identify location and years: ■▬▬▬▬ _____
          _____
          _____

38(a).  Since September 11, 2001, have you, a family member, or close friend served in, or been
        injured while serving in a combat or military zone in Iraq, Afghanistan or elsewhere in
        the Middle East?
        Yes ■ No ■

        If yes, please explain: ■▬▬▬ _____
        _____
        _____

38(b).  Since September 11, 2001. Has any family member or close friend been killed while
        serving or working in a military or combat zone in Iraq, Afghanistan, or elsewhere in the
        Middle East?
        Yes ■ No ■

11

Juror Number █████████

If yes, please explain: ████████ _____

_____

## Organizational Affiliations, Hobbies and Spare Time Activities

39.   Please list organizations to which you or your spouse or domestic partner belong or in
      which either of you participate, either now or in the past five years. (Include any civic,
      social, religious, charitable, volunteer, political, sporting, professional, business, union,
      fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club,
      Exchange Club, Knights of Columbus, Veterans of Foreign Wars, American Legion,
      American Civil Liberties Union, National Rifle Association, League of Women Voters):

      Self: ████████████████████████████████████████████

      Spouse/domestic partner: ██████ _____

40.   Have you ever held any office or title in any of the organizations you listed in question
      39?
      Yes██        No██

41.   To what groups or organizations, including any victims rights or disaster relief
      organizations, if any, did you donate money, goods, or volunteer time  during the last five
      years? ████████████ _____

      _____

42.   Have you, any member of your family, or any close personal friend ever held an elected
      or appointed office in the federal, state or local government?
      Yes ██.        No ██

      If yes, please describe: ██████ _____

      _____

12

Juror Number _____

43. Would you say that you seek out positions of leadership when you participate with others in your employment or other activities?

Always ___ ■     Often ■     Sometimes ■     Seldom ■     Never ■

## Media Consumption

44. How often do you read a Newspaper ?
Every day
Several times a week
Once or twice a week
Less often than once a week
Never

Watch TV News?
Every day
Several times a week
Once or twice a week
Less often than once a week
Never

Listen to Radio News?
Every day
Several times a week
Once or twice a week
Less often than once a week
Never

Get News off the Internet?
Every day
Several times a week
Once or twice a week
Less often than once a week
Never

13

Juror Number _____

Please list all sources of news you watch, listen to, or read on a regular basis, in print or on television, radio or the internet, including the names of any particular news programs or internet sites. Include radio talk shows.

_____

45. Do you ever listen to radio talk shows, turn to political commentators on TV or the radio, or do you ever visit political blog sites on the Internet?

Yes _____     No _____

If yes, which one(s)?  _____

46. If you are chosen to be a juror, you will not be permitted to read or listen to any media or Internet coverage of this case and related subjects. Would these restrictions pose any difficulty for you?

Yes _____     No _____

If yes, please explain:?  _____

**Contact and Experiences with Crime, Courts and Legal System**

47. Are you, or is any close friend or relative, a member of a neighborhood crime watch or prevention group?

Yes _____     No _____

(a)   If yes, please identify the group and describe that participation: _____

_____

14

Juror Number _██████████

48. Have you, or has any member of your family or close friend or relative, ever been the victim of, or witness to a crime, whether or not that crime was reported to law enforcement authorities?
Yes _█     No █████

(a) If no, go to the next numbered question. If yes, please provide the following information for each person and incident:

| Relationship (Self, sister, etc.) | Type of Crime | Victim or Witness | Reported to Police? | Was anyone Caught? | Outcome of the Case |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(b) In what ways, if any, did any of these incidents that you, or a person close to you, experienced affect your attitude about crime?

_____

_____

_____

(c) How do you feel about how the police or law enforcement authorities handled the situation? _____

_____

_____

_____

49. Have you or any family members or close friends had any personal experience with acts of terrorism?
Yes _█     No ████

Juror Number _____

If yes, please explain: _____
_____
_____
_____

50. Have you, or has any member of your family or close friend, ever been questioned about, accused of, investigated for, arrested for or charged with a crime, other than a minor traffic offense?
Yes ___      No ___

(a)    If yes, please provide the following:

| Relationship of person charged (Self, Sister, etc.) | Crime(s)charged | Case Outcome |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(b)    If yes, please provide a brief description of the alleged crime(s) and the events leading up to the accusation, arrest or charge: _____
_____
_____

(c)    How did you feel about being questioned about that experience? _____
_____
_____

(d)    Would this experience affect your ability to serve as a juror in this case?
Yes ___      No ___

Please explain:_____
_____
_____

16

Juror Number ▮▮▮▮▮▮▮

51. Have you ever had to appear in court, or in any legal proceeding, as a plaintiff, defendant, victim, or witness for any reason other than that explained above?
Yes ▮     No ▮

   (a)   If yes, please state when and explain why you appeared in court: _____

_____

_____

52. Have you ever had an unfavorable experience with a lawyer or judge?
Yes ▮     No ▮

   (a)   If yes, please explain: _____

_____

_____

53. Have you, or has any close friend or relative, made or brought any claims or lawsuits against any federal, state, or local government agency?
Yes ▮     No ▮

   (a)   If yes, please explain: _____

_____

_____

54. Have any claims or lawsuits ever been made by any federal, state or local official or government agency against you, or any close friend or relative?
Yes ▮     No ▮

   (a)   If yes, please explain: _____

_____

_____

55. Have you ever served as a juror at a trial before?     Yes ▮     No ▮

17

Juror Number █████████

(a)    If yes, please complete the following for each trial on which you served as a juror:

| When did you serve? | In what court? | Criminal or Civil? | Charges/ Allegations? | What verdict did the jury reach? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

(b)    Have you ever served as a jury foreperson?
Yes ___          No ___

(c)    Was there anything about your jury experience that left you disappointed or dissatisfied with our justice system?
Yes ___          No ___

Please explain: _____
_____
_____

(e)    Was there anything about your experience as a juror which would make you not want to serve again?
Yes ___          No ___

Please explain: _____
_____
_____

(f)    In general, how much did you participate in that jury's discussion?
___ Less than other jurors          ___ About the same          ___ More than other jurors

56.    Is there any racial or ethnic group that you do not feel comfortable being around?
Yes █          No █          Not Sure █

18

Juror Number █████████

If yes, please explain: _____
_____
_____

57. Do you know of any reason that would keep you from serving fairly and impartially as a juror in a case in which the defendant was a person whose race was different than yours? Yes ██    No ██

If yes, please explain: _____
_____
_____

58. Do you generally "hold your ground" when you feel that you are correct, or are you easily swayed by the strong influence of others?

Always hold my ground
Generally hold my ground
Generally swayed by others
Almost always swayed by others

59. Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, or international aid organization, including, but not limited to, the following (check as many as apply for each category):

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Federal Bureau of Investigation (F.B.I.) | | | | |
| U.S. Attorney's Office | | | | |
| State Prosecutor's Office | | | | |
| Internal Revenue Service (IRS) | | | | |

Juror Number _____

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Drug Enforcement Agency (DEA) | | | | |
| Central Intelligence Agency (CIA) | | | | |
| National Security Agency (NSA) | | | | |
| Department of Justice | | | | |
| State Department | | | | |
| Any U.S. Embassy | | | | |
| U.S. Treasury Department | | | | |
| Department of Homeland Security | | | | |
| Peace Corps | | | | |
| Agency for International Development (AID) | | | | |
| Immigration, Naturalization Service | | | | |
| Military Police | | | | |
| Correctional Officer | | | | |
| Bureau of Prisons | | | | |
| Parole or Probation Office | | | | |
| State Police | | | | |
| Police Department | | | | |
| Sheriff's Department | | | | |



20

Juror Number ▮▮▮▮▮▮

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| U.S. Marshal's Service | | | | |
| Secret Service | | | | |
| U.S. Customs | | | | |
| U.S. Postal Service | | | | |
| Federal Protective Services | | | | |
| Naval Investigative Services | | | | |
| Bureau of Alcohol, Tobacco and Firearms (BATF) | | | | |
| U.S. Park Police | | | | |
| Other law enforcement or private security agency not listed | | | | Also identify name of Agency: |

60. Would you, as a juror, give law enforcement officers when testifying as a witness in a case, more credibility, less credibility, or the same credibility as anyone else's testimony?

▮ More credibility
▮ Less credibility
▮ Same credibility

Please explain. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21

Juror Number _____

61.  What, if any, opinion do you hold about the performance of the Federal Bureau of Investigation (FBI) in each of the following criminal investigations? (Circle one response for each investigation.)



| | Performed Well | Performed Poorly | Not Familiar with Matter | No Opinion |
|---|---|---|---|---|
| A.  Waco, TX | | | | |
| B.  Ruby Ridge | | | | |
| C.  Richard Jewell | | | | |
| D.  Wen Ho Li | | | | |
| E.  September 11th | | | | |
| F.  Anthrax | | | | |

62.  Have you, or has any close friend or relative, ever worked or been a volunteer in the legal profession either as a lawyer, paralegal, or in a law office, including a prosecutor's or public defender's office?
Yes ▇▇    No ▇▇

(a)    If yes, please explain: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

63.  Do you have any strong feelings about American intelligence services or foreign intelligence services?
Yes ▇▇    No ▇▇

If yes, please explain. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22

Juror Number _____

## General Opinions and Beliefs about the Criminal Justice System

### PLEASE CHECK THE ANSWER THAT MOST CLOSELY REFLECTS YOUR OWN OPINION CONCERNING THE FOLLOWING STATEMENTS.

64. Do you believe that punishment or rehabilitation is the more important objective in sentencing those convicted of violent crimes?
    Punishment _____    Rehabilitation _____

65. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a terrorism trial?
    Yes ____    No _____    Unsure _____

66. Do you feel that the criminal justice system generally treats criminals too harshly, about right, or too leniently?
    Too harsh ____    About right ____    Too lenient ____

67. Do you believe that defendants accused of participating in the terrorist acts of September 11th should be given the same rights as other criminal defendants?
    Yes ____    No ____    Unsure _____

68. Do you believe that even in times of national crisis, the rights of criminal defendants should be fully protected?
    Yes ____    No ____    Unsure ____

69. Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in criminal trials?
    Yes ____    No ____    Unsure _____

70(a). The defendant, Zacarias Moussaoui, is not a citizen of the United States. Would you be able to afford him the same rights and considerations as you would a defendant who is a citizen of the United States?
    Yes ____    No ____    Unsure _____

    Please explain: _____

    _____

    _____

23

Juror Number _____ ████████

70(b). The defendant has admitted to being a member of al Qaeda. Do you believe that you could be a fair and impartial juror in the trial of a member of that terrorist organization?
Yes ___ ██     No ___ ██     Unsure ___ ██

Please explain: ___ ████████████████████ _____
_____
_____

## Mental Health Training and Experience

71.  Have you, anyone in your family or close personal friend ever received in-patient treatment, or been under a doctor's care, for any type of mental or psychiatric condition, including mood disorders, or as treatment for alcoholism or drug abuse?
Yes ___     No ___ ██     Unsure ___ ██

Please explain: _____
_____
_____

## Contact, Knowledge and Experience with Religious Groups and Organizations

72.  What, if any, religion were you raised in? ___ ████████ _____

73.  What is your current religious affiliation, if any? ___ ████████ _____

74.  How often do you attend religious services?
Regularly ___ ██     Occasionally ___ ██     Seldom ___ ██     Never ___ ██

75.  How knowledgeable are you about the history and/or practices of Islam?
Very knowledgeable     ___
Somewhat knowledgeable ___ ██
Not too knowledgeable  ___
Not knowledgeable at all ___

76.  Do you believe that Islam endorses violence to a greater or lesser extent than other major religions?
Yes ██     No ██     Unsure ___ ██

24

Juror Number ███████

Please explain: ████████████████████████████████████
_____
_____

77. To the best of your knowledge, in what contexts have you had contact with people who follow the religion of Islam (Muslims) or are of Arab descent? (Please check all answers that apply.)

- ▮ In the family
- ▮ In the neighborhood
- ▮ In organizations
- ▮ Through work/business
- ▮ In places of worship
- ▮ In school
- ▮ In everyday life (shopping, movies etc.)
- ▮ None
- ▮ Other _____

78. Do you have any negative feelings or opinions about Muslims or people who are of Arab or North African descent?
Yes ▮      No ▮

If you answered "yes" , please explain: ███████████████████████
███████████████████████████████

79. Is there anything about a case where a defendant or witnesses are Muslim or of Arab descent that would make it hard for you to serve as a fair and impartial juror?
Yes ▮      No ▮

If yes, please explain: _____
_____
_____

Juror Number ▮▮▮▮▮▮

## Contact, Experience and Knowledge of the Events of September 11, 2001

80. Were you in the metropolitan Washington, D.C. or metropolitan New York City areas during the day of September 11, 2001?
Yes ▮   No ▮

81. Do you have any family members or friends who were in the metropolitan Washington, D.C. or metropolitan New York City  areas during the day of September 11, 2001?
Yes ▮   No ▮

82. Was anyone in your family or any close friend injured or killed in the attacks on the World Trade Center and the Pentagon, or on the flight that was downed in Pennsylvania, on September 11, 2001?
Yes ▮   No ▮

If yes, please explain: _____
_____
_____

83. Do you have a family member or close personal friend who knows someone who was injured or killed in the September 11 terrorist attacks, or any of the victim's family members or close personal friends?
Yes ▮   No ▮   Don't Know ____

If yes, please explain: _____
_____
_____

26

Juror Number ███████

84. As a result of the terrorist attack, did you take any of the following actions on the day of September 11:

| | | | | | |
|---|---|---|---|---|---|
| A. | Leave the building you were in as a result of an evacuation order? | Yes | █ | No | █ |
| B. | Choose to leave the building you were in? | Yes | | No | |
| C. | Leave work early that day? | Yes | | No | |
| D. | Call someone to check on their safety or to let them know of your safety? | Yes | | No | |
| E. | Receive a call checking on your safety or the safety of others? | Yes | | No | |

85. Do you now, or did you previously:

| | | | | | |
|---|---|---|---|---|---|
| A. | Work at or near the Pentagon? | Yes | █ | No | █ |
| B. | Live near the Pentagon? | Yes | | No | |
| C. | Know someone who works at or near the Pentagon? | Yes | | No | |
| D. | Know someone who lives at or near the Pentagon? | Yes | | No | |
| E. | Work at or near the Twin Towers site in New York City? | Yes | | No | |
| F. | Know someone who works at or near the Twin Towers site in New York City? | Yes | | No | |
| G. | Know someone who lives at or near the Twin Towers site in New York City? | Yes | | No | |
| H. | Participate in any way in any of the rescue efforts following the September 11th attack? | Yes | | No | |
| I. | Know someone who participated in any way in any of the rescue efforts following the September 11th attack? | Yes | | No | |
| J. | Know someone who has suffered emotional distress as a result of the September 11th attack? | Yes | | No | |
| K. | Work in or near Somerset County, Pennsylvania? | Yes | | No | |
| L. | Know someone who lives in or near Somerset County, Pennsylvania? | Yes | █ | No | █ |

27

Juror Number ███████

M.  Know someone who works in or near Somerset
    County, Pennsylvania?                      Yes ███   No ███

If yes, please explain: ████████████████████████████████████████

86. Did you drive by the Pentagon building in the days immediately following September 11,
    2001 to observe the damage, or during the period of the Pentagon's reconstruction?
    Yes ███      No ███

    If yes, about how many times? ███████

87. Have you been to the Pentagon building since September 11, 2001?
    Yes ███      No ███

    If so, for what purpose? ███████

88. Have you participated in any of the following activities in connection to the events of
    September 11th?

    A.  Donated money, goods, or time to support relief efforts
        for the victims of the 911 terrorist attacks?        Yes ███    No ███
    B.  Donated blood?                                        Yes        No ███
    C.  Visited the Pentagon crash site?                      Yes        No
    D.  Visited the Twin Tower crash site
        in New York City?                                     Yes        No
    E.  Visited any memorial site, or attended any
        memorial service for 911 victims and survivors?      Yes        No
    F   Participated in the rebuilding of the Pentagon?       Yes        No
    G.  Displayed a flag or other patriotic symbol on your
        vehicle or home as a result of September 11th?        Yes        No
    H.  Purchased a magazine, book or other item
        commemorating September 11th?                         Yes        No
    I.  Contacted a Website concerning
        September 11th related events?                        Yes ███    No ███

28

Juror Number _____

Please explain: ████████████████████████████████████

89. Have you ever attended any hearings (or portions of hearings) of the 9/11 Commission, watched them on TV or listened to them on the radio?
Yes ██        No ██

90. Have you ever read any reports, memos or documents written or reviewed by the 9/11 Commission, or read or heard portions or accounts of them in any newspaper or other news source?
Yes ██        No ██

If you answered "Yes" to either of the above questions, please describe.
█████████████████████

91. Do you know anyone who is a pilot or flight attendant or who works in any capacity for an airline, an airport, a travel agency or any business that provide goods or services to the airline industry, or for governmental agencies that monitor or assist the airline industry?
Yes ██        No ██

92. Did you, or any family member or close personal friend have any plans to travel that were canceled as a result of the September 11th attacks?
Yes ██        No ██

93. Have you or any family member or close personal friend refused to fly in an airplane or been very reluctant to fly in an airplane as a result of the September 11th attacks?
Yes ██        No ██

94. Did you or any family member or a close friend lose a job, or a business contract, or experience any other financial hardship as a result of events connected to September 11th?
Yes ██        No ██

29

Juror Number █████████

95. Did you or any family member or a close friend have to work substantial overtime or additional hours as a result of events connected to September 11th?
Yes █     No █

96. How concerned are you that terrorists will commit acts of violence near where you live or work?
Very Concerned █     Somewhat Concerned █     Not Concerned █

97. How much, if any, have the events surrounding the September 11th attacks on the Pentagon or World Trade Center affected you personally?

A great deal █
A good amount
Not too much
Not at all

98. Have you written to any elected or appointed government official; or to any newspaper or magazine; or called in to any television or radio program, or written to any internet "chat room" to express your opinion about the U.S. war on terrorism, the events related to September 11, Usama Bin Laden, al Qaeda or any other related issue?
Yes █     No █

If yes, please describe: _____

_____

99. How often do you think about the victims of the September 11th terrorist attacks or the families who lost members in these attacks?
Often █     Sometimes █     Rarely █     Never █

100. Have you watched or listened to any documentaries, television specials or interviews or other programs concerning the family members, friends or co-workers of the victims of the September 11 hijackings?
Yes █     No █

Please describe: █████████ _____

30

Juror Number ███████

101. Have you watched or listened to any documentaries, television specials or interviews or any other programs concerning the people who assisted in rescue efforts or aided victims in New York, Northern Virginia and Pennsylvania?

Yes ███    No ███

Please describe: ███████████████

## Contact, Knowledge and Experience with Terrorism (other than September 11, 2001)

102. Have you seen any movies or read any books depicting or describing U.S. military efforts to combat terrorism?

Yes ███    No ███

Please describe: ████████████

103. Have you read any books on Usama Bin Laden, the al Qaeda network, terrorism, Afghanistan, Islam, fundamentalism, the Israeli-Arab conflict or other related topics?

Yes ███    No ███

Please describe: _____

104. How closely did you follow the media coverage of the events involving the bombing of U.S. embassics in Kenya and Tanzania, including the trial in New York?

Very closely
Somewhat closely    ███
Not too closely
Not at all

31

Juror Number ████ ____

105. How closely did you follow the media coverage of the <u>1993</u> bombing of the World Trade Center Towers?

Very closely
Somewhat closely
Not too closely
Not at all



106. How closely did you follow the media coverage of the Khobar Towers (Marine barracks) bombing in Saudi Arabia?

Very closely
Somewhat closely
Not too closely
Not at all



107. How closely did you follow the media coverage of the attack on the U.S.S. Cole in Yemen?

Very closely
Somewhat closely
Not too closely
Not at all



108. How closely did you follow the media coverage of Richard Reid, the man convicted of trying to light a shoe bomb on American Airlines flight 63 from Paris to the U.S. on December 22, 2001?

Very closely
Somewhat closely
Not too closely
Not at all



Juror Number ____ █████ ____

109. How closely did you follow the media coverage of the case of John Walker Lindh, the so called "American Taliban"?

Very closely
Somewhat closely     ████
Not too closely
Not at all

110. Do you know anyone, including any attorney, investigator, witness, juror, law enforcement official, or court employee associated with the trial of John Walker Lindh, the Virginia paint ball case, Dr. Ali Al-Timimi, or Ahmed Abu Ali ?
Yes ___██___     No ___██___

Please describe: _____

_____

111. Do you have strong feelings about the government's efforts to fight terrorism?
Yes ___██___     No ___██___

Please explain: ___████████_____

_____

_____

112. How closely have you followed media accounts that U.S. personnel have subjected members of al Qaeda to coercive interrogation techniques to obtain information as part of the war on terror?

Very closely
Somewhat closely     ████
Not too closely
Not at all

Describe your understanding of those allegations: ___████████████___

_____

_____

Juror Number _____████_____

113. Do you believe that it is acceptable for U.S. personnel to use coercive interrogation techniques to obtain information from detainees as part of the war on terror?
Yes ___████    No ___████

Please explain. ████████████████████████ _____ _____
_____
_____

114. Do you believe that coercive interrogation techniques are more likely than non-coercive techniques to produce truthful answers during an interrogation?
Yes ___████    No ___████    No Opinion ___████

## Knowledge About this Case

115. Do you know, or have you had any contact whatsoever, with the defendant, Mr. Moussaoui?
Yes ___████    No ___████

If yes, please explain. _____ _____ _____
_____

116. How much have you heard about this case?

A lot about the case ___████
Some ___████
Very little about the case ___████
Nothing at all ___████

117. Have you ever visited this Court's website concerning this case?

Yes ___████    No ___████

If yes, approximately how many times? ___████

34

Juror Number ████████

Briefly describe what material you reviewed:

_____

_____

_____

118.  How closely have you followed the news about this case?

Very closely ████
Somewhat closely ████
Not very closely ████
Not at all ████

119.  (a)   Please indicate from what source(s) you heard about the case. (Check as many as apply):

Television ████  Newspapers ████ Radio ████ Internet
Personal knowledge of accused, or his family, friends or acquaintances
Personal knowledge of a victim, or his or her family, friends or acquaintances
Personal conversations with others in the community
Overheard others discussing case
Other sources of information (list): _____

(b)   Please describe as completely as possible what you have heard about this case.

████████████████████████████████████████

120.  Have you read or heard about any specific statements attributed to the defendant, Zacarias Moussaoui?

Yes ████    No ████    Unsure ████

Please describe: ████████████████████████

Juror Number █████████

121. Have you heard any statements by any U.S. government officials concerning Mr. Mousssaoui or his alleged involvement in the September 11 plot?

Please describe: ██████████

122. Have you read or heard any news articles or reports concerning Mr. Moussaoui's psychological condition, mental state or the presence or absence of any mental illness?

Yes ███     No ███     Unsure ███

Please describe: ████████████

123. Based on what you have read, heard or seen in the media, please tell us what feelings or opinions you have formed about this case or about the defendant, Zacarias Moussaoui, or about what the appropriate outcome of the case should be or the appropriate sentence? ████████████████████████████
████████████████████████████

124. Based on this opinion, would it make it difficult for you to sit as a fair and impartial juror in this type of case?
████████████

Juror Number ▮▮▮▮▮▮▮

125. To the best of your knowledge, have you or any of your family members or close personal friends ever met or spoken with, observed or had any personal knowledge of any of the nineteen men publically identified as the September 11th hijackers? (Check all that may apply):

[ ] Mohammed Atta
[ ] Abdul Aziz Alomari
[ ] Waleed M. al-Shehri
[ ] Waleed al-Shehri
[ ] Satam al-Suqami
[ ] Marwan al-Shehhi
[ ] Fayez Ahmed, a/k/a "Banihammad Fayez"
[ ] Ahmed al-Ghamdi
[ ] Hamza al-Ghamdi
[ ] Mohald al-Shehri
[ ] Khalid al-Midhar
[ ] Nawaf al-Hazmi
[ ] Hani Hanjour
[ ] Salem al-Hamzi
[ ] Majed Moqed
[ ] Saeed al-Ghamdi
[ ] Ahmed al-Nami
[ ] Ahmed al-Haznawi
[ ] Ziad Jarrah

Please explain: ▮▮▮▮▮ _____

_____

_____

126. Does the fact that this case involves a crime of massive violence cause you to question whether you can sit as a fair and impartial juror? Yes ▮▮▮    No ▮▮▮
If yes, please explain:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

37

Juror Number ▉▉▉▉▉▉▉

127.  Do you have any personal reason for wanting to serve as a juror in this case?

Yes ▉    No ▉    Not Sure ▉

Please explain:

_____

_____

128.  Do you have any stake or personal or moral investment in the outcome of this case?
Yes ▉    No ▉    Not Sure ▉

Please explain:

_____

_____

## Consideration of the death penalty

129.  At the present time, do you support or oppose the use of the death penalty?

Support ▉    Oppose ▉    Neither support nor oppose the death penalty ▉

130.  What are the reasons that you feel the way you do about the death penalty?

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

_____

_____

131.  How strongly do you hold your present opinion concerning the death penalty?

Very strongly ▉    Moderately ▉    Not strongly at all ▉

132.  Has your opinion about the death penalty changed over time? Yes ▉    No ▉

If yes, in what way has your opinion changed?

_____

_____

_____

Juror Number █████████

133. Do you or a family member belong to any group or organization that takes a position (by lobbying or otherwise) for or against the death penalty?
Yes ███     No ███

If yes, describe the group or organization: _____
_____

134. Have you read any books or articles or seen any television shows or movies about the death penalty?     Yes ███     No ███

If yes, which ones? ████████████████ _____
_____

135. Do you think the death penalty in the United States is used too often, about right, or too seldom?     Too often ███     About right ███     Too seldom ███

Please explain: _____
██████████████████████████████████████████████████████

136. How important would each of the following factors be to you in making a decision between the death penalty and life in prison without the possibility of release? (Check an answer for each factor)

|  | Not at all important | A little important | Somewhat important | Very important |
|---|---|---|---|---|
| a. A defendant given life without the possibility of release will remain in prison for the rest of his/her life | | | | |
| b. Someone who kills another always is a danger to others even if in prison | | | | |

39

Juror Number ___0001___

c.  Even someone who kills can change for the better

d.  When you take a life through intentional murder you forfeit your life

e.  Acts of terrorism that kill civilians deserve the ultimate punishment

f.  Fundamental Islamic beliefs held by a defendant

g.  Membership in al-Qaeda

h.  It is wrong to take a life even as punishment

i.  The costs of keeping someone in prison

j   A defendant's specific role in the offense.



137.  In your opinion, is the death penalty in our society (circle all that apply):
       useful
       necessary
       counterproductive
       inhumane
       a deterrent
       subject to error
       morally justified
       fair retribution
       other (please describe)
       _____
       _____
       _____

40

Juror Number ___██████████

138. Why do you hold these feelings?
███████████████████████████ _____
_____
_____

139. Do you believe in the concept of "an eye for an eye" and a "life for a life" with respect to the death penalty as punishment for intentional murder?

Yes___██___     No___██___

Please explain:
_____██████████████████████████████████████████████

140. Do you believe that a sentence of life imprisonment without the possibility of release could ever be a severe enough sentence for someone convicted of conspiracy to commit acts of terrorism, conspiracy to commit air piracy, conspiracy to murder U.S. citizens, or conspiracy to use weapons of mass destruction, resulting in the deaths of thousands of people, as in the September 11th attacks on the United States?

Yes ___██___     No ___██___     Unsure ___██___

Please explain your answer: ___███████████████████████___
███████████████████████████
_____
_____

141. In what way, if any, has your opinion about the death penalty changed as a result of the events related to September 11th and the war on terrorism?

More support for it ___██___     No change either way ___██___     More opposed to it ___██___

142. Would you be more likely to vote for the death penalty as punishment for the intentional, premeditated murder of a U.S. citizen through acts of terrorism than you would in other cases of intentional, premeditated murder?

Yes ___██___     No ___██___     Unsure ___██___

41

Juror Number __█████████__

143. Based on what you have read or heard about this case, have you reached the conclusion that the death penalty would be the only appropriate sentence?

Yes __█__    No __█__    Not sure __█__

Please explain: █████████████████████████████████████████████████████

## Trial Procedures

144. Since the Court has determined that your names and addresses will be kept confidential, will the fact that your name and address will not be revealed in any way affect your ability to be a fair and impartial juror to all the parties to this case?

Yes __█__    No __█__    Not Sure __█__

Please explain:



145. If you are selected to serve as a juror on this case, would you be concerned about reactions to the verdict by:

Friends      __ Yes    __ No

Relatives      __ Yes    __ No

Coworkers      __ Yes    __ No

Neighbors      __ Yes    __ No

Members of your church, synagogue, mosque or other house of worship      __ Yes    __ No

The media      __ Yes    __ No

People in this community      __ Yes    __ No

Juror Number _____

Family and friends of victims        ___ Yes    ___ No

Family and friends of defendant      ___ Yes    ___ No

People elsewhere in the U.S.         ___ Yes    ___ No

People internationally               ___ Yes    ___ No

If yes, what kind of concern(s) do you have?  Please explain:

146.  Is there any matter not covered by this questionnaire that you think the Court or the
      attorneys might want to know about you when considering you as a juror in this case?
      Yes___    No___    Not sure___

      Please explain:
      _____
      _____
      _____

147.  Are you a smoker?
      Yes___    No___

      If yes, do you need to smoke more often than every two hours?  Please explain:
      _____
      _____
      _____

148.  Do you know of any reason whatsoever why you cannot sit as a juror in this case and
      decide it fairly and impartially according to the law?
      Yes___    No___    Not sure___

Juror Number █████

Please explain: ██████████████████

149. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

Yes ███　　No ___███　　Not Sure ___███

Please explain: _____

150. Do you have any medical condition that would make it difficult for you to serve as a juror?

Yes ___███　　No ███.

If yes, please explain. _____

151. Are you currently taking any prescription medication which may prevent you from giving your full attention to the matters in court during a trial?

Yes ___███　　No ___███

If yes, please explain. _____

152. What is the condition of your hearing?

No problems at all ___███

Have difficulty hearing ___███

Have problems, but they are corrected with a hearing aid. ___███

If you have problems, please explain _____

Juror Number _███████_

153.  What is the condition of your eyesight?
No problems at all ___███___
Have difficulty seeing ___████___
Have problems, but they are corrected by glasses or contact lenses ___███___
If you have problems, please explain
_____

154.  Do you have any specific problems concentrating or dealing with stress or pressure?
Yes ███     No ███

If yes, please explain. _____
_____
_____

155.  Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?
Yes ___███___     No ___███___

If yes, please explain. ███████████████_____
_____
_____

156.  Do you know or recognize the judge in this case, any of the court personnel, attorneys or any of the potential witnesses? (SEE THE ATTACHED LIST FOR THE NAMES OF POTENTIAL WITNESSES AND OTHER PERSONS ASSOCIATED WITH THIS TRIAL)
Yes ___███     No ___███___

If yes, please give details: _____
_____
_____

157.  As a result of filling out this questionnaire, have you now formed an opinion about this case? Yes___███     No___███     Not sure___███___

45

Juror Number _____

Please explain: ____ ██████████████████ _____
_____
_____
_____

158. Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?

Yes__██__      No__██__      Not sure__██__

Please explain:__ ████████████████████████████ ___
_____

159. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

Yes __██____      No __██____

If yes, please explain: _____
_____
_____

Juror Number _____

### EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number ████████

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____