*United States v. Naeem Williams*
No. 1:06-cr-00079-JMS-KSC (D. Haw.)
Judge Presiding: The Hon. J. Michael Seabright
(Voir dire began January 28, 2014.)

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 06-00079 JMS-KSC |
| | ) | |
| Plaintiff, | ) | JURY QUESTIONNAIRE |
| | ) | |
| vs. | ) | |
| | ) | |
| NAEEM J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**INSTRUCTIONS**

You are being asked to complete this questionnaire to assist the court and parties in selecting a jury for an upcoming criminal trial. All of the information that you provide will be kept confidential and only viewed by the court, necessary court staff, and members of the prosecution and defense teams. To ensure that your answers are truthful, you are required to give your answers under oath.

Please answer the questions to the best of your ability. There are no right or wrong answers. You are simply asked to consider the questions and provide honest answers. Please answer each question fully. If you need more space, use the blank pages attached to the end of the questionnaire. Please identify the question number next to your continued response (otherwise, the court and parties will not know which question you are answering).

If you do not understand a question, please respond "I do not understand." If you do not know the answer to a question, please respond "I do not know."

After you have completed, signed, and turned in the questionnaire, you may leave. You will be notified at a later date when to return to court to report for jury duty. Do not discuss the questionnaire, your answers, or anything to do with this case with anyone else, including family, friends, and co-workers. Do not do any research regarding this case, including searching the internet or engaging in any social media. From this point forward, do not read or watch any news reporting about this case. In short, you may not gather any information, of any sort, about the case outside of the courtroom.

The court is deeply appreciative of your jury service.

J. MICHAEL SEABRIGHT
United States District Judge

2



Full Name: (Please Print)



| (Last) | (First) | (Middle Initial) |

*I declare under penalty of perjury that the answers set forth in this Juror Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.*

Signed this **29** day of _____Ocroser_____ , 2013

_____
(Signature)

3

## BRIEF STATEMENT OF THE CASE

In this case, Defendant Naeem Williams is charged with committing child abuse and causing the death of his daughter, Talia, on July 16, 2005, within the territorial jurisdiction of the United States (Wheeler Army Airfield). Defendant Naeem Williams is also charged with causing the death of Talia over a period of time ranging from after December 13, 2004, to July 16, 2005, by employing a pattern or practice of assault and torture. Under federal law, these are capital-eligible offenses for which the death penalty may be imposed if the defendant is convicted. Defendant Naeem Williams is also charged with making a materially false statement; obstructing justice by attempting to conceal or destroy evidence; and conspiring with his wife, Delilah Williams, to perpetrate a pattern and practice of assault and torture against Talia. These charges are only allegations and are not evidence or proof against Defendant Naeem Williams in any way. Defendant Naeem Williams is presumed innocent, and the burden of proof rests on the government to prove its case at trial beyond a reasonable doubt.

If Defendant Naeem Williams is convicted of one or both of the murder charges, the jury will be required to decide whether to impose a sentence of life imprisonment without the possibility of release or a sentence of death. In any case which carries the possibility of a death sentence, the law requires that potential jurors answer questions about their thoughts, feelings, and opinions concerning the possible penalties. This is true even though Defendant Naeem Williams might be found not guilty of the charges.

4

## BACKGROUND INFORMATION

1.  What is your age? ▬▬     Place of birth? ██████

2.  What is your gender?     ☒ Male     ❑ Female

3.  How long have you been a resident of the state of Hawaii? ██████

4.  What is your current status?

    ❑ Single                          ☒ Married; number of years ████
    ❑ Living together                 ❑ Divorced; number of years _____
    ❑ Separated                       ❑ Widowed; number of years _____
    ❑ Divorced and remarried          ❑ Widowed and remarried

5.  Please check one or more boxes which describe you. Nothing disclosed will affect your selection for jury service.

    ❑ Black /African American         ☒ Asian
    ❑ American Indian/Alaska Native   ❑ Hispanic or Latino
    ❑ Native Hawaiian/Pacific Islander ❑ White
    ❑ Other (please specify)_____

6.  What is your occupation? Check all that apply.

    ❑ Work full-time outside the home  ❑ Work part-time outside the home
    ❑ Homemaker                        ❑ Student
    ❑ Volunteer                        ☒ Retired
    ❑ Unemployed–looking for work      ❑ Unemployed–not looking for work
    ❑ Other (please specify) _____

7.  If employed, please indicate the type of work you do and how long you have been employed in that capacity. If you are retired or unemployed, describe the work you used to do and how long you have been retired or unemployed.

8.  How far did you go in school, and what was your major field of study if you went to college or graduate school? (If you are currently a student, what is your field of study?)

9.  How far did your spouse/partner go in school, and what was his or her field of study?

10. Do you have any formal education or work experience in the fields of medicine, psychology, or psychiatry?

    Yes ☐        No ☒        If yes, please describe:

11. Do you have any formal education or work experience in the field of social work?

    Yes ☐        No ☒        If yes, please describe:

6

12.  Do you have any formal education or work experience in the fields of alcoholism or addiction?

Yes ☐          No ☑          If yes, please describe:

_____

_____

13.  For each member of your household (that is, those living in the same home as you), please provide the following information:

| Relationship | Age | Occupation |
|---|---|---|
| *Example:* *Husband* | *45* | *Teacher* |
| ████████████████████████ | | _____ |
| _____ | __ | _____ |
| _____ | __ | _____ |
| _____ | __ | _____ |
| _____ | __ | _____ |

14.  If you have children who live outside your home, please list their age and occupation (if a student, list occupation as "student"):

| Age | Occupation |
|---|---|
| ████████████████████████████████████████ | |
| __ | _____ |
| __ | _____ |
| __ | _____ |

7

15. Have you or your spouse/partner ever served in any branch of the armed forces (including the military reserves, National Guard, or ROTC)?

Yes ☒    No ☐    If yes, who served and in what capacity?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. Have you ever worked at, lived, or had any experience with Schofield Barracks or the Wheeler Army Airfield Military Housing Complex?

Yes ☒    No ☐    If yes, please explain:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## PRIOR EXPOSURE OR KNOWLEDGE OF THIS CASE

17. Have you seen, read, or heard anything about this case?

Yes ☒    No ☐    Not Sure ☐

If yes, please describe when, where, and what you saw, read, or heard. If not sure, please describe what you believe that you may know.

▮▮▮▮▮▮▮▮▮▮

8

18.  What is/are your primary source(s) for news:  (Check all that apply).

☒ Television          ☒ Newspapers          ☐ Magazines

☒ Internet            ☐ Radio               ☐ Other_____

19.  If you have any previous knowledge about this case (other than what you have learned in the courtroom today), have you formed an opinion regarding the guilt or innocence of Defendant Naeem Williams, based on that knowledge?

Yes ☐        No ☒        Not Applicable  ☐

If yes, what is your opinion and the basis for this opinion?

_____

_____

_____

_____

_____

20.  To the best of your knowledge, are you related, acquainted with, or otherwise familiar with Defendant Naeem Williams, victim Talia Williams, Department of Justice Lawyer Steve Mellin, Assistant U.S. Attorney Darren Ching, defense lawyers Michael Burt and John Philipsborn, or other persons involved in this case?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

9

## QUESTIONS RELATING TO THE NATURE OF THIS CASE

21.  Have you, a family member, or close personal friend ever been the victim of child abuse?

Yes ☐     No ☒

22.  Have you, a family member, or close personal friend ever been investigated, suspected, or accused of committing child abuse or endangering a child?

Yes ☐     No ☒

23.  Are you required by law to report child abuse that you learn of during the course of your employment?

Yes ☐     No ☒     If yes, please explain:

_____

_____

_____

_____

24.  Would the fact that this trial involves the death of a child under the age of six affect your ability to consider the evidence with an open mind or to render a fair and impartial verdict?

Yes ☐     No ☒     Not Sure ☐     If yes, please explain:

_____

_____

_____

_____

_____

10

25.   Have you, a family member, or close personal friend experienced the death of a child?

    Yes ☐      No ☒    If yes, please explain the circumstances:

_____

_____

_____

26.   Do you have familiarity (through education, work, or personal experience) with children with special needs?

    Yes ☐      No ☒    If yes, please explain:

_____

_____

_____

27.   Would it be difficult for you to be fair and impartial in a case involving a person who was a member of the Armed Forces at the time of the alleged offense?

    Yes ☐      No ☒    Not Sure ☐    If yes, please explain:

_____

_____

28.   Defendant Naeem Williams is African American.  Would it be difficult for you to be fair and impartial in a case involving a defendant who is African-American?

    Yes ☐      No ☒    If yes, please explain:

_____

_____

_____

11

29.    Do you hold any opinions or beliefs about racial issues such that you believe it would be difficult for you to be a fair and impartial juror?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

30.    Some of the people involved in this trial, including anticipated witnesses, are African-American.  Is there anything that leads you to question your ability to be a fair and impartial juror in a case where some of the people involved are African-American?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

31.    Do you have any personal views about the use of alcohol that would make it difficult for you to be a fair and impartial judge of the facts where Defendant Naeem Williams may be described as an alcohol user?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

12

## YOUR EXPERIENCE WITH JURY SERVICE, COURTS, AND THE LAW

32.  Have you ever served on a trial jury?

Yes ☒     No ☐     If yes, please state for each case (if you served but cannot recall the details, please state "do not recall"):

| Year | Charges or Type of Case | Verdict Rendered |
|------|-------------------------|------------------|
|      |                         |                  |

33.  If you have previously served on a trial jury, did you find the experience to be a positive or a negative one?  Please explain.

34.  Have you ever served on a grand jury?

Yes ☐     No ☒     If yes,  state when, where, and for how long you served.

13

35.    Have you ever testified in a criminal or civil trial?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____


36.    Have you ever appeared in court or in any grand jury proceeding as a plaintiff, defendant, victim, or witness?

Yes ☐        No ☒        If yes, please state when and why:

_____

_____

_____


37.    Do you have any legal training?

Yes ☐        No ☒        If yes, please describe that training:

_____

_____


38.    If you have legal training, is there anything about that legal training that would in any way hinder your ability to serve as a fair and impartial juror in this case (leave blank if you have no legal training)?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

14

39. Have you, a family member, or close personal friend worked as a private criminal defense attorney, public defender, legal aid lawyer, or been involved in criminal defense work?

Yes ☐    No ☒    If yes, please state your relationship to that person and for whom he or she worked and/or works:

_____

_____

40. Have you, a family member, or close personal friend worked for any prosecutorial agency, federal, state, or local?

Yes ☐    No ☒    If yes, please state your relationship to that person and for whom he or she worked and/or works:

_____

_____

_____

41. Have you, a family member, or close personal friend ever been employed in law enforcement or had law enforcement experience of any kind? Examples include: police, sheriff, security guard, FBI agent, private investigator, probation officer, prison or jail employee.

Yes ☐    No ☐    If yes, please identify your relationship with the person, the type of organization or employer, and his or her title.

|  | Person | Organization | Title |
|---|---|---|---|
| Example: | Close personal friend | Police Department | Patrol Officer |

15

42. Have you, a family member, or close personal friend ever belonged to any organization that advocates the lengthening of criminal sentences or has crime prevention as a goal?

Yes ☐       No ☒       If yes, what is/was the extent of your/their participation?

_____

_____

_____

43. Have you, a family member, or close personal friend ever belonged to any organization that advocates a change in the Bill of Rights to the United States Constitution?

Yes ☐       No ☒       If yes, what is/was the extent of your/their participation?

_____

_____

_____

44. Have you, a family member, or close personal friend ever belonged to, or assisted the work of, a victim's rights organization or an organization that advocates for the rights of prisoners or accused criminals?

Yes ☐       No ☒       If yes, what is the organization and what is/was the extent of your/their participation?

_____

_____

_____

_____

_____

16

45. Have you, a family member, or close personal friend ever been involved in any disputes, conflicts, or litigation with any police officer or any government agency, whether federal, state or local?

Yes ☐          No ☒          If yes, briefly explain what happened and whether you think the person was treated fairly:

_____

_____

_____

_____

46. Do you believe that you, a family member, or close personal friend has ever been treated unfairly or been the victim of misconduct by local, state, or federal law enforcement authorities?

Yes ☐          No ☒          If yes, please explain:

_____

_____

_____

_____

47. Do you believe the courts are too lenient in dealing with crime?

Yes ☐          No ☐          No opinion ☒

17

48.  Have you, a family member, or close personal friend ever been the victim of a crime, whether it was reported to law enforcement authorities or not?

Yes ☒        No ☐        If yes, please describe each incident and your relationship to the crime victim:

49.    Have you, a family member, or close personal friend ever been arrested for, accused of, charged with, or convicted of any crime, except a minor traffic offense, or been the subject of a criminal investigation?

Yes ☐         No ☒         If yes, please state the person, date, crime, and the outcome:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## YOUR VIEWS ON THE LAW

50.    The law does not require a defendant to testify at trial. Under our system of law, if a defendant decides not to testify, the jury may not hold that fact against the defendant. In other words, the jury may not draw any inference or suggestion of guilt because a defendant did not testify. Can you follow this rule of law?

Yes ☒         No ☐         If no, please explain:

_____

_____

19

51.   Under the law, Defendant Naeem Williams is presumed innocent.  He cannot be convicted unless the jury, unanimously and based on the evidence presented in court, determines guilt beyond a reasonable doubt.  The burden of proving guilt beyond a reasonable doubt always rests with the government -- a defendant never has the burden to prove his innocence.  Can you follow this rule of law?

Yes ☒     No ☐     If no, please explain:

_____

_____

52.   Do you have any moral, philosophical, or religious beliefs that would prevent you from sitting as a juror and deciding whether a person is guilty or not guilty?

Yes ☐     No ☒

53.   Do you have a religious or moral belief that a person cannot take an oath and testify against another person of the same religious, ethnic, or racial group?

Yes ☐     No ☒

54.   Do you have a religious or moral belief that would prevent you from returning a verdict because doing so means you are sitting in moral judgment of a person and not simply determining whether that person's conduct violated the law?

Yes ☐     No ☒

## QUESTIONS ABOUT SENTENCING CONSIDERATIONS

If the jury determines at the conclusion of the trial of the case that Defendant

Naeem Williams is guilty beyond a reasonable doubt of the child abuse murder of Talia

Williams, the jury's service will not be over.  The same jury must also decide, at a subsequent

sentencing hearing, whether or not Defendant Naeem Williams will be sentenced to death or to

life imprisonment without the possibility of parole or release.  In the federal system there is no

parole and if Defendant Naeem Williams is sentenced to life imprisonment without the possibility of release, Defendant Naeem Williams will spend the rest of his life in prison and never be released. By asking these questions about punishment, the Court is not suggesting that Defendant Naeem Williams is guilty or that the jury will reach a sentencing hearing in which these sentencing options will need to be considered.

In a case where jurors may have to consider life imprisonment without the possibility of release and death as possible punishments, it is important that we know your opinions and feelings regarding punishment.

The decision whether or not to impose a sentence of death is one the law leaves entirely up to the jury. The jury's decision is binding on the judge. The law never requires any member of the jury to vote for a sentence of death. The alternative to a sentence of death is a sentence of life imprisonment without the possibility of release.

During a sentencing hearing, the government would have the opportunity to present information as to certain things referred to in the law as "aggravating factors," which are circumstances that could support the death penalty. Defendant Naeem Williams would have the opportunity at the sentencing hearing to present information as to what are referred to as "mitigating factors," which could be circumstances about the crime, Defendant Naeem Williams, or anything else that would suggest, for any individual juror, that life imprisonment without the possibility of release rather than the death penalty is an appropriate penalty.

This is only an overview of the law about a jury's consideration of the death penalty. If this case requires a sentencing hearing, the judge will instruct the jury in greater detail about its duties.

21

With the above overview in mind, please answer the following questions

completely and honestly, always remembering that there are no right or wrong answers.

55.    In general, what are your views on the death penalty, and how long have you held these views?



_____

_____

_____

_____

_____

56.    How have your views about the death penalty changed in the last 10 years?

More in favor ❑            Less in favor ❑            No change ☒

Why did your views change, if they did?

_____

_____

_____

_____

_____

_____

22

57. Please circle one number on the 1 to 10 scale below that is closest to your overall opinion regarding the death penalty in a capital case. (The lower the number you circle, the more you oppose the death penalty. The higher the number, the more you support or favor the death penalty.)

Strongly Opposed                      Strongly Favor

1    2    3    4    5    6    7    8    (9)    10

58. Which of the following best describes your view of the death penalty (please check one only):

❑ I strongly believe in the death penalty and view it as the correct punishment for a person who has been found guilty of a capital offense, and could not vote for a life sentence under those circumstances.

☒ Although I support the death penalty, I believe there are some cases where the death penalty is not the correct punishment, even where a person has been convicted of a capital offense.

❑ I do not have strong opinions, one way or another, regarding the death penalty and could consider both alternatives.

❑ Although I do not support the death penalty, in a capital case, if I were convinced that the law and the facts of the case justified it, I could vote for the death penalty.

❑ I am strongly opposed to the death penalty and could never vote to sentence someone to death.

Please explain your answer. That is, why did you choose that answer as best describing your views?

_____

_____

_____

_____

_____

_____

23

59. What would be important to you in deciding whether a person found guilty of a capital offense should receive the punishment of life imprisonment without the possibility of release or the death penalty?

60. Do you believe the death penalty is sought:

Too Often ❑        Too Seldom ❑        About Right ❑        No Opinion ☒

61. What are your views on how the death penalty is actually used in the United States?

62. What does your religious or spiritual affiliation or background, if any, teach regarding the death penalty?

24

63. Do you have any moral, religious, ethical, or other personal beliefs that would prevent you from sitting in judgment of another human being in a case where the death penalty is being sought by the government?

Yes ☐     No ☒     If yes, please explain:

_____

_____

_____

_____

_____

64. Do you understand that even if Defendant Naeem Williams is found guilty in the trial and the case proceeds to a sentencing hearing, a sentence of death is never required by law?

Yes ☒     No ☐

65. During the guilt phase of this trial, the court will instruct the jury that possible punishments are not to be considered when the jury deliberates to determine if Defendant Naeem Williams is guilty or not guilty. Will you be able to follow this instruction?

Yes ☒     No ☐

66. Even if you hold very strong opinions or beliefs, are you able to discuss and exchange thoughts and ideas with someone with different strong beliefs or opinions?

Yes ☒     No ☐

67. As a juror in a murder case, given the choice between voting for a sentence of death or life imprisonment without the possibility of release, would you always vote for a death sentence?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

_____

68. As a juror in a murder case, given the choice between voting for a sentence of death or life imprisonment without the possibility of release, would you never vote for a death sentence under any circumstances?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

_____

69. In consideration of the possible imposition of a sentence of death, the law forbids jurors from considering the race, color, national origins or sex of any defendant or any victim. Do you have any reservations about your ability to strictly abide by this requirement of law?

Yes ☐        No ☒

70. Do you believe life in prison without the possibility of release is a more severe form of punishment than a sentence of death?

Yes, more severe ❑     No, less severe ☑     Just as severe ❑

Please explain:

_____

_____

_____

_____

_____

71. If Defendant Naeem Williams is found guilty of the murder of Talia Williams, the defense may present evidence during the sentencing hearing about his background in support of a sentence of life imprisonment without the possibility of release rather than the death penalty. Would you be able to consider such evidence when making a decision about his punishment?

Yes ☑     No ❑     If no, please explain:

_____

_____

_____

_____

72. Have you, a family member, or a close personal friend ever belonged to, supported, signed petitions or donated time or money to any group or organization which opposes or supports the death penalty? (check all that apply)

Supports ❑     Opposes ❑     No ☑

27

73. Have you ever made a statement in favor of the death penalty or felt that re-instating the death penalty in the State of Hawaii would be a good thing?

Yes ☐        No ☒

74. Whatever your views on the death penalty, if you were selected on this jury would you respect the views of other jurors even if they differed from yours?

Yes ☒        No ☐        Please explain:

_____

_____

_____

_____

75. Is there any matter not covered by this questionnaire that you think the attorneys or court might want to know about you when considering you as a juror in this case?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

_____

_____

_____

_____

_____

28

76. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

Yes ☐        No ☒        If yes, please explain:

_____

_____

_____

_____

_____

_____

77. Are there any personal reasons, including health care issues, that would prevent you from serving as a fair and impartial juror in a case that could last up to four months? Please note that if you are selected as a juror, the court will expect you to serve the entire time, and will not excuse you based on a matter that you could have brought to the court's attention at this time.

Yes ☒        No ☐        If yes, please explain:

[REDACTED]

_____

_____

29

Use these pages to finish any answers for which you ran out of space earlier in the questionnaire.

**Indicate by number which question you are continuing.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

31