EXHIBIT 2

RESTRICTED MATERIAL

PRESENTATION OF WITNESS

RE:          CASE OF DYLANN STORM ROOF

WITNESS:     Jacob Meek

BEFORE:      GRAND JURY #3

DATE:        July 20, 2015

PRESENTED BY: Ms. Paige Fitzgerald
             U.S. Department of Justice
             Civil Rights Section
             950 Pennsylvania Avenue, NW
             Washington, DC 20530-0001

**BRUCE** *Reporting Service*
536 Benton Court
Sumter, South Carolina  29150
803-775-9047                 E-mail: bpeggs@sc.rr.com

RESTRICTED MATERIAL                              US-020286

```
 1        A:   No, he did not.
 2        Q:   Do you remember Dylann ever making any racial
 3   related remarks back then, back in middle school, when he was
 4   in middle school?
 5        A:   I don't really know.
 6        Q:   Okay.  Did there come a period of time that you
 7   didn't see much of Dylann anymore?
 8        A:   Yeah.
 9        Q:   How did that happen?
10        A:   I mean, when he was in ninth grade, I was a little
11   bit younger, but he -- he stopped coming by and I haven't seen
12   him since.
13        Q:   Okay.
14        A:   And then he came back this year.
15        Q:   So, from the time that he was in about ninth grade
16   until about May, April?
17        A:   The end of May.
18        Q:   Okay.  You didn't see Dylann.
19        A:   Un-unh.
20        Q:   And then Dylann reappeared.
21        A:   Yeah, he did.
22        Q:   How did Dylann reappear?
23        A:   He message Joey on Facebook that he was at the
24   Creative Library that day.
25        Q:   How do you know that?
```

Roof Investigation - J. MEEK - 8

```
 1         A:   His 21st birthday.
 2         Q:   Did you ever hear Dylann saying anything racial
 3    when he came back to your -- to your place?
 4         A:   No, I haven't.
 5         Q:   Do you remember him talking about Hitler?
 6         A:   He talked about Hitler but he didn't really say
 7    much about it to me, but he did say that, he was mad that
 8    Hitler lost his power and he went out in a coward way.
 9         Q:   That what?
10         A:   That he went out a coward way.
11         Q:   He went out a coward's way?  What -- what did he
12    mean by that?
13         A:   Like he killed himself instead of getting -- taken
14    for who he was.
15         Q:   So Hitler took a coward's way out by killing
16    himself?
17         A:   Yeah.
18         Q:   And Dylann indicated to you that he was
19    disappointed that Hitler had lost power?
20         A:   Yeah.
21         Q:   Do you remember Dylann talking about wanting to get
22    South Carolina on the news?
23         A:   Yeah, he did.
24         Q:   Tell me about that.
25         A:   One day he -- we were sitting around and we decided
```

                                        Roof Investigation - J. MEEK - 12

```
 1  to watch the news for just the one day, and he -- he saw that
 2  -- he was seeing the news and he said that this is where South
 3  Carolina had never been on worldwide news.  He said he wished
 4  someone would make South Carolina on like global news.
 5       Q:   Did he talk about other states who had gotten on
 6  Global news?
 7       A:   He said from New York, the 9/11 when the planes
 8  crashed into the twin towers?
 9       Q:   Uh-huh.
10       A:   He said a massacre that happened in Texas.
11       Q:   Did you and Dylann have a conversation about things
12  that you all might be able to do to get South Carolina on the
13  global news?
14       A:   I mean, he does not have many ideas of what he
15  wanted to do.
16       Q:   Did you came up with some suggestions?
17       A:   Well, I kind of did, but I mean…
18       Q:   Like what?
19       A:   I said, well, we can make you this -- because you
20  know, there's ping-pong championships and everything.  I was
21  like, "Well, why would you we start playing ping-pong and do
22  the championships that way and get South Carolina on the news?"
23       Q:   Did Dylann think that was a good idea?
24       A:   He laughed at it.
25       Q:   Okay, did you come…
```

Roof Investigation - J. MEEK - 13

RESTRICTED MATERIAL

```
 1      Q:   You said that Dylann created a Facebook account to
 2 contact Joey the day that he reappeared in Joey's life?
 3      A:   Yeah, he did.
 4      Q:   Do you know anything about his friends on Facebook?
 5      A:   Well, he kept his friends listed 88.
 6      Q:   Did he tell you that?
 7      A:   Yeah.
 8      Q:   Why did he keep his friends listed 88?
 9      A:   Because he said that if he went past the 88, them
10 he had to delete someone to keep that 88.
11      Q:   Why did he want to keep it at 88?
12      A:   He said because 88 is his favorite number.
13      Q:   It's what?
14      A:   His favorite number.
15      Q:   Did he tell you why?
16      A:   He never told me why.
17      Q:   Did he tell you anything about the eighth letter of
18 the alphabet?
19      A:   He -- he said eighth letter of alphabet is "H", and
20 I guess he said it's -- I guess I learned that it stand for
21 Hitler.
22      Q:   Did Dylann tell you that?
23      A:   No.
24      Q:   What did Dylann tell you about why it was 88?
25      A:   He didn't really say why it was 88, all he said was
```

Roof Investigation - J. MEEK - 15

RESTRICTED MATERIAL    US-020300