EXHIBIT 6

RESTRICTED MATERIAL



RESTRICTED MATERIAL   LS-012769