EXHIBIT 8

RESTRICTED MATERIAL



RESTRICTED MATERIALS-012742