# EXHIBIT 2

•••oo Verizon 🛜    11:15 AM    ⬆ 53% 🔋

<          **Tweet**          🔍 ✒️



**Chad K. Mills** ✓
@ChadKMills

Richardson says Roof will go to Hell whether he's put to death or dies of natural causes. #sctweets @wis10 #DylannRoof #RoofTrial

12/8/16, 9:49 AM

**12** RETWEETS  **7** LIKES

↩  🔁  ♥  ✉  •••

 **14** @Vom_Kriege     1h

@ChadKMills @wis10 I'll take option A.

↩  🔁  ♥ 1  ✉

 Melissa ⭐ @MeeBee23     13m
@ChadKMills @wis10 damn


**Chad K. Mills** ✓
@ChadKMills

Richardson, yelling passionately, says it's a matter of fact that #DylannRoof is going to Hell. #sctweets @wis10 #DylannRoof #RoofTrial

12/8/16, 9:48 AM

**12** RETWEETS  **7** LIKES

    


**Different Drummer** @mgd4161    14h
@ChadKMills @wis10 That's for God to decide!

