# EXHIBIT 3

NEWS

# Judge denies mistrial request from Dylann Roof's lawyers

By Rebecca Rosenberg and Bruce Golding　　　　　　　　　　　　　　　　December 8, 2016 | 11:34am



Dylann Roof
Photo: AP

**SEE ALSO**



**Mom who survived church massacre recounts slain son's final moments**

CHARLESTON, S.C. — A judge on Thursday refused to grant a mistrial for white supremacist Dylann Roof based on his lawyer's argument that a survivor of last year's racially motivated church massacre tearfully called him "evil, evil, evil" in front of the jury.

Federal Judge Richard Gergel ruled that defense lawyers should have objected immediately when Felicia Sanders, 59, blasted the confessed killer from the witness stand during emotional testimony in which she recounted watching her son and aunt get killed.

Gergel also said that Sanders "was making a religious comment, not a sentencing comment," when she said Roof deserved to rot in "the pit of Hell."

He further suggested that the defense had elicited Sanders' remarks during cross-examination in a bid to derail the case against Roof.

During heated arguments over the defense motion, prosecutor Jay Richardson sparked chuckles and murmurs of "Mm-hmm" from the gallery when he said Roof — who faces the death penalty — was invariably bound for Hell.

"That's where he's going whether he dies of natural causes or the state does it," Richardson said.

Defense lawyer David Bruck conceded that he "could have responded in a lawyerly fashion" when Sanders lashed out at his client Wednesday afternoon.

But in court papers filed ahead of the arguments, the defense said objecting at the time "would have appeared insensitive to her obvious and understandable distress."

"Many spectators and even court personnel — including members of the prosecution and defense — were crying with her," the filing noted.

Roof, 22, has all but admitted his guilt in the June 17, 2015, slaughter of nine worshippers during a Bible study session at the historic Emanuel African Methodist Episcopal Church in Charleston.

He told authorities he perpetrated the massacre in a bid to spark a race war.



SHARE SELECTION

FILED UNDER    **DYLANN ROOF**, **MURDERS**, **SOUTH CAROLINA**, **TRIALS**

Recommended by