IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dylann Storm Roof. | ) | |
| | ) | |

The Honorable J.C. Nicholson, Jr., who is the judge presiding over the related matter of *South Carolina v. Dylann S. Roof*, currently pending before the South Carolina Court of General Sessions, Ninth Judicial Circuit (Charleston County), has requested certain sealed documents relating to Defendant's competency evaluations. Access to those documents may allow the state court to avoid needless repetition of proceedings already completed in this Court.

In the interest of comity with the state court's proceedings, the Court **ORDERS** that following sealed documents be provided to the chambers of Judge Nicholson: the sealed correspondence filed November 7, 2016 (Dkt. Nos. 545 & 546), the sealed transcript of the hearing held on November 7, 2016 (Dkt. No. 556), the Court-appointed examiner's first report on Defendant's competency (Dkt. Nos. 648, 648-1, 649, 650, 650-1, 650-2, 651), the sealed transcript of the competency hearing held on November 22–23, 2016 (Dkt. Nos. 707 & 882), the Court's sealed findings of fact and conclusions of law regarding Defendant's competency (Dkt. No. 656), the Court-appointed examiner's second report on Defendant's competency report (Dkt. No. 858), defense experts' reports on Defendant's competency (Dkt. Nos. 832-1, 832-2, 832-3, 832-4), the joint declaration of January 1, 2017 (Dkt. Nos. 840 & 840-1), the sealed transcript of the competency hearing held on January 2, 2017 (Dkt. No. 880), and the Court's sealed opinion of January 18, 2017 (Dkt. No. 881).

-2-

**AND IT IS SO ORDERED.**

                                                                    _____
                                                                    Richard Mark Gergel
                                                                    United States District Court Judge

January 2⁣, 2017
Charleston, South Carolina

-2-